CHARLES S. BARQUIST (CA SBN 133785)
WENDY J. RAY (CA SBN 226269)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
Telephone: 213.892.5200
CBarquist@mofo.com;
WRay@mofo.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| COMPUFILL, LLC | Case No. 3:11-CV-01114-LAB-BGS |
|---|---|
| Plaintiff, | **COSTCO WHOLESALE CORPORATION S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| v. | |
| WALGREEN CO.; CVS PHARMACY, INC.; WAL-MART STORES, INC.; TARGET CORPORATION; COSTCO WHOLESALE CORPORATION | |
| Defendants. | |

1 | Defendant Costco Wholesale Corporation, pursuant to Federal Rule of Civil Procedure 7.1
2 | and Civil Local Rule 40.2, by and through its undersigned attorneys, hereby states as follows:
3 | Defendant Costco Wholesale Corporation does not have a parent corporation, and no
4 | publicly held company owns 10 percent or more of its stock.

Dated: July 13, 2011

MORRISON & FOERSTER LLP
Charles S. Barquist
Wendy J. Ray


By:  /s/Charles S. Barquist
     CHARLES S. BARQUIST
     CBarquist@mofo.com

     Attorneys for Defendant
     COSTCO WHOLESALE CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 13, 2011 a true and correct copy of the foregoing was transmitted electronically through the Electronic Filing System of the United States District Court for the Southern District of California which, under Local Civil Rule 5.4(b)&(c), is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on July 13, 2011 at Los Angeles, California.

/s/Charles S. Barquist
Charles S. Barquist