1  MCKOOL SMITH HENNIGAN, P.C.
   RODERICK G. DORMAN (SBN 96908)
2  rdorman@mckoolsmithhennigan.com
   LAWRENCE M. HADLEY (SBN 157728)
3  lhadley@mckoolsmithhennigan.com
   865 South Figueroa Street, Suite 2900
4  Los Angeles, California 90017
   (213) 694-1200 - Telephone
5  (213) 694-1234 – Facsimile

6  Attorneys for Plaintiff CompuFill, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPUFILL, LLC<br><br>           Plaintiff,<br><br>vs.<br><br>WALGREEN CO.; CVS PHARMACY, INC., WAL-MART STORES, INC.; TARGET CORPORATION; COSTCO WHOLESALE CORPORATION<br><br>           Defendants. | Case No. 3:11-cv-01114-CAB-BGS<br><br>**SECOND DECLARATION OF LAWRENCE M. HADLEY IN SUPPORT OF PLAINTIFF COMPUFILL, INC.'S REPLY CLAIM CONSTRUCTION BRIEF: U.S. PATENT NO. 6,728,684**<br><br>Date: April 3, 2012<br>Time: 11:45 a.m.<br>Location: Courtroom 2<br>Judge: Hon. Hon. Cathy Ann Bencivengo |

CASE NO. 3:11-CV-01114-CAB-BGS
iManage\1792523.1

**Second Hadley Declaration**

I, Lawrence M. Hadley, declare and state as follows:

1. I am an attorney admitted to practice before the Courts of the State of California. I am a Principal in the law firm of McKool Smith Hennigan P.C., counsel of record for plaintiff CompuFill, LLC in this action. I make this second declaration in support of CompuFill's Reply Claim Construction Brief. I have personal knowledge of the facts set forth in this declaration and could and would testify competently if called as a witness.

2. Attached as Exhibit 1 is a true and correct copy of CompuFill's filing in connection with its Corrected Request for *Ex Parte* Reexamination of U.S. Patent No. 6,728,684.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March 2012, at Los Angeles, California.

                                    */s/ Lawrence M. Hadley*
                                      Lawrence M. Hadley

# CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90071. My electronic notification address is: lhadley@mckoolsmithhennigan.com.

On March 6, 2012, I served on all interested parties and/or their counsel(s) of record in said action the attached document(s) :

**SECOND DECLARATION OF LAWRENCE M. HADLEY IN SUPPORT OF COMPUFILL, INC.'S REPLY CLAIM CONSTRUCTION BRIEF:  U.S. PATENT NO. 6,728,684**

by e-filing notification direct to the attorney(s) of records and/or the person or persons as stated below.

**Charles S. Barquist (cbarquist@mofo.com)**

**Wendy J. Ray (wray@mofo.com)**

I declare under penalty of perjury under the laws of the United States of America that I am a member of the bar of this Court and that the foregoing is true and correct.

Executed on March 6, 2012, at Los Angeles, California.

| Lawrence M. Hadley | /s/ Lawrence M. Hadley |
|---|---|
| (Type or print name) | (Signature) |

844760.01/LA

# EXHIBIT 1