**EXHIBIT F:**
**WALGREEN'S ANSWER TO COMPUFILL'S COMPLAINT FOR INFRINGEMENT**
**OF U.S. PATENT NO. 6,728,684**

CHARLES S. BARQUIST (CA SBN 133785)
WENDY J. RAY (CA SBN 226269)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
Telephone: 213.892.5200
CBarquist@mofo.com;
WRay@mofo.com

Attorneys for Defendant
WALGREEN CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPUFILL, LLC<br><br>               Plaintiff,<br><br>      v.<br><br>WALGREEN CO.; CVS PHARMACY, INC.;<br>WAL-MART STORES, INC.; TARGET<br>CORPORATION; COSTCO WHOLESALE<br>CORPORATION<br><br>               Defendants. | Case No.  3:11-CV-01114-LAB-BGS<br><br>[Jury Trial Demanded]<br><br>**ANSWER OF WALGREEN CO.<br>TO FIRST AMENDED<br>COMPLAINT** |

Defendant Walgreen Co., by and through its undersigned attorneys, hereby demands a trial by jury on all issues so triable and hereby answers each of the numbered paragraphs of plaintiff Compufill, LLC's First Amended Complaint for Patent Infringement.  All allegations, averments, statements, and assertions that are not expressly admitted herein are denied.

## THE PARTIES

1.      Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1, and therefore denies them.

2.      Walgreen's principal place of business is at 200 Wilmot Road, Deerfield, IL 60015.  Walgreen otherwise admits the allegations of paragraph 2.

3.      Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3, and therefore denies them.

CASE NO. 3:11-CV-01114-LAB-BGS
ANSWER OF WALGREEN CO.

la-1131207

Exhibit____1____ Page 103

4.      Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4, and therefore denies them.

5.      Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5, and therefore denies them.

6.      Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6, and therefore denies them.

## NATURE OF THE ACTION

7.      Walgreen admits that this civil action purports to seek damages for alleged acts of patent infringement.  Walgreen denies it has infringed the patent-in-suit.

## JURISDICTION AND VENUE

8.      Walgreen admits that the Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.

9.      Walgreen admits that venue is proper in this district under 28 U.S.C. §§ 1391 and 1400.  Walgreen also admits that it conducts business activities in California and this judicial district.  As to the allegations in Paragraph 9 that relate to the other defendants in this action, Walgreen lacks information sufficient to form a belief as to such allegations, and therefore denies such allegations.  Except as expressly admitted, Walgreen denies the allegations in Paragraph 9.

10.      Walgreen does not contest personal jurisdiction.  As to the allegations in Paragraph 10 that relate to the other defendants in this action, Walgreen lacks information sufficient to form a belief as to such allegations and therefore denies such allegations.

## FIRST CLAIM FOR RELIEF

11.      Walgreen incorporates by reference its response to the allegations of Paragraphs 1-10 of the First Amended Complaint as if fully set forth herein.

12.      Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegation that plaintiff Compufill is the owner by assignment of the entire right, title and interest, including the right to enforce U.S. Patent Number 6,728,684, entitled "On-Line Pharmacy Automated Refill System," and therefore denies it.  Walgreen admits that what appears to be a copy of the '684 patent is attached to the First Amended Complaint as Exhibit A.

CASE NO. 3:11-CV-01114-LAB-BGS
ANSWER OF WALGREEN CO.

la-1131207

Exhibit ___1___ Page _104_

13.     Walgreen admits that its interactive telephonic prescription refill system can be accessed by calling (415) 626-9972.  Except as expressly admitted, Walgreen denies each and every allegation contained in Paragraph 13.

14.     Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and therefore denies them.

15.     Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and therefore denies them.

16.     Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16, and therefore denies them.

17.     Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17, and therefore denies them.

18.     Walgreen denies that Plaintiff has been and continues to be damaged as a direct and proximate result of its alleged direct infringement of the '684 patent.  As to the allegations in Paragraph 18 that relate to the other defendants in this action, Walgreen lacks information sufficient to form a belief as to such allegations and therefore denies such allegations.

## SECOND CLAIM FOR RELIEF

19.     Walgreen incorporates by reference its response to the allegations of Paragraphs 1-18 of the First Amended Complaint as if fully set forth herein.

20.     Walgreen denies the allegations in Paragraph 20.

21.     Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and therefore denies them.

22.     Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and therefore denies them.

23.     Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23, and therefore denies them.

24.     Walgreen lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and therefore denies them.

3

1   [unnumbered par.]   Walgreen denies that Plaintiff has been and continues to be

2   damaged as a direct and proximate result of its alleged inducement of infringement of the '684

3   patent.  As to the allegations in this paragraph that relate to the other defendants in this action,

4   Walgreen lacks information sufficient to form a belief as to such allegations and therefore denies

5   such allegations.

6   **THIRD CLAIM FOR RELIEF**

7   [unnumbered par.]   Walgreen incorporates by reference its response to the allegations

8   of Paragraphs 1-24 of the First Amended Complaint as if fully set forth herein.

9   25.   Walgreen denies the allegations in Paragraph 25.

10   26.   Walgreen lacks knowledge or information sufficient to form a belief as to the truth

11   of the allegations in Paragraph 26, and therefore denies them.

12   27.   Walgreen lacks knowledge or information sufficient to form a belief as to the truth

13   of the allegations in Paragraph 27, and therefore denies them.

14   28.   Walgreen lacks knowledge or information sufficient to form a belief as to the truth

15   of the allegations in Paragraph 28, and therefore denies them.

16   29.   Walgreen lacks knowledge or information sufficient to form a belief as to the truth

17   of the allegations in Paragraph 29, and therefore denies them.

18   30.   Walgreen denies that Plaintiff has been and continues to be damaged as a direct

19   and proximate result of its contributory infringement of the '684 patent.  As to the allegations in

20   Paragraph 30 that relate to the other defendants in this action, Walgreen lacks information

21   sufficient to form a belief as to such allegations and therefore denies such allegations.

22   **RESPONSE TO PRAYER FOR RELIEF**

23   Walgreen denies that Plaintiff is entitled to any relief in this action and asks the Court to

24   deny any and all of the relief requested by Plaintiff in its First Amended Complaint with respect

25   to Walgreen.

26

27

28

CASE NO. 3:11-CV-01114-LAB-BGS
ANSWER OF WALGREEN CO.

la-1131207

Exhibit ____ Page 106

# ADDITIONAL DEFENSES

Walgreen, without altering the applicable burdens of proof, asserts the following further defenses to the First Amended Complaint and the purported claims contained therein.

## First Additional Defense
### (Failure to State a Claim)

Plaintiff's claims for alleged infringement of the '684 Patent fail to state a claim upon which relief can be granted.

## Second Additional Defense
### (Failure to Plead with Particularity)

Plaintiff has failed to plead its induced infringement claim and its contributory infringement claim with sufficient particularity.

## Third Additional Defense
### (Non-Infringement)

Walgreen has not infringed, either literally or under the doctrine of equivalents, any claim of the '684 Patent, and it has not contributed to or induced the infringement of any claim of the '684 Patent.

## Fourth Additional Defense
### (Invalidity)

Each claim of the '684 Patent is invalid for failure to satisfy the conditions for patentability set forth by 35 U.S.C. §§ 101, 102, 103 and 112.

## Fifth Additional Defense
### (Prosecution History Estoppel)

The claims of the '684 Patent cannot be enforced against Walgreen under the doctrine of prosecution history estoppel.

## Sixth Additional Defense
### (Equitable Defenses)

On information and belief, Plaintiff's claims against Walgreen are barred, in whole or in part, under the equitable doctrines of laches and unclean hands.

CASE NO. 3:11-CV-01114-LAB-BGS
ANSWER OF WALGREEN CO.

la-1131207

Exhibit ___1___ Page _107_

### Seventh Additional Defense
### (Non-infringing Alternatives)

Any claim by Plaintiff for damages is limited by the existence of non-infringing alternatives to the '684 Patent.

### Eighth Additional Defense
### (Misjoinder)

Plaintiff has misjoined the parties to this action.

### Ninth Additional Defense
### (Limitation on Recovery of Costs)

Plaintiff is precluded from seeking recovery of costs by 35 U.S.C. § 288.

### Tenth Additional Defense
### (Limitation on Damages)

Plaintiff is precluded from seeking damages by 35 U.S.C. § 287.

### Eleventh Additional Defense
### (Reservation of Rights)

Walgreen specifically reserves the right to assert any and all defenses, affirmative or otherwise, that may become available through information developed in discovery or otherwise.

WHEREFORE, Walgreen respectfully demands judgment on Plaintiff's First Amended Complaint as follows:

A.     That Plaintiff takes nothing and is denied any relief whatsoever;

B.     That the First Amended Complaint be dismissed on the merits and with prejudice with respect to Walgreen or any other persons in privity with Walgreen including without limitation any of Walgreen's successors, assigns, agents, suppliers and customers;

C.     That the claims of the '684 Patent be declared to be not infringed by Walgreen;

D.     That the claims of the '684 Patent be declared to be invalid;

E.     That the '684 Patent be declared unenforceable;

F.     That Walgreen be awarded the costs incurred by it in connection with this action;

la-1131207

Exhibit____1____Page 108

1    G.    That this case be deemed exceptional pursuant to 35 U.S.C. § 285, such that

2 Walgreen be awarded its reasonable attorneys' fees; and

3    H.    That Walgreen be awarded such other and further relief as the Court may deem

4 just and proper.

5

6                              **JURY DEMAND**

7      Walgreen demands a trial by jury on all issues so triable.

8 Dated: July 13, 2011              MORRISON & FOERSTER LLP
                                    Charles S. Barquist
9                                   Wendy J. Ray

10

11                                 By:  /s/Charles S. Barquist
                                        CHARLES S. BARQUIST
12                                      CBarquist@mofo.com

13                                      Attorneys for Defendant
                                        WALGREEN CO.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              CASE NO. 3:11-CV-01114-LAB-BGS
                                              ANSWER OF WALGREEN CO.

la-1131207

Exhibit ___1___ Page ___109___

1

2

**CERTIFICATE OF SERVICE**

3
   The undersigned hereby certifies that on July 13, 2011 a true and correct copy of the

4
foregoing was transmitted electronically through the Electronic Filing System of the United

5
States District Court for the Southern District of California which, under Local Civil Rule

6
5.4(b)&(c), is believed to have sent notice of such filing, constituting service of the filed

7
document, on all Filing Users, all of whom are believed to have consented to electronic service.

8
   Executed on July 13, 2011 at Los Angeles, California.

9

10
/s/Charles S. Barquist
Charles S. Barquist

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:11-CV-01114-LAB-BGS
CERTIFICATE OF SERVICE

la-1131207

**Exhibit** ___1___ **Page** _110_

**EXHIBIT G:**
**WAL-MART STORES' ANSWER TO COMPUFILL'S COMPLAINT FOR**
**INFRINGEMENT OF U.S. PATENT NO. 6,728,684**

24

CHARLES S. BARQUIST (CA SBN 133785)
WENDY J. RAY (CA SBN 226269)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
Telephone: 213.892.5200
CBarquist@mofo.com;
WRay@mofo.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPUFILL, LLC<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO.; CVS PHARMACY, INC.; WAL-MART STORES, INC.; TARGET CORPORATION; COSTCO WHOLESALE CORPORATION<br><br>Defendants. | Case No. 3:11-CV-01114-LAB-BGS<br><br>**ANSWER OF WAL-MART STORES, INC. TO FIRST AMENDED COMPLAINT** |

Defendant Wal-Mart Stores, Inc. ("Walmart"), by and through its undersigned attorneys, hereby answers each of the numbered paragraphs of plaintiff Compufill, LLC's First Amended Complaint for Patent Infringement. All allegations, averments, statements, and assertions that are not expressly admitted herein are denied.

## **THE PARTIES**

1.      Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1, and therefore denies them.

2.      Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and therefore denies them.

3.      Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3, and therefore denies them.

1

la-1132257

Exhibit ___1___ Page _112_

4. Walmart admits the allegations of paragraph 4.

5. Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5, and therefore denies them.

6. Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6, and therefore denies them.

## NATURE OF THE ACTION

7. Walmart admits that this civil action purports to seek damages for alleged acts of patent infringement. Walmart denies it has infringed the patent-in-suit.

## JURISDICTION AND VENUE

8. Walmart admits that the Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.

9. Walmart admits that venue is proper in this district under 28 U.S.C. §§ 1391 and 1400. Walmart also admits that it conducts business activities in California and this judicial district. As to the allegations in Paragraph 9 that relate to the other defendants in this action, Walmart lacks information sufficient to form a belief as to such allegations, and therefore denies such allegations. Except as expressly admitted, Walmart denies the allegations in Paragraph 9.

10. Walmart does not contest personal jurisdiction. As to the allegations in Paragraph 10 that relate to the other defendants in this action, Walmart lacks information sufficient to form a belief as to such allegations and therefore denies such allegations.

## FIRST CLAIM FOR RELIEF

11. Walmart incorporates by reference its response to the allegations of Paragraphs 1-10 of the First Amended Complaint as if fully set forth herein.

12. Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegation that plaintiff Compufill is the owner by assignment of the entire right, title and interest, including the right to enforce U.S. Patent Number 6,728,684, entitled "On-Line Pharmacy Automated Refill System," and therefore denies it. Walmart admits that what appears to be a copy of the '684 patent is attached to the First Amended Complaint as Exhibit A.

2

CASE NO. 3:11-CV-01114-LAB-BGS
ANSWER OF WAL-MART STORES, INC.

la-1132257

Exhibit____1____Page__113__

13.    Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13, and therefore denies them.

14.    Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and therefore denies them.

15.    Walmart admits that its interactive telephonic prescription refill system can be accessed by calling (510) 430-9723.  Except as expressly admitted, Walmart denies each and every allegation contained in Paragraph 15.

16.    Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16, and therefore denies them.

17.    Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17, and therefore denies them.

18.    Walmart denies that Plaintiff has been and continues to be damaged as a direct and proximate result of its alleged direct infringement of the '684 patent.  As to the allegations in Paragraph 18 that relate to the other defendants in this action, Walmart lacks information sufficient to form a belief as to such allegations and therefore denies such allegations.

### SECOND CLAIM FOR RELIEF

19.    Walmart incorporates by reference its response to the allegations of Paragraphs 1-18 of the First Amended Complaint as if fully set forth herein.

20.    Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20, and therefore denies them.

21.    Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and therefore denies them.

22.    Walmart denies the allegations in Paragraph 22.

23.    Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23, and therefore denies them.

24.    Walmart lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and therefore denies them.

CASE NO. 3:11-CV-01114-LAB-BGS
ANSWER OF WAL-MART STORES, INC.

la-1132257

Exhibit ___1___ Page ___114___

1  [unnumbered par.]  Walmart denies that Plaintiff has been and continues to be damaged

2  as a direct and proximate result of its alleged inducement of infringement of the '684 patent.  As

3  to the allegations in this paragraph that relate to the other defendants in this action, Walmart lacks

4  information sufficient to form a belief as to such allegations and therefore denies such allegations.

5  **THIRD CLAIM FOR RELIEF**

6  [unnumbered par.]  Walmart incorporates by reference its response to the allegations of

7  Paragraphs 1-24 of the First Amended Complaint as if fully set forth herein.

8  25.  Walmart lacks knowledge or information sufficient to form a belief as to the truth

9  of the allegations in Paragraph 25, and therefore denies them.

10  26.  Walmart lacks knowledge or information sufficient to form a belief as to the truth

11  of the allegations in Paragraph 26, and therefore denies them.

12  27.  Walmart denies the allegations in Paragraph 27.

13  28.  Walmart lacks knowledge or information sufficient to form a belief as to the truth

14  of the allegations in Paragraph 28, and therefore denies them.

15  29.  Walmart lacks knowledge or information sufficient to form a belief as to the truth

16  of the allegations in Paragraph 29, and therefore denies them.

17  30.  Walmart denies that Plaintiff has been and continues to be damaged as a direct and

18  proximate result of its contributory infringement of the '684 patent.  As to the allegations in

19  Paragraph 30 that relate to the other defendants in this action, Walmart lacks information

20  sufficient to form a belief as to such allegations and therefore denies such allegations.

21  **RESPONSE TO PRAYER FOR RELIEF**

22  Walmart denies that Plaintiff is entitled to any relief in this action and asks the Court to

23  deny any and all of the relief requested by Plaintiff in its First Amended Complaint with respect

24  to Walmart.

25

26  **ADDITIONAL DEFENSES**

27  Walmart, without altering the applicable burdens of proof, asserts the following further

28  defenses to the First Amended Complaint and the purported claims contained therein.

4

CASE NO. 3:11-CV-01114-LAB-BGS
ANSWER OF WAL-MART STORES, INC.

la-1132257

Exhibit ___1___ Page 115

### First Additional Defense
**(Failure to State a Claim)**

Plaintiff's claims for alleged infringement of the '684 Patent fail to state a claim upon which relief can be granted.

### Second Additional Defense
**(Failure to Plead with Particularity)**

Plaintiff has failed to plead its induced infringement claim and its contributory infringement claim with sufficient particularity.

### Third Additional Defense
**(Non-Infringement)**

Walmart has not infringed, either literally or under the doctrine of equivalents, any claim of the '684 Patent, and it has not contributed to or induced the infringement of any claim of the '684 Patent.

### Fourth Additional Defense
**(Invalidity)**

Each claim of the '684 Patent is invalid for failure to satisfy the conditions for patentability set forth by 35 U.S.C. §§ 101, 102, 103 and 112.

### Fifth Additional Defense
**(Prosecution History Estoppel)**

The claims of the '684 Patent cannot be enforced against Walmart under the doctrine of prosecution history estoppel.

### Sixth Additional Defense
**(Equitable Defenses)**

On information and belief, Plaintiff's claims against Walmart are barred, in whole or in part, under the equitable doctrines of laches and unclean hands.

### Seventh Additional Defense
**(Non-infringing Alternatives)**

Any claim by Plaintiff for damages is limited by the existence of non-infringing alternatives to the '684 Patent.

la-1132257

Exhibit _1_ Page _116_

**Eighth Additional Defense**
**(Misjoinder)**

Plaintiff has misjoined the parties to this action.

**Ninth Additional Defense**
**(Limitation on Recovery of Costs)**

Plaintiff is precluded from seeking recovery of costs by 35 U.S.C. § 288.

**Tenth Additional Defense**
**(Limitation on Damages)**

Plaintiff is precluded from seeking damages by 35 U.S.C. § 287.

**Eleventh Additional Defense**
**(Reservation of Rights)**

Walmart specifically reserves the right to assert any and all defenses, affirmative or otherwise, that may become available through information developed in discovery or otherwise.

WHEREFORE, Walmart respectfully demands judgment on Plaintiff's First Amended Complaint as follows:

A.     That Plaintiff takes nothing and is denied any relief whatsoever;

B.     That the First Amended Complaint be dismissed on the merits and with prejudice with respect to Walmart or any other persons in privity with Walmart including without limitation any of Walmart's successors, assigns, agents, suppliers and customers;

C.     That the claims of the '684 Patent be declared to be not infringed by Walmart;

D.     That the claims of the '684 Patent be declared to be invalid;

E.     That the '684 Patent be declared unenforceable;

F.     That Walmart be awarded the costs incurred by it in connection with this action;

G.     That this case be deemed exceptional pursuant to 35 U.S.C. § 285, such that Walmart be awarded its reasonable attorneys' fees; and

6

la-1132257

CASE NO. 3:11-CV-01114-LAB-BGS
ANSWER OF WAL-MART STORES, INC.

Exhibit____/____ Page__117__

1     H.     That Walmart be awarded such other and further relief as the Court may deem just

2 and proper.

3

4 Dated: July 13, 2011          MORRISON & FOERSTER LLP
                     Charles S. Barquist

5                     Wendy J. Ray

6

7             By:  /s/Charles S. Barquist

8                 CHARLES S. BARQUIST
                 CBarquist@mofo.com

9                 Attorneys for Defendant
                 WAL-MART STORES, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:11-CV-01114-LAB-BGS
ANSWER OF WAL-MART STORES, INC.

la-1132257

Exhibit \_\_\_\_1\_\_\_\_ Page\_\_\_118\_\_

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 13, 2011 a true and correct copy of the foregoing was transmitted electronically through the Electronic Filing System of the United States District Court for the Southern District of California which, under Local Civil Rule 5.4(b)&(c), is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on July 13, 2011 at Los Angeles, California.

/s/Charles S. Barquist
Charles S. Barquist

CASE NO. 3:11-CV-01114-LAB-BGS
CERTIFICATE OF SERVICE

la-1132257

Exhibit    1    Page    119

**EXHIBIT H:**
**Fillingane et al., WO 95/29455, Electronic Hand-Held Prescription Writing and**
**Transmitting Device, April 20, 1995**

Exhibit / Page 120

PCT

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 6 :  G06F 159/00 | A1 | (11) International Publication Number: WO 95/29455 |
| --- | --- | --- |
| | | (43) International Publication Date: 2 November 1995 (02.11.95) |

(21) International Application Number: PCT/US95/04563

(22) International Filing Date: 20 April 1995 (20.04.95)

(30) Priority Data:
08/231,222     21 April 1994 (21.04.94)     US

(71)(72) Applicant and Inventor: FILLINGANE, Sam, D., O. [US/US]; 512 Marion Boulevard, Jackson, MS 39074 (US).

(72) Inventor: ROGERS, William, R.; 310 E. Second Avenue, Morton, MS 39117 (US).

(74) Agent: POTTHAST, James, W.; Potthast & Ring, Harbor House, Suite 100, 3200 N. Lake Shore Drive, Chicago, IL 60657 (US).

(81) Designated States: BR, CA, CN, JP, MX, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE).

Published
With international search report.

(54) Title: ELECTRONIC HAND-HELD PRESCRIPTION WRITING AND TRANSMITTING DEVICE



(57) Abstract

A portable hand-held drug prescription printing apparatus (90) and method (fig. 4A, 4B, 4C) of using same to print drug prescriptions (fig. 10) includes a keyboard (36), display screen (32), computer (20) with software and data storage capability and an attached portable printer (38) to print prescription (fig. 10) on a mobile basis. Commonly prescribed drugs of a physician permitted access via entry of a physician's security code are printed along with dosage, usage, instructions, refill permission and generic drug substitution permission are printed on a sheet of blank prescription paper together with the physician's heading. Medical history, allergy history and other information particular to each patient is stored and accessed at the time of issue of new prescriptions. A digitizer pencil (90) is used on the display screen (32) for inputing the physician's hand written signature on the printed prescription for printing.

### *FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AT | Austria | GB | United Kingdom | MR | Mauritania |
| AU | Australia | GE | Georgia | MW | Malawi |
| BB | Barbados | GN | Guinea | NE | Niger |
| BE | Belgium | GR | Greece | NL | Netherlands |
| BF | Burkina Faso | HU | Hungary | NO | Norway |
| BG | Bulgaria | IE | Ireland | NZ | New Zealand |
| BJ | Benin | IT | Italy | PL | Poland |
| BR | Brazil | JP | Japan | PT | Portugal |
| BY | Belarus | KE | Kenya | RO | Romania |
| CA | Canada | KG | Kyrgystan | RU | Russian Federation |
| CF | Central African Republic | KP | Democratic People's Republic | SD | Sudan |
| CG | Congo | | of Korea | SE | Sweden |
| CH | Switzerland | KR | Republic of Korea | SI | Slovenia |
| CI | Côte d'Ivoire | KZ | Kazakhstan | SK | Slovakia |
| CM | Cameroon | LI | Liechtenstein | SN | Senegal |
| CN | China | LK | Sri Lanka | TD | Chad |
| CS | Czechoslovakia | LU | Luxembourg | TG | Togo |
| CZ | Czech Republic | LV | Latvia | TJ | Tajikistan |
| DE | Germany | MC | Monaco | TT | Trinidad and Tobago |
| DK | Denmark | MD | Republic of Moldova | UA | Ukraine |
| ES | Spain | MG | Madagascar | US | United States of America |
| FI | Finland | ML | Mali | UZ | Uzbekistan |
| FR | France | MN | Mongolia | VN | Viet Nam |
| GA | Gabon | | | | |

Exhibit ___/___ Page 122

1

## ELECTRONIC HAND-HELD PRESCRIPTION WRITING AND TRANSMITTING DEVICE

### BACKGROUND OF THE INVENTION:

### Field of the Invention:

This invention general relates to apparatus and methods for issuing drug prescriptions.

### Description of the Prior Art:

Prior art devices are known which are portable and capable of storing software computer programs and other data and accessing such data for various purposes including printing selected stored data.

Software programs used in fixed hospital locations are also known which further store, in some instance, drug information.

However, apparatus or methods for portable storage of drug prescription related information and to issue printed prescriptions on a mobile basis are unknown.

### SUMMARY OF THE INVENTION:

Thus, the principal object of the present invention is to provide a hand-held portable drug prescription printing device and method which overcome the shortcomings of the prior art.

The object is achieved by providing hand held, battery powered, portable, prescription printing and transmitting device with means for entering drug prescription related information in storage.  The prescription printing and transmitting device includes a physician's prescription list of drugs commonly prescribed by the physician, a security access code for the physician and a prescription heading

2

including the physician's name and registration number.  The
apparatus for portably issuing drug prescriptions also
comprises means for accessing, through entry of the security
access code, from storage for viewing on a display of the hand
held portable prescription printing and transmitting device
prestored drug prescription related information including
patient information and drug related information for a
prescription to be printed for the patient, means for hand
carrying the hand held portable prescription printing and
transmitting device to a site at which a printed prescription
for a patient is required, means for creating at the site on
the screen with a pencil digitizer a facsimile of the
signature of the physician issuing the prescription, means for
selecting at the site prestored patient related information
and drug related information for printing on the drug
prescription and means for printing at the site with the hand
held prescription printing and transmitting device a printed
prescription on prescription paper a prescription including
the prescription heading including the name of the physician
corresponding to the security access code and selected
prestored patient related information and drug related
information.

The object is also achieved by providing a method of
portably issuing drug prescriptions comprising the steps of
(1) entering for storage drug prescription related information
in a hand held, battery powered, portable, prescription
printing and transmitting device including a physician's
prescription list of drugs commonly prescribed by the
physician, a security access code for the physician and       a
prescription heading including the physician's name and
registration number, (2) accessing, through entry of the
security access code, from storage for viewing on a display of
the hand held portable prescription printing and transmitting
device prestored drug prescription related information
including patient information and drug related information for
a prescription to be printed for the patient, (3) hand
carrying the hand held portable prescription printing and



Exhibit___/__Page__124

3

transmitting device to a site at which a printed prescription
for a patient is required, (4) creating at the site on the
screen with a pencil digitizer a facsimile of the signature of
the physician issuing the prescription, (5) selecting at the
site prestored patient related information and drug related
information for printing on the drug prescription and (6)
printing at the site with the hand held prescription printing
and transmitting device a printed prescription on prescription
paper a prescription including the prescription heading
including the name of the physician corresponding to the
security access code and selected prestored patient related
information and drug related information.

Moreover, the object of the present invention is achieved
by provision of a portable, hand-held, drug prescription
issuing device, comprising (A) memory means for storing data
including patient file number, patient address, patient
telephone number, patient medical history, patient allergies,
and clinician medication lists, (B) printing means for
printing data to include medical history, allergies,
diagnosis, and medication reference numbers, (C) computer
processing means to interact commands with programmed
information and ability to communicate this information by way
of the graphic display, printer, or modem transmission, (D) D)
communications means including a graphic display printer, and
modem transmission output, (E) security means requiring each
individual clinician to use a predesignated code number, (F)
specialized calculating means to assist the clinician with
calculating dosages.

Further objects and advantages of our invention will
become apparent from a consideration of the drawings and
ensuing description.

## BRIEF DESCRIPTION OF THE DRAWINGS:

The foregoing objects and advantageous features of the
invention will be explained in greater detail and others will
be made apparent from the detailed description of the

4

preferred embodiment of the present invention which is given with reference to the several figures of the drawing, in which:

Fig. 1 is a perspective view of the present invention showing the outside arrangement of its parts closed by an embodiment of this invention;

Fig. 2 is a front view of the present invention keypad/keyboard assembly and liquid crystal display and printer;

Fig. 3 is a block diagram of the present invention;

Fig. 4A - 4C form a composite flow chart showing the preferred methods of the present invention;

Figs. 5-7 are schematics of the present invention;

Fig. 8 is an example of a prescription printed by invention;

Fig. 9 is an example of the transmission printed by the pharmacy receiving printer;

Fig. 10 is an example of a label printed for application to the prescription bottle;

Fig. 11 lists the key titles;

Fig. 12 is an example of CCD Graphic Display of new patient entry with patient name, address, date, and time;

Fig. 13 is an example of a patient medical history printed according to the present invention;

Fig. 14 is an example of patient of patient allergy history as printed according to the present invention;

Fig. 15 is an example of physician drug database entry; and

Fig. 16 is an example of patient drug use database as viewed on the LCD Graphic Display.

DESCRIPTION OF THE PREFERRED EMBODIMENT:

The benefits of such a device are multiple.  This device can be preloaded with a physicians typical prescription list to expedite prescription writing through a predesignated code number.  Each prescription will then be printed legibly with the included printer on plain paper (Note that legible

Exhibit __1__ Page__126__

prescriptions are themselves a great benefit).  The device can
readily recall patient information including patient name,
patient file number, patient medication profile to include
talks prescribed-quantity of each drug prescribed-date each
drug was prescribed and brief history on each patient.  The
prescription device could be plugged into a modem with
transmission of prescriptions directly to the desired pharmacy
previously registered with the Rx-script system.  Electronic
transmission of the prescriptions expedite prescription
filling, allows night-time and holiday transmission of
prescriptions, eliminates prescription alteration by the
patient, and deters prescription fraud or misuse by the
patient.  If desired, Schedule 2 drugs or other potential
drugs of abuse are automatically transmitted to the
appropriate governmental agency when the drug prescription is
sent to the pharmacy to eliminate the need for duplicate
prescription record-keeping as required by some states.  The
portable nature of this device allows the physician to better
assist patients in the public on a mobile basis, if the need
arose, while still maintaining a good patient information
record.

   A. HOW  TO ENTER PATIENT DATABASE INFORMATION AND LATER
UTILIZE THIS INFORMATION.

   Referring now to the drawings:

   1.  After the power function switch 88 is turned on you
are given the choice of "1.  Edit" or "2.  Operate".  The
alphanumeric  key 36 "1"  is then pressed followed by choices
"Patient Database 1", "Drug Database 2", " History Database
3", or "Allergy Database 4"-enter "1" to enter all pertinent
patient information.  The patients name and file number are
entered initially by pressing the appropriate alphanumeric
keys 36.  The patients address is then entered into the
computer via the alphanumeric keys 36.  Date and time are
automatically entered onto each prescription.  You now press
ENTER 36 to update/add to memory 40-70.  Fig. 13 demonstrates
the appearance of the device Graphic Display 32 prior to
pressing ENTER 36.



Exhibit   1    Page 127

6

2. The patient entered into memory 40-70 as described and A1 is now permanently entered into the device unless erased as an inactive file at a later date.  This  patient database can be accessed for future use by turning the device power units ON 88 and pressing alphanumeric key 36 "2" when given the choice of "1.  Edit"  or "2.  Operate" on the Graphic Display 32 main screen.  You must now press alphanumeric keys 36 representing the patients name or patients file number.  The patients address, date and time of prescription are now automatically entered onto the Graphic Display 32 with appearance similar to Fig. 13.

B.  HOW  TO ENTER DRUG DATABASE INFORMATION AND LATER UTILIZATION OF THIS INFORMATION.

1.  After the power function switch is turned ON 88, you are given the choice "EDIT 1" or "Operate 2" on the Graphic Display 32, Enter " 1 " on the alphanumeric keys 36.  The Graphic Display 32 then gives you the option to enter "Patient Database 1", "Drug Database 2", "History Database 3", or "Allergy Database 4" - Enter "2" for access to drug database entry.  You can then enter your drug code number (i.e. 001, 002, etc.) followed by Drug name, Drug Quantity, and Drug Instructions.  After the information entered is satisfactory you press "ENTER" 36 and then you are given the option to "1. Enter New Drug" or "2. Exit".  For continued drug entry press alphanumeric key 36 "1" and repeat as directed above.  See Fig. 15 or an example entry into the physician drug preference database.

2.  To utilize previously entered drug information you must first enter patient name and address information as previously discussed and A1-A2.  The Graphic Display 32 now prompts you to "Enter Drug ID number".  You then enter the preselected code number for the desired medication which automatically displays the drug information in memory 40-70. The Graphic Display 32 then prompts any changes desired Y or N.  Refill instructions will be requested with the appropriate numeral key 36 to be pressed.  Pressing "Enter" function key

7

36 will automatically enter the drug as directed.  You can add
other drugs desired in sequential order by pressing the
desired   drug code numbers followed by pressing "N" or "Y"
for changes required.  You are then asked to respond to the
number of refills desired.  Pressing numeral keys 36 to answer
refill question, then pressing "Enter" function key 36 to
enter the drug.  Pressing "Y" for requested changes will give
you the ability to move the cursor 36 to the area of desired
changes.  The cursor is moved to the correction area with the
alphanumeric keys 36 used at the site of changes.  After all
changes are made you then press enter 36 and continue with
other medications desired.  After entering all the desired
prescriptions the "Print" or "Transmit" keys 36 are then
pressed to complete the prescription preparation.  See Figs. 8
& 9 for examples of these prescriptions.

     3.  Patient drug database can be accessed by initially
entering the "Operate 2" selection on the main screen and then
entering the patient name or patient file number.  The
patients medication use history can then be accessed by
pressing "D His" 36 for drug history key function.  A list of
the patients previous drug history then appears on the screen
with listing of medication, date, quantity prescribed, and
refills.  The cursor keys 36 allow you to continue
visualization of the complete drug history.  You can then push
the "Print" key 36 function to print the drug database history
or push the "Exit" key 36 function to return to the main
screen.  Fig.  16 is an example of a printout on a patient
drug use database.

     C. HOW TO ENTER PATIENT HISTORY DATABASE INFORMATION AND
LATER UTILIZATION OF THIS INFORMATION.

     1.  After the patients information including name,
address, and drug information is entered into the computer you
can return to the Main Screen with this device.  The Graphic
Display 32 now gives you the option to "1.  Edit" or "2.
Operate" press alphanumeric key 36 "1".  The Graphic Display
then gives you the option of entering "1.  Patient Database",
"2.  Drug Database", "3.  History Database", and "4.  Allergy



Exhibit ___1___ Page _129_

Database"-Press the alphanumeric key 36 "3" and this will allow you to enter basic historical information.  You can then press "Enter" function key 36 to store the data.  After the data is stored, the Graphic Display will return to the main screen.

2.  After entering the "2.  Operate" selection on the main screen the patients name or file number is entered.  You may immediately access patient medical history by pressing the function key "M Hist" 36 which provides you with a brief medical history on the patient.  This data can be printed by pushing the "Print" function key 36 or you can turn back to the main screen by pressing the "Exit" function key 36.

D.  HOW TO ENTER PATIENT ALLERGY DATABASE INFORMATION AND LATER UTILIZATION OF THIS INFORMATION.

1. Upon returning to the main screen (or after turning the power function switch 88 on) enter "1" for edit function then you are given the options "1.  Patient Database", "2.  Drug Database", "3.  History  Database", and "4.  Allergy Database"- press the alphanumeric key 36 "4" to enter the Allergy Database.  You can then press the appropriate alphanumeric keys 36 to enter the patient allergies followed by pressing the key function 36 " ENTER ".  After the data is stored the Graphic Display will return to the main screen.

2.  After entering the "2.  Operate" selection on the main screen patients name for the file number is entered into this device.  You can immediately access patient allergy information by pressing the function key 36 "All".  The allergies are then listed on the display.  The allergy data can then be printed by pressing the function key 36 "Print" or you can return back to the main screen by pressing the function key 36 "Exit".

II.  HOW TO TRANSMIT CHARACTER INFORMATION/PRESCRIPTIONS

A.  Prescriptions transmission to a pharmacy can be performed with this device via modem transmission to a pharmacy previously registered with the Rx-Script System. The patient information along with the desired prescriptions are entered into the device as described in sections A1-A2 and B1-

Exhibit  1  Page 130



B2.  The device should be plugged into an acceptable modem device functional with the "Rx-Script" system.  The function keys 36 "Shift" followed by "Xmit" should be pressed.  The Graphic display will then ask if there are any necessary medical reference numbers or diagnosis asking for a Yes "Y" or No "N" response.  If "Y" is entered then the appropriate alphanumeric keys are pressed in response followed by pressing the function key "Enter".  If "N" is entered you continue to the next step of entering the clinician code number.  The Graphic Display then prompts for the clinician code number which should be entered using appropriate alphanumeric keys 36 followed by pressing the function key 36 "Enter".  The Graphic Display 32 will then read "Transmission in progress".  When transmission is finished the Graphic display 32 will read "Transmission Completed".

     B.  Allergy list transfer to pharmacy can be performed by this device via modem transmission to a pharmacy previously registered with the "Rx-Script" system.  The patient information can be entered into the device as described in sections A1-A2 followed by access to allergy information as described in sections D1-D2.  The device should then be plugged into an acceptable modem device functional with the "Rx-Script System". The function keys 36 "shift" by "Xmit" should be pressed.  The Digital Display will prompt for a clinician code number which should then be entered by pressing the appropriate alphanumeric keys 36 followed by pressing function key 36 "Enter".  The Graphic Display 32 will then read "Transmission in progress". When transmission is finished the Graphic Display 32 will read " Transmission Complete ".

III.  HOW TO CALCULATE MEDICATION DOSAGES

     A. Numerical keys, arithmetic symbol keys, and a decimal key are provided to allow for simple drug dosage calculations.

     Referring to Figs. 5 - 7, the preferred embodiment of the circuitry for the present invention is seen to include the following features:

| | |
|---|---|
| 20 MICRO-CONTROLLER | 52 NON-VOLATILE RAM |
| 22 CHARACTER ROM | 54 NON-VOLATILE RAM |

10

| | |
|---|---|
| 24 ADDRESS DECODE | 56 NON−VOLATILE RAM |
| 26 MEDICAL LIBRARY EEPROM | 58 NON−VOLATILE RAM |
| 32 GRAPHIC DISPLAY | 60 NON−VOLATILE RAM |
| 34 PROGRAMMABLE INTERFACE | 62 NON−VOLATILE RAM |
| 36 KEYPAD ASSEMBLY | 64 NON−VOLATILE RAM |
| 38 PRINTER WITH BUFFER | 66 NON−VOLATILE RAM |
| 40 NON−VOLATILE RAM | 68 NON−VOLATILE RAM |
| 42 NON−VOLATILE RAM | 70 NON−VOLATILE RAM |
| 44 NON−VOLATILE RAM | 80 DC ADAPTER PLUG |
| 46 NON−VOLATILE RAM | 82 FIVE VOLT REGULATOR |
| 48 NON−VOLATILE RAM | 84 BATTERY PACK |
| 50 NON−VOLATILE RAM | 86 THERMAL RESISTOR |
| | 88 POWER FUNCTION SWITCH |

11

<u>CLAIMS</u>

1.    A portable drug prescription issuing apparatus, comprising:

means for entering drug prescription related information in storage including

      a physician's prescription list of drugs commonly prescribed by the physician,

      a security access code for the physician, and

      a prescription heading including the physician's name and registration number;

means for accessing, through entry of the security access code, from storage for viewing on a display of the hand held portable prescription printing and transmitting device prestored drug prescription related information including patient information and drug related information for a prescription to be printed for the patient;

means for hand carrying the hand held portable prescription printing and transmitting device to a site at which a printed prescription for a patient is required;

means for creating at the site on the screen with a pencil digitizer a facsimile of the signature of the physician issuing the prescription;

means for selecting at the site prestored patient related information and drug related information for printing on the drug prescription; and

means for printing at the site with the hand held prescription printing and transmitting device a printed prescription on prescription paper a prescription including the prescription heading including the name of the physician corresponding to the security access code and selected prestored patient related information and drug related information.

2.   The apparatus of claim 1 in which said drug related information includes a code for each of the drugs commonly prescribed by the physician corresponding to the security access code.

Exhibit ___1___ Page ___133___

3.   The apparatus of claim 1 in which

the stored drug prescription information includes drug prescription information for each patient, the drug name, drug dosages, drug usage instruction, and indication of whether refills are permitted and whether generic substitutes are allowed, all of which are printed on the prescription together with the physician's heading.

4.   A method of portably issuing drug prescriptions comprising the steps of:

entering for storage drug prescription related information in a hand held, battery powered, portable, prescription printing and transmitting device including

a physician's prescription list of drugs commonly prescribed by the physician,

a security access code for the physician, and

a prescription heading including the physician's name and registration number;

accessing, through entry of the security access code, from storage for viewing on a display of the hand held portable prescription printing and transmitting device prestored drug prescription related information including patient information and drug related information for a prescription to be printed for the patient;

hand carrying the hand held portable prescription printing and transmitting device to a site at which a printed prescription for a patient is required;

creating at the site on the screen with a pencil digitizer a facsimile of the signature of the physician issuing the prescription;

selecting at the site prestored patient related information and drug related information for printing on the drug prescription; and

printing at the site with the hand held prescription printing and transmitting device a printed prescription on prescription paper a prescription including the prescription heading including the name of the physician corresponding to the security access code and selected prestored patient

Exhibit __1__ Page __134__


related information and drug related information.

5.  The method of claim 4 in which said drug related information includes a code for each of the drugs commonly prescribed by the physician corresponding to the security access code.

6.  The method of claim 4 in which

the stored drug prescription information including drug prescription information for each patient, the drug name, drug dosages, drug usage instruction, and indication of whether refills are permitted and what the generic substitutes are allowed, all of which are printed on the prescription along with the physician's heading.

7.  A portable, hand-held, drug prescription issuing device, comprising:

A) memory means for storing data including patient file number, patient address, patient telephone number, patient medical history, patient allergies, and clinician medication lists;

B) printing means for printing data to include medical history, allergies, diagnosis, and medication reference numbers;

C) computer processing means to interact commands with programmed information and ability to communicate this information by way of the graphic display, printer, or modem transmission;

D) communications means including a graphic display printer, and modem transmission output;

E) security means requiring each individual clinician to use a predesignated code number;

F) specialized calculating means to assist the clinician with calculating dosages.

8.  The device of claim 7 including data entry means for entering general patient information including name, address, telephone number, and patient file number for storage.

9.  The device of claim 8 in which data entry means for entering basic patient medical history for storage.

10.   The device of claim 9 in which the data entry means

for entering patient allergy history for storage.

     11.   The device of claim 10 in which the data entry means includes means for each clinician to enter his or her personally preferred medication list with quantity and refill preference.

     12.   The device of claim 11 including means for printing or transmit on command any prescription entered by the physician either as a new entry or recalled by a code number previously entered for preferred prescriptions of the physician.

     13.   The device of claim 12 in which the computing means includes means to provide on command, patient medication use including past refill information.

1/13



Exhibit ____|____ Page__137

WO 95/29455

Case 3:11-cv-01114-CAB-BGS   Document 48-3   Filed 03/06/12   Page 37 of 141

PCT/US95/04563

2/13



Fig.3

Exhibit____1____Page___138___

Fig. 4A   3/13



Exhibit 1 Page 139

# Fig. 4B  4/13





Fig.4C 5/13

Exhibit ___1___ Page ___141___

6/13      Fig. 5



Fig.6     7/13



# Fig. 7

8/13



TO 5-12 VDC CONVERTER

+VCC −VCC

DC ADAPTER PLUG

80

82

5 VOLT REGULATOR

86

84

BATTERY PACK

# Fig. 10



```
        ┌─────────────┐
        │ PREPRINTED  │
        │ PHARMACY    │
        │ NAME &      │
        │ ADDRESS     │
        └─────────────┘
──────────────────────────────────
  11/11/91          08:08:00
  RX# 0000000000

        JOHN DOE
       P.O. BOX 0000
     ANYPLACE, MS 00000

  DISSOLVE ONE TAB UNDER TONGUE
  AS NEEDED FOR CHEST PAIN

  NITROSTAT 0.4 MG SUB PARK
  QTY 100    MFG PARKE DAVIS
        DR. JOHN JUAN
  DR. MUST AUTHORIZE REFILL
```

Exhibit____ Page____ 144

9/13

# Fig.8

```
        Dr. JOHN JUAN
    ABC MEDICAL CLINIC
       123 ANY STREET
    ANYWHERE, USA 11111
       (555)-555-5555
    DEA # 00000000000
─────────────────────────────
11/11/91        08:08:00
          JOHN DOE
       000 HILL DRIVE
    ANYPLACE, MS 00000

DYNACITE 2.5 MG (#60)
SU: TAKE 1 CAPSULE
BID FOR HYPERTENSION

LABEL:Y       REFILLS: 2
─────────────────────────────
  BIAXIN 500 MG (#20)
  SU: TAKE 1 BID
  UNTIL COMPLETE

  LABEL:Y    REFILLS: 0

  DISPENS AS WRITTEN:Y

            SUBSTITUTION :N
            DERMISSABLE
```

10/13

# Fig.9

Dr. JOHN JUAN
ABC MEDICAL CLINIC
123 ANY STREET
ANYWHERE, USA 11111
(555)-555-5555
DEA # 00000000000

---

11/11/91          08:08:00
JOHN DOE
000 HILL DRIVE
ANYPLACE, MS 00000

DYNACITE 2.5 MG (#60)
SU: TAKE 1 CAPSULE
BID FOR HYPERTENSION

LABEL:Y        REFILLS: 2

DISPENS AS WRITTEN:Y

SUBSTITUTION :N
PERMITTED

---

BIAXIN 500 MG (#20)
SU: TAKE 1 BID
UNTIL COMPLETE

LABEL:Y      REFILLS: 0

DISPENS AS WRITTEN:Y

SUBSTITUTION :N
PERMITTED

11/13

Fig.11

```
        ┌────────────────┐
        │ PREPRINTED     │
        │ PHARMACY       │
        │ NAME &         │
        │ ADDRESS        │
        └────────────────┘
─────────────────────────────────

11/11/91           08:08:00
RX# 0000000000

        JOHN DOE
      P.O. BOX 00
    ANYPLACE, MS 00000

DISSOLVE ONE TAB UNDER TONGUE
AS NEEDED FOR CHEST PAIN

NITROSTAT 0.4 MG SUB PARK
QTY 100    MFG PARKE DAVIS

      DR. JOHN JUAN
DR. MUST AUTHORIZE REFILL
```

Fig.12

```
        JOHN DOE
    000 HILL DRIVE
  ANYWHERE, MS 00000

   3/10/89        08:00
```

Exhibit __1__ Page __147__

# Fig. 13 12/13

```
        Dr. JOHN JUAN
     ABC MEDICAL CLINIC
       123 ANY STREET
    ANYWHERE, USA 11111
       (555)-555-5555
     DEA # 00000000000
  ─────────────────────────
  11/11/91          08:08:00
         JOHN DOE
     000 HILL DRIVE
    ANYPLACE, MS 00000

       11/10/89   16:05
  ─────────────────────────
  PATIENT MEDICAL HISTORY
  ─────────────────────────
    CHF, IDDM, CAD,
    TAH-BSO, APPY
```

# Fig. 14

```
        Dr. JOHN JUAN
     ABC MEDICAL CLINIC
       123 ANY STREET
    ANYWHERE, USA 11111
       (555)-555-5555
     DEA # 00000000000
  ─────────────────────────
  11/11/91          08:08:00
         JOHN DOE
     000 HILL DRIVE
    ANYPLACE, MS 00000

       11/10/89   16:05
  ─────────────────────────
  PATIENT ALLERGY HISTORY
  ─────────────────────────
  MORPHINE,ASPIRINE,PENICILLIN
```

13/13

# Fig.15

```
001 CECLOR 250MG /5CC
         150CC
SIG: TAKE 1 tsp U.C.

REFILLS 2
```
```
002   DYNACIRC 2.5MG
        #60
SIG: TAKE 1 CAPSULE BID

FOR HIGH BLOOD PRESSURE
```

# Fig.16

```
8/10/89                 8:00

  CECLOR 250MG /5CC
  (150CC)
SIG: TAKE 1 tsp TID U..C.
```
```
8/15/89                 8:02

DYNACIRC      2.5MG
#60
```

Exhibit ___1___ Page ___149___

International application No.
PCT/US95/04563

| A. | CLASSIFICATION OF SUBJECT MATTER |
|---|---|

IPC(6)   :G06F 159:00

US CL   : 364/413.01, 413.02, 413.03

According to International Patent Classification (IPC) or to both national classification and IPC

| B. | FIELDS SEARCHED |
|---|---|

Minimum documentation searched (classification system followed by classification symbols)

U.S.  :  364/413.01, 413.02, 413.03

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

| C. | DOCUMENTS CONSIDERED TO BE RELEVANT |
|---|---|

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | US, A, 5,072,383 (BRIMM ET AL) 10 DECEMBER 1991, see the entire document, particularly col. 6, lines 34-68, col. 7, lines 1-20 and 36-43, col. 9, lines 1-16. | 1-13 |

☐ Further documents are listed in the continuation of Box C.      ☐ See patent family annex.

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be part of particular relevance | | |
| "E" | earlier document published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 22 MAY 1995 | 22 JUN 1995 |

| Name and mailing address of the ISA/US | Authorized officer |
|---|---|
| Commissioner of Patents and Trademarks<br>Box PCT<br>Washington, D.C. 20231 | DONALD MCELHENY, JR. |
| Facsimile No.    (703) 305-3230 | Telephone No.    (703) 305-9600 |

Form PCT/ISA/210 (second sheet)(July 1992)★

**EXHIBIT I:**
**RFC 793, Transmission Control Protocol, DARPA Internet Program,**
**Protocol Specification, September 1981**

24

Exhibit ___1___ Page __151__

RFC: 793

TRANSMISSION CONTROL PROTOCOL

DARPA INTERNET PROGRAM

PROTOCOL SPECIFICATION

September 1981

prepared for

Defense Advanced Research Projects Agency
Information Processing Techniques Office
1400 Wilson Boulevard
Arlington, Virginia  22209

by

Information Sciences Institute
University of Southern California
4676 Admiralty Way
Marina del Rey, California  90291

September 1981

Transmission Control Protocol

TABLE OF CONTENTS

PREFACE ....................................................... iii

1.  INTRODUCTION ................................................... 1

    1.1  Motivation .............................................. 1
    1.2  Scope ................................................... 2
    1.3  About This Document ..................................... 2
    1.4  Interfaces .............................................. 3
    1.5  Operation ............................................... 3

2.  PHILOSOPHY ..................................................... 7

    2.1  Elements of the Internetwork System ..................... 7
    2.2  Model of Operation ...................................... 7
    2.3  The Host Environment .................................... 8
    2.4  Interfaces .............................................. 9
    2.5  Relation to Other Protocols ............................. 9
    2.6  Reliable Communication .................................. 9
    2.7  Connection Establishment and Clearing .................. 10
    2.8  Data Communication ..................................... 12
    2.9  Precedence and Security ................................ 13
    2.10 Robustness Principle ................................... 13

3.  FUNCTIONAL SPECIFICATION ...................................... 15

    3.1  Header Format .......................................... 15
    3.2  Terminology ............................................ 19
    3.3  Sequence Numbers ....................................... 24
    3.4  Establishing a connection .............................. 30
    3.5  Closing a Connection ................................... 37
    3.6  Precedence and Security ................................ 40
    3.7  Data Communication ..................................... 40
    3.8  Interfaces ............................................. 44
    3.9  Event Processing ....................................... 52

GLOSSARY ......................................................... 79

REFERENCES ....................................................... 85

Exhibit ___1___ Page _154_

September 1981

Transmission Control Protocol

[Page ii]

Exhibit ____|____ Page 155

September 1981

                                        Transmission Control Protocol


                              PREFACE


This document describes the DoD Standard Transmission Control Protocol
(TCP).  There have been nine earlier editions of the ARPA TCP
specification on which this standard is based, and the present text
draws heavily from them.  There have been many contributors to this work
both in terms of concepts and in terms of text.  This edition clarifies
several details and removes the end-of-letter buffer-size adjustments,
and redescribes the letter mechanism as a push function.

                                              Jon Postel

                                              Editor


                                                            [Page iii]

```
RFC:  793
Replaces: RFC 761
IENs:  129, 124, 112, 81,
55, 44, 40, 27, 21, 5
```

TRANSMISSION CONTROL PROTOCOL

DARPA INTERNET PROGRAM
PROTOCOL SPECIFICATION

1.  INTRODUCTION

The Transmission Control Protocol (TCP) is intended for use as a highly
reliable host-to-host protocol between hosts in packet-switched computer
communication networks, and in interconnected systems of such networks.

This document describes the functions to be performed by the
Transmission Control Protocol, the program that implements it, and its
interface to programs or users that require its services.

1.1.  Motivation

  Computer communication systems are playing an increasingly important
  role in military, government, and civilian environments.  This
  document focuses its attention primarily on military computer
  communication requirements, especially robustness in the presence of
  communication unreliability and availability in the presence of
  congestion, but many of these problems are found in the civilian and
  government sector as well.

  As strategic and tactical computer communication networks are
  developed and deployed, it is essential to provide means of
  interconnecting them and to provide standard interprocess
  communication protocols which can support a broad range of
  applications.  In anticipation of the need for such standards, the
  Deputy Undersecretary of Defense for Research and Engineering has
  declared the Transmission Control Protocol (TCP) described herein to
  be a basis for DoD-wide inter-process communication protocol
  standardization.

  TCP is a connection-oriented, end-to-end reliable protocol designed to
  fit into a layered hierarchy of protocols which support multi-network
  applications.  The TCP provides for reliable inter-process
  communication between pairs of processes in host computers attached to
  distinct but interconnected computer communication networks.  Very few
  assumptions are made as to the reliability of the communication
  protocols below the TCP layer.  TCP assumes it can obtain a simple,
  potentially unreliable datagram service from the lower level
  protocols.  In principle, the TCP should be able to operate above a
  wide spectrum of communication systems ranging from hard-wired
  connections to packet-switched or circuit-switched networks.
```

[Page 1]

Exhibit ___1___ Page ___158___

September 1981
Transmission Control Protocol
Introduction

    TCP is based on concepts first described by Cerf and Kahn in [1].  The
    TCP fits into a layered protocol architecture just above a basic
    Internet Protocol [2] which provides a way for the TCP to send and
    receive variable-length segments of information enclosed in internet
    datagram "envelopes".  The internet datagram provides a means for
    addressing source and destination TCPs in different networks.  The
    internet protocol also deals with any fragmentation or reassembly of
    the TCP segments required to achieve transport and delivery through
    multiple networks and interconnecting gateways.  The internet protocol
    also carries information on the precedence, security classification
    and compartmentation of the TCP segments, so this information can be
    communicated end-to-end across multiple networks.

                        Protocol Layering

```
                    +---------------------+
                    |    higher-level      |
                    +---------------------+
                    |       TCP            |
                    +---------------------+
                    |  internet protocol   |
                    +---------------------+
                    |communication network|
                    +---------------------+
```

                            Figure 1

    Much of this document is written in the context of TCP implementations
    which are co-resident with higher level protocols in the host
    computer.  Some computer systems will be connected to networks via
    front-end computers which house the TCP and internet protocol layers,
    as well as network specific software.  The TCP specification describes
    an interface to the higher level protocols which appears to be
    implementable even for the front-end case, as long as a suitable
    host-to-front end protocol is implemented.

1.2.  Scope

    The TCP is intended to provide a reliable process-to-process
    communication service in a multinetwork environment.  The TCP is
    intended to be a host-to-host protocol in common use in multiple
    networks.

1.3.  About this Document

    This document represents a specification of the behavior required of
    any TCP implementation, both in its interactions with higher level
    protocols and in its interactions with other TCPs.  The rest of this

[Page 2]

Exhibit ___1___ Page _159_


September 1981

section offers a very brief view of the protocol interfaces and
operation.  Section 2 summarizes the philosophical basis for the TCP
design.  Section 3 offers both a detailed description of the actions
required of TCP when various events occur (arrival of new segments,
user calls, errors, etc.) and the details of the formats of TCP
segments.

1.4.  Interfaces

The TCP interfaces on one side to user or application processes and on
the other side to a lower level protocol such as Internet Protocol.

The interface between an application process and the TCP is
illustrated in reasonable detail.  This interface consists of a set of
calls much like the calls an operating system provides to an
application process for manipulating files.  For example, there are
calls to open and close connections and to send and receive data on
established connections.  It is also expected that the TCP can
asynchronously communicate with application programs.  Although
considerable freedom is permitted to TCP implementors to design
interfaces which are appropriate to a particular operating system
environment, a minimum functionality is required at the TCP/user
interface for any valid implementation.

The interface between TCP and lower level protocol is essentially
unspecified except that it is assumed there is a mechanism whereby the
two levels can asynchronously pass information to each other.
Typically, one expects the lower level protocol to specify this
interface.  TCP is designed to work in a very general environment of
interconnected networks.  The lower level protocol which is assumed
throughout this document is the Internet Protocol [2].

1.5.  Operation

As noted above, the primary purpose of the TCP is to provide reliable,
securable logical circuit or connection service between pairs of
processes.  To provide this service on top of a less reliable internet
communication system requires facilities in the following areas:

    Basic Data Transfer
    Reliability
    Flow Control
    Multiplexing
    Connections
    Precedence and Security

The basic operation of the TCP in each of these areas is described in
the following paragraphs.

Exhibit  1  Page  160


September 1981

Transmission Control Protocol
Introduction

Basic Data Transfer:

The TCP is able to transfer a continuous stream of octets in each
direction between its users by packaging some number of octets into
segments for transmission through the internet system.  In general,
the TCPs decide when to block and forward data at their own
convenience.

Sometimes users need to be sure that all the data they have
submitted to the TCP has been transmitted.  For this purpose a push
function is defined.  To assure that data submitted to a TCP is
actually transmitted the sending user indicates that it should be
pushed through to the receiving user.  A push causes the TCPs to
promptly forward and deliver data up to that point to the receiver.
The exact push point might not be visible to the receiving user and
the push function does not supply a record boundary marker.

Reliability:

The TCP must recover from data that is damaged, lost, duplicated, or
delivered out of order by the internet communication system.  This
is achieved by assigning a sequence number to each octet
transmitted, and requiring a positive acknowledgment (ACK) from the
receiving TCP.  If the ACK is not received within a timeout
interval, the data is retransmitted.  At the receiver, the sequence
numbers are used to correctly order segments that may be received
out of order and to eliminate duplicates.  Damage is handled by
adding a checksum to each segment transmitted, checking it at the
receiver, and discarding damaged segments.

As long as the TCPs continue to function properly and the internet
system does not become completely partitioned, no transmission
errors will affect the correct delivery of data.  TCP recovers from
internet communication system errors.

Flow Control:

TCP provides a means for the receiver to govern the amount of data
sent by the sender.  This is achieved by returning a "window" with
every ACK indicating a range of acceptable sequence numbers beyond
the last segment successfully received.  The window indicates an
allowed number of octets that the sender may transmit before
receiving further permission.

[Page 4]

September 1981

Multiplexing:

To allow for many processes within a single Host to use TCP
communication facilities simultaneously, the TCP provides a set of
addresses or ports within each host.  Concatenated with the network
and host addresses from the internet communication layer, this forms
a socket.  A pair of sockets uniquely identifies each connection.
That is, a socket may be simultaneously used in multiple
connections.

The binding of ports to processes is handled independently by each
Host.  However, it proves useful to attach frequently used processes
(e.g., a "logger" or timesharing service) to fixed sockets which are
made known to the public.  These services can then be accessed
through the known addresses.  Establishing and learning the port
addresses of other processes may involve more dynamic mechanisms.

Connections:

The reliability and flow control mechanisms described above require
that TCPs initialize and maintain certain status information for
each data stream.  The combination of this information, including
sockets, sequence numbers, and window sizes, is called a connection.
Each connection is uniquely specified by a pair of sockets
identifying its two sides.

When two processes wish to communicate, their TCP's must first
establish a connection (initialize the status information on each
side).  When their communication is complete, the connection is
terminated or closed to free the resources for other uses.

Since connections must be established between unreliable hosts and
over the unreliable internet communication system, a handshake
mechanism with clock-based sequence numbers is used to avoid
erroneous initialization of connections.

Precedence and Security:

The users of TCP may indicate the security and precedence of their
communication.  Provision is made for default values to be used when
these features are not needed.

[Page 5]


Exhibit ___1___ Page __162__

September 1981

Transmission Control Protocol

[Page 6]

Exhibit ___1___ Page ___163___

September 1981

Transmission Control Protocol

## 2.  PHILOSOPHY

### 2.1.  Elements of the Internetwork System

The internetwork environment consists of hosts connected to networks
which are in turn interconnected via gateways.  It is assumed here
that the networks may be either local networks (e.g., the ETHERNET) or
large networks (e.g., the ARPANET), but in any case are based on
packet switching technology.  The active agents that produce and
consume messages are processes.  Various levels of protocols in the
networks, the gateways, and the hosts support an interprocess
communication system that provides two-way data flow on logical
connections between process ports.

The term packet is used generically here to mean the data of one
transaction between a host and its network.  The format of data blocks
exchanged within the a network will generally not be of concern to us.

Hosts are computers attached to a network, and from the communication
network's point of view, are the sources and destinations of packets.
Processes are viewed as the active elements in host computers (in
accordance with the fairly common definition of a process as a program
in execution).  Even terminals and files or other I/O devices are
viewed as communicating with each other through the use of processes.
Thus, all communication is viewed as inter-process communication.

Since a process may need to distinguish among several communication
streams between itself and another process (or processes), we imagine
that each process may have a number of ports through which it
communicates with the ports of other processes.

### 2.2.  Model of Operation

Processes transmit data by calling on the TCP and passing buffers of
data as arguments.  The TCP packages the data from these buffers into
segments and calls on the internet module to transmit each segment to
the destination TCP.  The receiving TCP places the data from a segment
into the receiving user's buffer and notifies the receiving user.  The
TCPs include control information in the segments which they use to
ensure reliable ordered data transmission.

The model of internet communication is that there is an internet
protocol module associated with each TCP which provides an interface
to the local network.  This internet module packages TCP segments
inside internet datagrams and routes these datagrams to a destination
internet module or intermediate gateway.  To transmit the datagram
through the local network, it is embedded in a local network packet.

The packet switches may perform further packaging, fragmentation, or

[Page 7]


Exhibit____1__ Page 164

September 1981

Transmission Control Protocol
Philosophy

other operations to achieve the delivery of the local packet to the
destination internet module.

At a gateway between networks, the internet datagram is "unwrapped"
from its local packet and examined to determine through which network
the internet datagram should travel next.  The internet datagram is
then "wrapped" in a local packet suitable to the next network and
routed to the next gateway, or to the final destination.

A gateway is permitted to break up an internet datagram into smaller
internet datagram fragments if this is necessary for transmission
through the next network.  To do this, the gateway produces a set of
internet datagrams; each carrying a fragment.  Fragments may be
further broken into smaller fragments at subsequent gateways.  The
internet datagram fragment format is designed so that the destination
internet module can reassemble fragments into internet datagrams.

A destination internet module unwraps the segment from the datagram
(after reassembling the datagram, if necessary) and passes it to the
destination TCP.

This simple model of the operation glosses over many details.  One
important feature is the type of service.  This provides information
to the gateway (or internet module) to guide it in selecting the
service parameters to be used in traversing the next network.
Included in the type of service information is the precedence of the
datagram.  Datagrams may also carry security information to permit
host and gateways that operate in multilevel secure environments to
properly segregate datagrams for security considerations.

2.3.   The Host Environment

The TCP is assumed to be a module in an operating system.  The users
access the TCP much like they would access the file system.  The TCP
may call on other operating system functions, for example, to manage
data structures.  The actual interface to the network is assumed to be
controlled by a device driver module.  The TCP does not call on the
network device driver directly, but rather calls on the internet
datagram protocol module which may in turn call on the device driver.

The mechanisms of TCP do not preclude implementation of the TCP in a
front-end processor.  However, in such an implementation, a
host-to-front-end protocol must provide the functionality to support
the type of TCP-user interface described in this document.

[Page 8]

Exhibit ___1___ Page _165_

September 1981

Transmission Control Protocol
Philosophy

2.4.   Interfaces

The TCP/user interface provides for calls made by the user on the TCP
to OPEN or CLOSE a connection, to SEND or RECEIVE data, or to obtain
STATUS about a connection.  These calls are like other calls from user
programs on the operating system, for example, the calls to open, read
from, and close a file.

The TCP/internet interface provides calls to send and receive
datagrams addressed to TCP modules in hosts anywhere in the internet
system.  These calls have parameters for passing the address, type of
service, precedence, security, and other control information.

2.5.   Relation to Other Protocols

The following diagram illustrates the place of the TCP in the protocol
hierarchy:



```
    +------+ +-----+ +-----+       +-----+
    |Telnet| | FTP | |Voice|  ...  |     |   Application Level
    +------+ +-----+ +-----+       +-----+
       |       |        |             |
    +-----+          +-----+       +-----+
    | TCP |          | RTP |  ...  |     |   Host Level
    +-----+          +-----+       +-----+
       |                |             |
    +---------------------------------+
    |    Internet Protocol & ICMP     |   Gateway Level
    +---------------------------------+
                    |
    +----------------------------+
    |    Local Network Protocol  |   Network Level
    +----------------------------+
```

Protocol Relationships

Figure 2.

It is expected that the TCP will be able to support higher level
protocols efficiently.  It should be easy to interface higher level
protocols like the ARPANET Telnet or AUTODIN II THP to the TCP.

2.6.   Reliable Communication

A stream of data sent on a TCP connection is delivered reliably and in
order at the destination.



Exhibit ___1___ Page 164

September 1981

Transmission Control Protocol
Philosophy

Transmission is made reliable via the use of sequence numbers and
acknowledgments.  Conceptually, each octet of data is assigned a
sequence number.  The sequence number of the first octet of data in a
segment is transmitted with that segment and is called the segment
sequence number.  Segments also carry an acknowledgment number which
is the sequence number of the next expected data octet of
transmissions in the reverse direction.  When the TCP transmits a
segment containing data, it puts a copy on a retransmission queue and
starts a timer; when the acknowledgment for that data is received, the
segment is deleted from the queue.  If the acknowledgment is not
received before the timer runs out, the segment is retransmitted.

An acknowledgment by TCP does not guarantee that the data has been
delivered to the end user, but only that the receiving TCP has taken
the responsibility to do so.

To govern the flow of data between TCPs, a flow control mechanism is
employed.  The receiving TCP reports a "window" to the sending TCP.
This window specifies the number of octets, starting with the
acknowledgment number, that the receiving TCP is currently prepared to
receive.

2.7.  Connection Establishment and Clearing

To identify the separate data streams that a TCP may handle, the TCP
provides a port identifier.  Since port identifiers are selected
independently by each TCP they might not be unique.  To provide for
unique addresses within each TCP, we concatenate an internet address
identifying the TCP with a port identifier to create a socket which
will be unique throughout all networks connected together.

A connection is fully specified by the pair of sockets at the ends.  A
local socket may participate in many connections to different foreign
sockets.  A connection can be used to carry data in both directions,
that is, it is "full duplex".

TCPs are free to associate ports with processes however they choose.
However, several basic concepts are necessary in any implementation.
There must be well-known sockets which the TCP associates only with
the "appropriate" processes by some means.  We envision that processes
may "own" ports, and that processes can initiate connections only on
the ports they own.  (Means for implementing ownership is a local
issue, but we envision a Request Port user command, or a method of
uniquely allocating a group of ports to a given process, e.g., by
associating the high order bits of a port name with a given process.)

A connection is specified in the OPEN call by the local port and
foreign socket arguments.  In return, the TCP supplies a (short) local

[Page 10]

Exhibit ___1___ Page _167_

connection name by which the user refers to the connection in
subsequent calls.  There are several things that must be remembered
about a connection.  To store this information we imagine that there
is a data structure called a Transmission Control Block (TCB).  One
implementation strategy would have the local connection name be a
pointer to the TCB for this connection.  The OPEN call also specifies
whether the connection establishment is to be actively pursued, or to
be passively waited for.

A passive OPEN request means that the process wants to accept incoming
connection requests rather than attempting to initiate a connection.
Often the process requesting a passive OPEN will accept a connection
request from any caller.  In this case a foreign socket of all zeros
is used to denote an unspecified socket.  Unspecified foreign sockets
are allowed only on passive OPENs.

A service process that wished to provide services for unknown other
processes would issue a passive OPEN request with an unspecified
foreign socket.  Then a connection could be made with any process that
requested a connection to this local socket.  It would help if this
local socket were known to be associated with this service.

Well-known sockets are a convenient mechanism for a priori associating
a socket address with a standard service.  For instance, the
"Telnet-Server" process is permanently assigned to a particular
socket, and other sockets are reserved for File Transfer, Remote Job
Entry, Text Generator, Echoer, and Sink processes (the last three
being for test purposes).  A socket address might be reserved for
access to a "Look-Up" service which would return the specific socket
at which a newly created service would be provided.  The concept of a
well-known socket is part of the TCP specification, but the assignment
of sockets to services is outside this specification.  (See [4].)

Processes can issue passive OPENs and wait for matching active OPENs
from other processes and be informed by the TCP when connections have
been established.  Two processes which issue active OPENs to each
other at the same time will be correctly connected.  This flexibility
is critical for the support of distributed computing in which
components act asynchronously with respect to each other.

There are two principal cases for matching the sockets in the local
passive OPENs and an foreign active OPENs.  In the first case, the
local passive OPENs has fully specified the foreign socket.  In this
case, the match must be exact.  In the second case, the local passive
OPENs has left the foreign socket unspecified.  In this case, any
foreign socket is acceptable as long as the local sockets match.
Other possibilities include partially restricted matches.

[Page 11]



September 1981

Transmission Control Protocol
Philosophy


If there are several pending passive OPENs (recorded in TCBs) with the
same local socket, an foreign active OPEN will be matched to a TCB
with the specific foreign socket in the foreign active OPEN, if such a
TCB exists, before selecting a TCB with an unspecified foreign socket.

The procedures to establish connections utilize the synchronize (SYN)
control flag and involves an exchange of three messages.  This
exchange has been termed a three-way hand shake [3].

A connection is initiated by the rendezvous of an arriving segment
containing a SYN and a waiting TCB entry each created by a user OPEN
command.  The matching of local and foreign sockets determines when a
connection has been initiated.  The connection becomes "established"
when sequence numbers have been synchronized in both directions.

The clearing of a connection also involves the exchange of segments,
in this case carrying the FIN control flag.

2.8.  Data Communication

The data that flows on a connection may be thought of as a stream of
octets.  The sending user indicates in each SEND call whether the data
in that call (and any preceeding calls) should be immediately pushed
through to the receiving user by the setting of the PUSH flag.

A sending TCP is allowed to collect data from the sending user and to
send that data in segments at its own convenience, until the push
function is signaled, then it must send all unsent data.  When a
receiving TCP sees the PUSH flag, it must not wait for more data from
the sending TCP before passing the data to the receiving process.

There is no necessary relationship between push functions and segment
boundaries.  The data in any particular segment may be the result of a
single SEND call, in whole or part, or of multiple SEND calls.

The purpose of push function and the PUSH flag is to push data through
from the sending user to the receiving user.  It does not provide a
record service.

There is a coupling between the push function and the use of buffers
of data that cross the TCP/user interface.  Each time a PUSH flag is
associated with data placed into the receiving user's buffer, the
buffer is returned to the user for processing even if the buffer is
not filled.  If data arrives that fills the user's buffer before a
PUSH is seen, the data is passed to the user in buffer size units.

TCP also provides a means to communicate to the receiver of data that
at some point further along in the data stream than the receiver is

[Page 12]

Exhibit   1   Page   169


September 1981

<div align="right">Transmission Control Protocol<br>Philosophy</div>

currently reading there is urgent data.  TCP does not attempt to
define what the user specifically does upon being notified of pending
urgent data, but the general notion is that the receiving process will
take action to process the urgent data quickly.

2.9.   Precedence and Security

The TCP makes use of the internet protocol type of service field and
security option to provide precedence and security on a per connection
basis to TCP users.  Not all TCP modules will necessarily function in
a multilevel secure environment; some may be limited to unclassified
use only, and others may operate at only one security level and
compartment.  Consequently, some TCP implementations and services to
users may be limited to a subset of the multilevel secure case.

TCP modules which operate in a multilevel secure environment must
properly mark outgoing segments with the security, compartment, and
precedence.  Such TCP modules must also provide to their users or
higher level protocols such as Telnet or THP an interface to allow
them to specify the desired security level, compartment, and
precedence of connections.

2.10.  Robustness Principle

TCP implementations will follow a general principle of robustness:  be
conservative in what you do, be liberal in what you accept from
others.

<div align="right">[Page 13]</div>

Transmission Control Protocol                              September 1981

[Page 14]

September 1981

Transmission Control Protocol

3.  FUNCTIONAL SPECIFICATION

3.1.  Header Format

TCP segments are sent as internet datagrams.  The Internet Protocol
header carries several information fields, including the source and
destination host addresses [2].  A TCP header follows the internet
header, supplying information specific to the TCP protocol.  This
division allows for the existence of host level protocols other than
TCP.

TCP Header Format

```
    0                   1                   2                   3
    0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |          Source Port          |       Destination Port        |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                        Sequence Number                        |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                    Acknowledgment Number                      |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |  Data |           |U|A|P|R|S|F|                               |
   | Offset| Reserved  |R|C|S|S|Y|I|            Window             |
   |       |           |G|K|H|T|N|N|                               |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |           Checksum            |         Urgent Pointer        |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                    Options                    |    Padding    |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
   |                             data                              |
   +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

TCP Header Format

Note that one tick mark represents one bit position.

Figure 3.

Source Port:  16 bits

The source port number.

Destination Port:  16 bits

The destination port number.

[Page 15]



September 1981

Transmission Control Protocol
Functional Specification

Sequence Number:  32 bits

  The sequence number of the first data octet in this segment (except
  when SYN is present). If SYN is present the sequence number is the
  initial sequence number (ISN) and the first data octet is ISN+1.

Acknowledgment Number:  32 bits

  If the ACK control bit is set this field contains the value of the
  next sequence number the sender of the segment is expecting to
  receive.  Once a connection is established this is always sent.

Data Offset:  4 bits

  The number of 32 bit words in the TCP Header.  This indicates where
  the data begins.  The TCP header (even one including options) is an
  integral number of 32 bits long.

Reserved:  6 bits

  Reserved for future use.  Must be zero.

Control Bits:  6 bits (from left to right):

  URG:  Urgent Pointer field significant
  ACK:  Acknowledgment field significant
  PSH:  Push Function
  RST:  Reset the connection
  SYN:  Synchronize sequence numbers
  FIN:  No more data from sender

Window:  16 bits

  The number of data octets beginning with the one indicated in the
  acknowledgment field which the sender of this segment is willing to
  accept.

Checksum:  16 bits

  The checksum field is the 16 bit one's complement of the one's
  complement sum of all 16 bit words in the header and text.  If a
  segment contains an odd number of header and text octets to be
  checksummed, the last octet is padded on the right with zeros to
  form a 16 bit word for checksum purposes.  The pad is not
  transmitted as part of the segment.  While computing the checksum,
  the checksum field itself is replaced with zeros.

  The checksum also covers a 96 bit pseudo header conceptually

[Page 16]

September 1981

Transmission Control Protocol
Functional Specification

prefixed to the TCP header.  This pseudo header contains the Source
Address, the Destination Address, the Protocol, and TCP length.
This gives the TCP protection against misrouted segments.  This
information is carried in the Internet Protocol and is transferred
across the TCP/Network interface in the arguments or results of
calls by the TCP on the IP.



```
+--------+--------+--------+--------+
|           Source Address          |
+--------+--------+--------+--------+
|         Destination Address       |
+--------+--------+--------+--------+
|  zero  |  PTCL  |    TCP Length   |
+--------+--------+--------+--------+
```

The TCP Length is the TCP header length plus the data length in
octets (this is not an explicitly transmitted quantity, but is
computed), and it does not count the 12 octets of the pseudo
header.

Urgent Pointer:  16 bits

This field communicates the current value of the urgent pointer as a
positive offset from the sequence number in this segment.  The
urgent pointer points to the sequence number of the octet following
the urgent data.  This field is only be interpreted in segments with
the URG control bit set.

Options:  variable

Options may occupy space at the end of the TCP header and are a
multiple of 8 bits in length.  All options are included in the
checksum.  An option may begin on any octet boundary.  There are two
cases for the format of an option:

   Case 1:  A single octet of option-kind.

   Case 2:  An octet of option-kind, an octet of option-length, and
            the actual option-data octets.

The option-length counts the two octets of option-kind and
option-length as well as the option-data octets.

Note that the list of options may be shorter than the data offset
field might imply.  The content of the header beyond the
End-of-Option option must be header padding (i.e., zero).

A TCP must implement all options.

[Page 17]

September 1981

Transmission Control Protocol
Functional Specification

Currently defined options include (kind indicated in octal):

```
    Kind      Length    Meaning
    ----      ------    -------
     0          -       End of option list.
     1          -       No-Operation.
     2          4       Maximum Segment Size.
```

Specific Option Definitions

  End of Option List

```
      +--------+
      |00000000|
      +--------+
       Kind=0
```

      This option code indicates the end of the option list.  This
      might not coincide with the end of the TCP header according to
      the Data Offset field.  This is used at the end of all options,
      not the end of each option, and need only be used if the end of
      the options would not otherwise coincide with the end of the TCP
      header.

  No-Operation

```
      +--------+
      |00000001|
      +--------+
       Kind=1
```

      This option code may be used between options, for example, to
      align the beginning of a subsequent option on a word boundary.
      There is no guarantee that senders will use this option, so
      receivers must be prepared to process options even if they do
      not begin on a word boundary.

  Maximum Segment Size

```
      +--------+--------+---------+--------+
      |00000010|00000100|   max seg size   |
      +--------+--------+---------+--------+
       Kind=2    Length=4
```

[Page 18]

September 1981

Transmission Control Protocol
Functional Specification

Maximum Segment Size Option Data:  16 bits

If this option is present, then it communicates the maximum
receive segment size at the TCP which sends this segment.
This field must only be sent in the initial connection request
(i.e., in segments with the SYN control bit set).  If this
option is not used, any segment size is allowed.

Padding:  variable

The TCP header padding is used to ensure that the TCP header ends
and data begins on a 32 bit boundary.  The padding is composed of
zeros.

3.2.   Terminology

Before we can discuss very much about the operation of the TCP we need
to introduce some detailed terminology.  The maintenance of a TCP
connection requires the remembering of several variables.  We conceive
of these variables being stored in a connection record called a
Transmission Control Block or TCB.  Among the variables stored in the
TCB are the local and remote socket numbers, the security and
precedence of the connection, pointers to the user's send and receive
buffers, pointers to the retransmit queue and to the current segment.
In addition several variables relating to the send and receive
sequence numbers are stored in the TCB.

    Send Sequence Variables

        SND.UNA - send unacknowledged
        SND.NXT - send next
        SND.WND - send window
        SND.UP  - send urgent pointer
        SND.WL1 - segment sequence number used for last window update
        SND.WL2 - segment acknowledgment number used for last window
                  update
        ISS     - initial send sequence number

    Receive Sequence Variables

        RCV.NXT - receive next
        RCV.WND - receive window
        RCV.UP  - receive urgent pointer
        IRS     - initial receive sequence number

[Page 19]



September 1981

Transmission Control Protocol
Functional Specification


The following diagrams may help to relate some of these variables to
the sequence space.

Send Sequence Space

```
           1          2          3          4
      ----------|----------|----------|----------
            SND.UNA    SND.NXT    SND.UNA
                                  +SND.WND
```

    1 - old sequence numbers which have been acknowledged
    2 - sequence numbers of unacknowledged data
    3 - sequence numbers allowed for new data transmission
    4 - future sequence numbers which are not yet allowed

                    Send Sequence Space

                        Figure 4.


The send window is the portion of the sequence space labeled 3 in
figure 4.

Receive Sequence Space

```
           1          2          3
      ----------|----------|----------
            RCV.NXT    RCV.NXT
                       +RCV.WND
```

    1 - old sequence numbers which have been acknowledged
    2 - sequence numbers allowed for new reception
    3 - future sequence numbers which are not yet allowed

                    Receive Sequence Space

                        Figure 5.


The receive window is the portion of the sequence space labeled 2 in
figure 5.

There are also some variables used frequently in the discussion that
take their values from the fields of the current segment.


[Page 20]



September 1981

Transmission Control Protocol
Functional Specification

Current Segment Variables

    SEG.SEQ - segment sequence number
    SEG.ACK - segment acknowledgment number
    SEG.LEN - segment length
    SEG.WND - segment window
    SEG.UP  - segment urgent pointer
    SEG.PRC - segment precedence value

A connection progresses through a series of states during its
lifetime.  The states are:  LISTEN, SYN-SENT, SYN-RECEIVED,
ESTABLISHED, FIN-WAIT-1, FIN-WAIT-2, CLOSE-WAIT, CLOSING, LAST-ACK,
TIME-WAIT, and the fictional state CLOSED.  CLOSED is fictional
because it represents the state when there is no TCB, and therefore,
no connection.  Briefly the meanings of the states are:

  LISTEN - represents waiting for a connection request from any remote
  TCP and port.

  SYN-SENT - represents waiting for a matching connection request
  after having sent a connection request.

  SYN-RECEIVED - represents waiting for a confirming connection
  request acknowledgment after having both received and sent a
  connection request.

  ESTABLISHED - represents an open connection, data received can be
  delivered to the user.  The normal state for the data transfer phase
  of the connection.

  FIN-WAIT-1 - represents waiting for a connection termination request
  from the remote TCP, or an acknowledgment of the connection
  termination request previously sent.

  FIN-WAIT-2 - represents waiting for a connection termination request
  from the remote TCP.

  CLOSE-WAIT - represents waiting for a connection termination request
  from the local user.

  CLOSING - represents waiting for a connection termination request
  acknowledgment from the remote TCP.

  LAST-ACK - represents waiting for an acknowledgment of the
  connection termination request previously sent to the remote TCP
  (which includes an acknowledgment of its connection termination
  request).

[Page 21]

September 1981

Transmission Control Protocol
Functional Specification


TIME-WAIT - represents waiting for enough time to pass to be sure
the remote TCP received the acknowledgment of its connection
termination request.

CLOSED - represents no connection state at all.

A TCP connection progresses from one state to another in response to
events.  The events are the user calls, OPEN, SEND, RECEIVE, CLOSE,
ABORT, and STATUS; the incoming segments, particularly those
containing the SYN, ACK, RST and FIN flags; and timeouts.

The state diagram in figure 6 illustrates only state changes, together
with the causing events and resulting actions, but addresses neither
error conditions nor actions which are not connected with state
changes.  In a later section, more detail is offered with respect to
the reaction of the TCP to events.

NOTE BENE:  this diagram is only a summary and must not be taken as
the total specification.

[Page 22]

September 1981

Transmission Control Protocol
Functional Specification



```
                        +---------+ ---------\      active OPEN
                        | CLOSED  |          \    -----------
                        +---------+<---------\  \   create TCB
                          |     ^             \  \  snd SYN
             passive OPEN |     | CLOSE        \  \
             ------------ |     | ----------    \  \
              create TCB  |     | delete TCB     \  \
                          V     |                 \  \
                        +---------+          CLOSE  |  \
                        | LISTEN  |        --------- |   |
                        +---------+         delete TCB |   |
              rcv SYN     |     |     SEND              |   |
             -----------  |     |    -------           |   V
            snd SYN,ACK  /       \   snd SYN          +---------+
   +---------+  <-----------------                ---------------->| SYN     |
   |   SYN   |           rcv SYN                                   |  SENT   |
   |   RCVD  |  <------------------------------------------------  |         |
   |         |               snd ACK                              |         |
   |         |  -------------------          -------------------   |         |
   +---------+     rcv ACK of SYN  \       /    rcv SYN,ACK        +---------+
     |             --------------   |     |    -----------
     |                  x           |     |     snd ACK
     |                              V     V
     |  CLOSE                     +---------+
     |  -------                   |  ESTAB  |
     |  snd FIN                   +---------+
     |                   CLOSE      |     |     rcv FIN
     V                  -------     |     |     -------
   +---------+          snd FIN    /       \    snd ACK       +---------+
   |  FIN    |  <-----------------                ---------------->|  CLOSE  |
   | WAIT-1  |  ------------------                                 |  WAIT   |
   +---------+           rcv FIN  \                               +---------+
     | rcv ACK of FIN    -------   |                               CLOSE   |
     | --------------    snd ACK   |                              ------- |
     V        x                    V                             snd FIN V
   +---------+                   +---------+                      +---------+
   |FINWAIT-2|                   | CLOSING |                      |LAST-ACK |
   +---------+                   +---------+                      +---------+
     |           rcv ACK of FIN  |               rcv ACK of FIN  |
     | rcv FIN   -------------- |     Timeout=2MSL -------------- |
     | -------            x      |     V           -----------    x      V
     \ snd ACK                   +---------+delete TCB         +---------+
      ----------------------->|TIME WAIT|----------------->| CLOSED  |
                                +---------+                   +---------+
```

TCP Connection State Diagram
Figure 6.

[Page 23]



September 1981
Transmission Control Protocol
Functional Specification


3.3.  Sequence Numbers

  A fundamental notion in the design is that every octet of data sent
  over a TCP connection has a sequence number.  Since every octet is
  sequenced, each of them can be acknowledged.  The acknowledgment
  mechanism employed is cumulative so that an acknowledgment of sequence
  number X indicates that all octets up to but not including X have been
  received.  This mechanism allows for straight-forward duplicate
  detection in the presence of retransmission.  Numbering of octets
  within a segment is that the first data octet immediately following
  the header is the lowest numbered, and the following octets are
  numbered consecutively.

  It is essential to remember that the actual sequence number space is
  finite, though very large.  This space ranges from 0 to 2**32 - 1.
  Since the space is finite, all arithmetic dealing with sequence
  numbers must be performed modulo 2**32.  This unsigned arithmetic
  preserves the relationship of sequence numbers as they cycle from
  2**32 - 1 to 0 again.  There are some subtleties to computer modulo
  arithmetic, so great care should be taken in programming the
  comparison of such values.  The symbol "=<" means "less than or equal"
  (modulo 2**32).

  The typical kinds of sequence number comparisons which the TCP must
  perform include:

    (a)  Determining that an acknowledgment refers to some sequence
         number sent but not yet acknowledged.

    (b)  Determining that all sequence numbers occupied by a segment
         have been acknowledged (e.g., to remove the segment from a
         retransmission queue).

    (c)  Determining that an incoming segment contains sequence numbers
         which are expected (i.e., that the segment "overlaps" the
         receive window).

[Page 24]

Exhibit __1__ Page __181__

September 1981

Transmission Control Protocol
Functional Specification

In response to sending data the TCP will receive acknowledgments.  The
following comparisons are needed to process the acknowledgments.

SND.UNA = oldest unacknowledged sequence number

SND.NXT = next sequence number to be sent

SEG.ACK = acknowledgment from the receiving TCP (next sequence
          number expected by the receiving TCP)

SEG.SEQ = first sequence number of a segment

SEG.LEN = the number of octets occupied by the data in the segment
          (counting SYN and FIN)

SEG.SEQ+SEG.LEN-1 = last sequence number of a segment

A new acknowledgment (called an "acceptable ack"), is one for which
the inequality below holds:

SND.UNA < SEG.ACK =< SND.NXT

A segment on the retransmission queue is fully acknowledged if the sum
of its sequence number and length is less or equal than the
acknowledgment value in the incoming segment.

When data is received the following comparisons are needed:

RCV.NXT = next sequence number expected on an incoming segments, and
          is the left or lower edge of the receive window

RCV.NXT+RCV.WND = last sequence number expected on an incoming
          segment, and is the right or upper edge of the receive window

SEG.SEQ = first sequence number occupied by the incoming segment

SEG.SEQ+SEG.LEN-1 = last sequence number occupied by the incoming
          segment

A segment is judged to occupy a portion of valid receive sequence
space if

RCV.NXT =< SEG.SEQ < RCV.NXT+RCV.WND

or

RCV.NXT =< SEG.SEQ+SEG.LEN-1 < RCV.NXT+RCV.WND

[Page 25]

Exhibit __1__ Page __82__


September 1981
Transmission Control Protocol
Functional Specification


The first part of this test checks to see if the beginning of the
segment falls in the window, the second part of the test checks to see
if the end of the segment falls in the window; if the segment passes
either part of the test it contains data in the window.

Actually, it is a little more complicated than this.  Due to zero
windows and zero length segments, we have four cases for the
acceptability of an incoming segment:

| Segment Length | Receive Window | Test |
| ------- | ------- | ------------------------------------------- |
| 0 | 0 | SEG.SEQ = RCV.NXT |
| 0 | >0 | RCV.NXT =< SEG.SEQ < RCV.NXT+RCV.WND |
| >0 | 0 | not acceptable |
| >0 | >0 | RCV.NXT =< SEG.SEQ < RCV.NXT+RCV.WND |
| | | or RCV.NXT =< SEG.SEQ+SEG.LEN-1 < RCV.NXT+RCV.WND |

Note that when the receive window is zero no segments should be
acceptable except ACK segments.  Thus, it is be possible for a TCP to
maintain a zero receive window while transmitting data and receiving
ACKs.  However, even when the receive window is zero, a TCP must
process the RST and URG fields of all incoming segments.

We have taken advantage of the numbering scheme to protect certain
control information as well.  This is achieved by implicitly including
some control flags in the sequence space so they can be retransmitted
and acknowledged without confusion (i.e., one and only one copy of the
control will be acted upon).  Control information is not physically
carried in the segment data space.  Consequently, we must adopt rules
for implicitly assigning sequence numbers to control.  The SYN and FIN
are the only controls requiring this protection, and these controls
are used only at connection opening and closing.  For sequence number
purposes, the SYN is considered to occur before the first actual data
octet of the segment in which it occurs, while the FIN is considered
to occur after the last actual data octet in a segment in which it
occurs.  The segment length (SEG.LEN) includes both data and sequence
space occupying controls.  When a SYN is present then SEG.SEQ is the
sequence number of the SYN.

[Page 26]

Exhibit  1  Page 183

September 1981

Transmission Control Protocol
Functional Specification

Initial Sequence Number Selection

The protocol places no restriction on a particular connection being
used over and over again.  A connection is defined by a pair of
sockets.  New instances of a connection will be referred to as
incarnations of the connection.  The problem that arises from this is
-- "how does the TCP identify duplicate segments from previous
incarnations of the connection?"  This problem becomes apparent if the
connection is being opened and closed in quick succession, or if the
connection breaks with loss of memory and is then reestablished.

To avoid confusion we must prevent segments from one incarnation of a
connection from being used while the same sequence numbers may still
be present in the network from an earlier incarnation.  We want to
assure this, even if a TCP crashes and loses all knowledge of the
sequence numbers it has been using.  When new connections are created,
an initial sequence number (ISN) generator is employed which selects a
new 32 bit ISN.  The generator is bound to a (possibly fictitious) 32
bit clock whose low order bit is incremented roughly every 4
microseconds.  Thus, the ISN cycles approximately every 4.55 hours.
Since we assume that segments will stay in the network no more than
the Maximum Segment Lifetime (MSL) and that the MSL is less than 4.55
hours we can reasonably assume that ISN's will be unique.

For each connection there is a send sequence number and a receive
sequence number.  The initial send sequence number (ISS) is chosen by
the data sending TCP, and the initial receive sequence number (IRS) is
learned during the connection establishing procedure.

For a connection to be established or initialized, the two TCPs must
synchronize on each other's initial sequence numbers.  This is done in
an exchange of connection establishing segments carrying a control bit
called "SYN" (for synchronize) and the initial sequence numbers.  As a
shorthand, segments carrying the SYN bit are also called "SYNs".
Hence, the solution requires a suitable mechanism for picking an
initial sequence number and a slightly involved handshake to exchange
the ISN's.

The synchronization requires each side to send it's own initial
sequence number and to receive a confirmation of it in acknowledgment
from the other side.  Each side must also receive the other side's
initial sequence number and send a confirming acknowledgment.

   1) A --> B  SYN my sequence number is X
   2) A <-- B  ACK your sequence number is X
   3) A <-- B  SYN my sequence number is Y
   4) A --> B  ACK your sequence number is Y

[Page 27]

Exhibit _1_ Page _184_


September 1981

Transmission Control Protocol
Functional Specification

Because steps 2 and 3 can be combined in a single message this is
called the three way (or three message) handshake.

A three way handshake is necessary because sequence numbers are not
tied to a global clock in the network, and TCPs may have different
mechanisms for picking the ISN's.  The receiver of the first SYN has
no way of knowing whether the segment was an old delayed one or not,
unless it remembers the last sequence number used on the connection
(which is not always possible), and so it must ask the sender to
verify this SYN.  The three way handshake and the advantages of a
clock-driven scheme are discussed in [3].

Knowing When to Keep Quiet

To be sure that a TCP does not create a segment that carries a
sequence number which may be duplicated by an old segment remaining in
the network, the TCP must keep quiet for a maximum segment lifetime
(MSL) before assigning any sequence numbers upon starting up or
recovering from a crash in which memory of sequence numbers in use was
lost.  For this specification the MSL is taken to be 2 minutes.  This
is an engineering choice, and may be changed if experience indicates
it is desirable to do so.  Note that if a TCP is reinitialized in some
sense, yet retains its memory of sequence numbers in use, then it need
not wait at all; it must only be sure to use sequence numbers larger
than those recently used.

The TCP Quiet Time Concept

   This specification provides that hosts which "crash" without
   retaining any knowledge of the last sequence numbers transmitted on
   each active (i.e., not closed) connection shall delay emitting any
   TCP segments for at least the agreed Maximum Segment Lifetime (MSL)
   in the internet system of which the host is a part.  In the
   paragraphs below, an explanation for this specification is given.
   TCP implementors may violate the "quiet time" restriction, but only
   at the risk of causing some old data to be accepted as new or new
   data rejected as old duplicated by some receivers in the internet
   system.

   TCPs consume sequence number space each time a segment is formed and
   entered into the network output queue at a source host. The
   duplicate detection and sequencing algorithm in the TCP protocol
   relies on the unique binding of segment data to sequence space to
   the extent that sequence numbers will not cycle through all 2**32
   values before the segment data bound to those sequence numbers has
   been delivered and acknowledged by the receiver and all duplicate
   copies of the segments have "drained" from the internet.  Without
   such an assumption, two distinct TCP segments could conceivably be

[Page 28]

Exhibit __1__ Page 185


September 1981

Transmission Control Protocol
Functional Specification

assigned the same or overlapping sequence numbers, causing confusion at the receiver as to which data is new and which is old.  Remember that each segment is bound to as many consecutive sequence numbers as there are octets of data in the segment.

Under normal conditions, TCPs keep track of the next sequence number to emit and the oldest awaiting acknowledgment so as to avoid mistakenly using a sequence number over before its first use has been acknowledged.  This alone does not guarantee that old duplicate data is drained from the net, so the sequence space has been made very large to reduce the probability that a wandering duplicate will cause trouble upon arrival.  At 2 megabits/sec. it takes 4.5 hours to use up 2**32 octets of sequence space.  Since the maximum segment lifetime in the net is not likely to exceed a few tens of seconds, this is deemed ample protection for foreseeable nets, even if data rates escalate to 10's of megabits/sec.  At 100 megabits/sec, the cycle time is 5.4 minutes which may be a little short, but still within reason.

The basic duplicate detection and sequencing algorithm in TCP can be defeated, however, if a source TCP does not have any memory of the sequence numbers it last used on a given connection. For example, if the TCP were to start all connections with sequence number 0, then upon crashing and restarting, a TCP might re-form an earlier connection (possibly after half-open connection resolution) and emit packets with sequence numbers identical to or overlapping with packets still in the network which were emitted on an earlier incarnation of the same connection.  In the absence of knowledge about the sequence numbers used on a particular connection, the TCP specification recommends that the source delay for MSL seconds before emitting segments on the connection, to allow time for segments from the earlier connection incarnation to drain from the system.

Even hosts which can remember the time of day and used it to select initial sequence number values are not immune from this problem (i.e., even if time of day is used to select an initial sequence number for each new connection incarnation).

Suppose, for example, that a connection is opened starting with sequence number S.  Suppose that this connection is not used much and that eventually the initial sequence number function (ISN(t)) takes on a value equal to the sequence number, say S1, of the last segment sent by this TCP on a particular connection.  Now suppose, at this instant, the host crashes, recovers, and establishes a new incarnation of the connection. The initial sequence number chosen is S1 = ISN(t) -- last used sequence number on old incarnation of connection!  If the recovery occurs quickly enough, any old

[Page 29]

Exhibit  1  Page 186

September 1981

Transmission Control Protocol
Functional Specification

duplicates in the net bearing sequence numbers in the neighborhood
of S1 may arrive and be treated as new packets by the receiver of
the new incarnation of the connection.

The problem is that the recovering host may not know for how long it
crashed nor does it know whether there are still old duplicates in
the system from earlier connection incarnations.

One way to deal with this problem is to deliberately delay emitting
segments for one MSL after recovery from a crash- this is the "quite
time" specification.  Hosts which prefer to avoid waiting are
willing to risk possible confusion of old and new packets at a given
destination may choose not to wait for the "quite time".
Implementors may provide TCP users with the ability to select on a
connection by connection basis whether to wait after a crash, or may
informally implement the "quite time" for all connections.
Obviously, even where a user selects to "wait," this is not
necessary after the host has been "up" for at least MSL seconds.

To summarize: every segment emitted occupies one or more sequence
numbers in the sequence space, the numbers occupied by a segment are
"busy" or "in use" until MSL seconds have passed, upon crashing a
block of space-time is occupied by the octets of the last emitted
segment, if a new connection is started too soon and uses any of the
sequence numbers in the space-time footprint of the last segment of
the previous connection incarnation, there is a potential sequence
number overlap area which could cause confusion at the receiver.

3.4.  Establishing a connection

The "three-way handshake" is the procedure used to establish a
connection.  This procedure normally is initiated by one TCP and
responded to by another TCP.  The procedure also works if two TCP
simultaneously initiate the procedure.  When simultaneous attempt
occurs, each TCP receives a "SYN" segment which carries no
acknowledgment after it has sent a "SYN".  Of course, the arrival of
an old duplicate "SYN" segment can potentially make it appear, to the
recipient, that a simultaneous connection initiation is in progress.
Proper use of "reset" segments can disambiguate these cases.

Several examples of connection initiation follow.  Although these
examples do not show connection synchronization using data-carrying
segments, this is perfectly legitimate, so long as the receiving TCP
doesn't deliver the data to the user until it is clear the data is
valid (i.e., the data must be buffered at the receiver until the
connection reaches the ESTABLISHED state).  The three-way handshake
reduces the possibility of false connections.  It is the

[Page 30]

Exhibit___1___Page__187

September 1981

Transmission Control Protocol
Functional Specification

implementation of a trade-off between memory and messages to provide information for this checking.

The simplest three-way handshake is shown in figure 7 below.  The figures should be interpreted in the following way.  Each line is numbered for reference purposes.  Right arrows (-->) indicate departure of a TCP segment from TCP A to TCP B, or arrival of a segment at B from A.  Left arrows (<--), indicate the reverse. Ellipsis (...) indicates a segment which is still in the network (delayed).  An "XXX" indicates a segment which is lost or rejected. Comments appear in parentheses.  TCP states represent the state AFTER the departure or arrival of the segment (whose contents are shown in the center of each line).  Segment contents are shown in abbreviated form, with sequence number, control flags, and ACK field.  Other fields such as window, addresses, lengths, and text have been left out in the interest of clarity.

```
       TCP A                                              TCP B

  1.   CLOSED                                             LISTEN

  2.   SYN-SENT    --> <SEQ=100><CTL=SYN>              --> SYN-RECEIVED

  3.   ESTABLISHED <-- <SEQ=300><ACK=101><CTL=SYN,ACK> <-- SYN-RECEIVED

  4.   ESTABLISHED --> <SEQ=101><ACK=301><CTL=ACK>        --> ESTABLISHED

  5.   ESTABLISHED --> <SEQ=101><ACK=301><CTL=ACK><DATA> --> ESTABLISHED
```

           Basic 3-Way Handshake for Connection Synchronization

                              Figure 7.

In line 2 of figure 7, TCP A begins by sending a SYN segment indicating that it will use sequence numbers starting with sequence number 100.  In line 3, TCP B sends a SYN and acknowledges the SYN it received from TCP A.  Note that the acknowledgment field indicates TCP B is now expecting to hear sequence 101, acknowledging the SYN which occupied sequence 100.

At line 4, TCP A responds with an empty segment containing an ACK for TCP B's SYN; and in line 5, TCP A sends some data.  Note that the sequence number of the segment in line 5 is the same as in line 4 because the ACK does not occupy sequence number space (if it did, we would wind up ACKing ACK's!).

                                                          [Page 31]


Exhibit ___ Page 188

September 1981
Transmission Control Protocol
Functional Specification

Simultaneous initiation is only slightly more complex, as is shown in figure 8.  Each TCP cycles from CLOSED to SYN-SENT to SYN-RECEIVED to ESTABLISHED.

```
       TCP A                                              TCP B

1.    CLOSED                                             CLOSED

2.    SYN-SENT     --> <SEQ=100><CTL=SYN>                ...

3.    SYN-RECEIVED <-- <SEQ=300><CTL=SYN>                <-- SYN-SENT

4.                 ... <SEQ=100><CTL=SYN>                --> SYN-RECEIVED

5.    SYN-RECEIVED --> <SEQ=100><ACK=301><CTL=SYN,ACK> ...

6.    ESTABLISHED  <-- <SEQ=300><ACK=101><CTL=SYN,ACK> <-- SYN-RECEIVED

7.                 ... <SEQ=101><ACK=301><CTL=ACK>       --> ESTABLISHED
```

Simultaneous Connection Synchronization

Figure 8.

The principle reason for the three-way handshake is to prevent old duplicate connection initiations from causing confusion.  To deal with this, a special control message, reset, has been devised.  If the receiving TCP is in a  non-synchronized state (i.e., SYN-SENT, SYN-RECEIVED), it returns to LISTEN on receiving an acceptable reset. If the TCP is in one of the synchronized states (ESTABLISHED, FIN-WAIT-1, FIN-WAIT-2, CLOSE-WAIT, CLOSING, LAST-ACK, TIME-WAIT), it aborts the connection and informs its user.  We discuss this latter case under "half-open" connections below.

[Page 32]

Exhibit  1   Page  189

September 1981

Transmission Control Protocol
Functional Specification

```
          TCP A                                              TCP B

1.    CLOSED                                              LISTEN

2.    SYN-SENT    --> <SEQ=100><CTL=SYN>                  ...

3.    (duplicate) ... <SEQ=90><CTL=SYN>                   --> SYN-RECEIVED

4.    SYN-SENT    <-- <SEQ=300><ACK=91><CTL=SYN,ACK>      <-- SYN-RECEIVED

5.    SYN-SENT    --> <SEQ=91><CTL=RST>                   --> LISTEN

6.                ... <SEQ=100><CTL=SYN>                  --> SYN-RECEIVED

7.    SYN-SENT    <-- <SEQ=400><ACK=101><CTL=SYN,ACK>     <-- SYN-RECEIVED

8.    ESTABLISHED --> <SEQ=101><ACK=401><CTL=ACK>         --> ESTABLISHED
```

Recovery from Old Duplicate SYN

Figure 9.

As a simple example of recovery from old duplicates, consider
figure 9.  At line 3, an old duplicate SYN arrives at TCP B.  TCP B
cannot tell that this is an old duplicate, so it responds normally
(line 4).  TCP A detects that the ACK field is incorrect and returns a
RST (reset) with its SEQ field selected to make the segment
believable.  TCP B, on receiving the RST, returns to the LISTEN state.
When the original SYN (pun intended) finally arrives at line 6, the
synchronization proceeds normally.  If the SYN at line 6 had arrived
before the RST, a more complex exchange might have occurred with RST's
sent in both directions.

Half-Open Connections and Other Anomalies

An established connection is said to be  "half-open" if one of the
TCPs has closed or aborted the connection at its end without the
knowledge of the other, or if the two ends of the connection have
become desynchronized owing to a crash that resulted in loss of
memory.  Such connections will automatically become reset if an
attempt is made to send data in either direction.  However, half-open
connections are expected to be unusual, and the recovery procedure is
mildly involved.

If at site A the connection no longer exists, then an attempt by the

[Page 33]



Exhibit ___1___ Page __190__

September 1981

Transmission Control Protocol
Functional Specification

user at site B to send any data on it will result in the site B TCP
receiving a reset control message.  Such a message indicates to the
site B TCP that something is wrong, and it is expected to abort the
connection.

Assume that two user processes A and B are communicating with one
another when a crash occurs causing loss of memory to A's TCP.
Depending on the operating system supporting A's TCP, it is likely
that some error recovery mechanism exists.  When the TCP is up again,
A is likely to start again from the beginning or from a recovery
point.  As a result, A will probably try to OPEN the connection again
or try to SEND on the connection it believes open.  In the latter
case, it receives the error message "connection not open" from the
local (A's) TCP.  In an attempt to establish the connection, A's TCP
will send a segment containing SYN.  This scenario leads to the
example shown in figure 10.  After TCP A crashes, the user attempts to
re-open the connection.  TCP B, in the meantime, thinks the connection
is open.

```
       TCP A                                           TCP B

1.  (CRASH)                                (send 300,receive 100)

2.  CLOSED                                           ESTABLISHED

3.  SYN-SENT --> <SEQ=400><CTL=SYN>              --> (??)

4.  (!!)     <-- <SEQ=300><ACK=100><CTL=ACK>     <-- ESTABLISHED

5.  SYN-SENT --> <SEQ=100><CTL=RST>              --> (Abort!!)

6.  SYN-SENT                                         CLOSED

7.  SYN-SENT --> <SEQ=400><CTL=SYN>              -->
```

                    Half-Open Connection Discovery

                           Figure 10.

When the SYN arrives at line 3, TCP B, being in a synchronized state,
and the incoming segment outside the window, responds with an
acknowledgment indicating what sequence it next expects to hear (ACK
100).  TCP A sees that this segment does not acknowledge anything it
sent and, being unsynchronized, sends a reset (RST) because it has
detected a half-open connection.  TCP B aborts at line 5.  TCP A will


Exhibit____1____Page 191

September 1981

<div align="right">Transmission Control Protocol<br>Functional Specification</div>

continue to try to establish the connection; the problem is now
reduced to the basic 3-way handshake of figure 7.

An interesting alternative case occurs when TCP A crashes and TCP B
tries to send data on what it thinks is a synchronized connection.
This is illustrated in figure 11.  In this case, the data arriving at
TCP A from TCP B (line 2) is unacceptable because no such connection
exists, so TCP A sends a RST.  The RST is acceptable so TCP B
processes it and aborts the connection.

```
        TCP A                                      TCP B

1.   (CRASH)                             (send 300,receive 100)

2.   (??)      <-- <SEQ=300><ACK=100><DATA=10><CTL=ACK> <-- ESTABLISHED

3.             --> <SEQ=100><CTL=RST>                --> (ABORT!!)
```

<div align="center">Active Side Causes Half-Open Connection Discovery</div>

<div align="center">Figure 11.</div>

In figure 12, we find the two TCPs A and B with passive connections
waiting for SYN.  An old duplicate arriving at TCP B (line 2) stirs B
into action.  A SYN-ACK is returned (line 3) and causes TCP A to
generate a RST (the ACK in line 3 is not acceptable).  TCP B accepts
the reset and returns to its passive LISTEN state.

```
        TCP A                                      TCP B

1.   LISTEN                                  LISTEN

2.         ... <SEQ=Z><CTL=SYN>              -->  SYN-RECEIVED

3.   (??) <-- <SEQ=X><ACK=Z+1><CTL=SYN,ACK>  <--  SYN-RECEIVED

4.         --> <SEQ=Z+1><CTL=RST>            -->  (return to LISTEN!)

5.   LISTEN                                  LISTEN
```

<div align="center">Old Duplicate SYN Initiates a Reset on two Passive Sockets</div>

<div align="center">Figure 12.</div>

[Page 35]

Exhibit____Page____192

September 1981
Transmission Control Protocol
Functional Specification

A variety of other cases are possible, all of which are accounted for
by the following rules for RST generation and processing.

Reset Generation

As a general rule, reset (RST) must be sent whenever a segment arrives
which apparently is not intended for the current connection.  A reset
must not be sent if it is not clear that this is the case.

There are three groups of states:

  1.  If the connection does not exist (CLOSED) then a reset is sent
  in response to any incoming segment except another reset.  In
  particular, SYNs addressed to a non-existent connection are rejected
  by this means.

  If the incoming segment has an ACK field, the reset takes its
  sequence number from the ACK field of the segment, otherwise the
  reset has sequence number zero and the ACK field is set to the sum
  of the sequence number and segment length of the incoming segment.
  The connection remains in the CLOSED state.

  2.  If the connection is in any non-synchronized state (LISTEN,
  SYN-SENT, SYN-RECEIVED), and the incoming segment acknowledges
  something not yet sent (the segment carries an unacceptable ACK), or
  if an incoming segment has a security level or compartment which
  does not exactly match the level and compartment requested for the
  connection, a reset is sent.

  If our SYN has not been acknowledged and the precedence level of the
  incoming segment is higher than the precedence level requested then
  either raise the local precedence level (if allowed by the user and
  the system) or send a reset; or if the precedence level of the
  incoming segment is lower than the precedence level requested then
  continue as if the precedence matched exactly (if the remote TCP
  cannot raise the precedence level to match ours this will be
  detected in the next segment it sends, and the connection will be
  terminated then).  If our SYN has been acknowledged (perhaps in this
  incoming segment) the precedence level of the incoming segment must
  match the local precedence level exactly, if it does not a reset
  must be sent.

  If the incoming segment has an ACK field, the reset takes its
  sequence number from the ACK field of the segment, otherwise the
  reset has sequence number zero and the ACK field is set to the sum
  of the sequence number and segment length of the incoming segment.
  The connection remains in the same state.

[Page 36]

Exhibit____1____Page 193

September 1981

Transmission Control Protocol
Functional Specification

   3.  If the connection is in a synchronized state (ESTABLISHED,
   FIN-WAIT-1, FIN-WAIT-2, CLOSE-WAIT, CLOSING, LAST-ACK, TIME-WAIT),
   any unacceptable segment (out of window sequence number or
   unacceptible acknowledgment number) must elicit only an empty
   acknowledgment segment containing the current send-sequence number
   and an acknowledgment indicating the next sequence number expected
   to be received, and the connection remains in the same state.

   If an incoming segment has a security level, or compartment, or
   precedence which does not exactly match the level, and compartment,
   and precedence requested for the connection,a reset is sent and
   connection goes to the CLOSED state.  The reset takes its sequence
   number from the ACK field of the incoming segment.

Reset Processing

In all states except SYN-SENT, all reset (RST) segments are validated
by checking their SEQ-fields.  A reset is valid if its sequence number
is in the window.  In the SYN-SENT state (a RST received in response
to an initial SYN), the RST is acceptable if the ACK field
acknowledges the SYN.

The receiver of a RST first validates it, then changes state.  If the
receiver was in the LISTEN state, it ignores it.  If the receiver was
in SYN-RECEIVED state and had previously been in the LISTEN state,
then the receiver returns to the LISTEN state, otherwise the receiver
aborts the connection and goes to the CLOSED state.  If the receiver
was in any other state, it aborts the connection and advises the user
and goes to the CLOSED state.

3.5.  Closing a Connection

CLOSE is an operation meaning "I have no more data to send."  The
notion of closing a full-duplex connection is subject to ambiguous
interpretation, of course, since it may not be obvious how to treat
the receiving side of the connection.  We have chosen to treat CLOSE
in a simplex fashion.  The user who CLOSEs may continue to RECEIVE
until he is told that the other side has CLOSED also.  Thus, a program
could initiate several SENDs followed by a CLOSE, and then continue to
RECEIVE until signaled that a RECEIVE failed because the other side
has CLOSED.  We assume that the TCP will signal a user, even if no
RECEIVEs are outstanding, that the other side has closed, so the user
can terminate his side gracefully.  A TCP will reliably deliver all
buffers SENT before the connection was CLOSED so a user who expects no
data in return need only wait to hear the connection was CLOSED
successfully to know that all his data was received at the destination
TCP.  Users must keep reading connections they close for sending until
the TCP says no more data.

                                                            [Page 37]


Exhibit___1___Page___194

September 1981
Transmission Control Protocol
Functional Specification

There are essentially three cases:

   1) The user initiates by telling the TCP to CLOSE the connection

   2) The remote TCP initiates by sending a FIN control signal

   3) Both users CLOSE simultaneously

Case 1:   Local user initiates the close

   In this case, a FIN segment can be constructed and placed on the
   outgoing segment queue.  No further SENDs from the user will be
   accepted by the TCP, and it enters the FIN-WAIT-1 state.  RECEIVEs
   are allowed in this state.  All segments preceding and including FIN
   will be retransmitted until acknowledged.  When the other TCP has
   both acknowledged the FIN and sent a FIN of its own, the first TCP
   can ACK this FIN.  Note that a TCP receiving a FIN will ACK but not
   send its own FIN until its user has CLOSED the connection also.

Case 2:   TCP receives a FIN from the network

   If an unsolicited FIN arrives from the network, the receiving TCP
   can ACK it and tell the user that the connection is closing.  The
   user will respond with a CLOSE, upon which the TCP can send a FIN to
   the other TCP after sending any remaining data.  The TCP then waits
   until its own FIN is acknowledged whereupon it deletes the
   connection.  If an ACK is not forthcoming, after the user timeout
   the connection is aborted and the user is told.

Case 3:   both users close simultaneously

   A simultaneous CLOSE by users at both ends of a connection causes
   FIN segments to be exchanged.  When all segments preceding the FINs
   have been processed and acknowledged, each TCP can ACK the FIN it
   has received.  Both will, upon receiving these ACKs, delete the
   connection.

[Page 38]

```
        TCP A                                              TCP B

1.   ESTABLISHED                                        ESTABLISHED

2.   (Close)
     FIN-WAIT-1  --> <SEQ=100><ACK=300><CTL=FIN,ACK>  --> CLOSE-WAIT

3.   FIN-WAIT-2  <-- <SEQ=300><ACK=101><CTL=ACK>       <-- CLOSE-WAIT

4.                                                         (Close)
     TIME-WAIT   <-- <SEQ=300><ACK=101><CTL=FIN,ACK>  <-- LAST-ACK

5.   TIME-WAIT   --> <SEQ=101><ACK=301><CTL=ACK>       --> CLOSED

6.   (2 MSL)
     CLOSED
```

                         Normal Close Sequence

                              Figure 13.


```
        TCP A                                              TCP B

1.   ESTABLISHED                                        ESTABLISHED

2.   (Close)                                               (Close)
     FIN-WAIT-1  --> <SEQ=100><ACK=300><CTL=FIN,ACK>  ... FIN-WAIT-1
                 <-- <SEQ=300><ACK=100><CTL=FIN,ACK>  <--
                 ... <SEQ=100><ACK=300><CTL=FIN,ACK>  -->

3.   CLOSING     --> <SEQ=101><ACK=301><CTL=ACK>       ... CLOSING
                 <-- <SEQ=301><ACK=101><CTL=ACK>       <--
                 ... <SEQ=101><ACK=301><CTL=ACK>       -->

4.   TIME-WAIT                                          TIME-WAIT
     (2 MSL)                                            (2 MSL)
     CLOSED                                             CLOSED
```

                      Simultaneous Close Sequence

                              Figure 14.

Exhibit____1____Page___196

September 1981

Transmission Control Protocol
Functional Specification

3.6.   Precedence and Security

The intent is that connection be allowed only between ports operating
with exactly the same security and compartment values and at the
higher of the precedence level requested by the two ports.

The precedence and security parameters used in TCP are exactly those
defined in the Internet Protocol (IP) [2].  Throughout this TCP
specification the term "security/compartment" is intended to indicate
the security parameters used in IP including security, compartment,
user group, and handling restriction.

A connection attempt with mismatched security/compartment values or a
lower precedence value must be rejected by sending a reset.  Rejecting
a connection due to too low a precedence only occurs after an
acknowledgment of the SYN has been received.

Note that TCP modules which operate only at the default value of
precedence will still have to check the precedence of incoming
segments and possibly raise the precedence level they use on the
connection.

The security paramaters may be used even in a non-secure environment
(the values would indicate unclassified data), thus hosts in
non-secure environments must be prepared to receive the security
parameters, though they need not send them.

3.7.   Data Communication

Once the connection is established data is communicated by the
exchange of segments.  Because segments may be lost due to errors
(checksum test failure), or network congestion, TCP uses
retransmission (after a timeout) to ensure delivery of every segment.
Duplicate segments may arrive due to network or TCP retransmission.
As discussed in the section on sequence numbers the TCP performs
certain tests on the sequence and acknowledgment numbers in the
segments to verify their acceptability.

The sender of data keeps track of the next sequence number to use in
the variable SND.NXT.  The receiver of data keeps track of the next
sequence number to expect in the variable RCV.NXT.  The sender of data
keeps track of the oldest unacknowledged sequence number in the
variable SND.UNA.  If the data flow is momentarily idle and all data
sent has been acknowledged then the three variables will be equal.

When the sender creates a segment and transmits it the sender advances
SND.NXT.  When the receiver accepts a segment it advances RCV.NXT and
sends an acknowledgment.  When the data sender receives an

[Page 40]

September 1981

Transmission Control Protocol
Functional Specification

acknowledgment it advances SND.UNA.  The extent to which the values of
these variables differ is a measure of the delay in the communication.
The amount by which the variables are advanced is the length of the
data in the segment.  Note that once in the ESTABLISHED state all
segments must carry current acknowledgment information.

The CLOSE user call implies a push function, as does the FIN control
flag in an incoming segment.

Retransmission Timeout

Because of the variability of the networks that compose an
internetwork system and the wide range of uses of TCP connections the
retransmission timeout must be dynamically determined.  One procedure
for determining a retransmission time out is given here as an
illustration.

  An Example Retransmission Timeout Procedure

    Measure the elapsed time between sending a data octet with a
    particular sequence number and receiving an acknowledgment that
    covers that sequence number (segments sent do not have to match
    segments received).  This measured elapsed time is the Round Trip
    Time (RTT).  Next compute a Smoothed Round Trip Time (SRTT) as:

      SRTT = ( ALPHA * SRTT ) + ((1-ALPHA) * RTT)

    and based on this, compute the retransmission timeout (RTO) as:

      RTO = min[UBOUND,max[LBOUND,(BETA*SRTT)]]

    where UBOUND is an upper bound on the timeout (e.g., 1 minute),
    LBOUND is a lower bound on the timeout (e.g., 1 second), ALPHA is
    a smoothing factor (e.g., .8 to .9), and BETA is a delay variance
    factor (e.g., 1.3 to 2.0).

The Communication of Urgent Information

The objective of the TCP urgent mechanism is to allow the sending user
to stimulate the receiving user to accept some urgent data and to
permit the receiving TCP to indicate to the receiving user when all
the currently known urgent data has been received by the user.

This mechanism permits a point in the data stream to be designated as
the end of urgent information.  Whenever this point is in advance of
the receive sequence number (RCV.NXT) at the receiving TCP, that TCP
must tell the user to go into "urgent mode"; when the receive sequence
number catches up to the urgent pointer, the TCP must tell user to go

[Page 41]


Exhibit___1___Page___198___

September 1981

Transmission Control Protocol
Functional Specification

into "normal mode".  If the urgent pointer is updated while the user
is in "urgent mode", the update will be invisible to the user.

The method employs a urgent field which is carried in all segments
transmitted.  The URG control flag indicates that the urgent field is
meaningful and must be added to the segment sequence number to yield
the urgent pointer.  The absence of this flag indicates that there is
no urgent data outstanding.

To send an urgent indication the user must also send at least one data
octet.  If the sending user also indicates a push, timely delivery of
the urgent information to the destination process is enhanced.

Managing the Window

The window sent in each segment indicates the range of sequence
numbers the sender of the window (the data receiver) is currently
prepared to accept.  There is an assumption that this is related to
the currently available data buffer space available for this
connection.

Indicating a large window encourages transmissions.  If more data
arrives than can be accepted, it will be discarded.  This will result
in excessive retransmissions, adding unnecessarily to the load on the
network and the TCPs.  Indicating a small window may restrict the
transmission of data to the point of introducing a round trip delay
between each new segment transmitted.

The mechanisms provided allow a TCP to advertise a large window and to
subsequently advertise a much smaller window without having accepted
that much data.  This, so called "shrinking the window," is strongly
discouraged.  The robustness principle dictates that TCPs will not
shrink the window themselves, but will be prepared for such behavior
on the part of other TCPs.

The sending TCP must be prepared to accept from the user and send at
least one octet of new data even if the send window is zero.  The
sending TCP must regularly retransmit to the receiving TCP even when
the window is zero.  Two minutes is recommended for the retransmission
interval when the window is zero.  This retransmission is essential to
guarantee that when either TCP has a zero window the re-opening of the
window will be reliably reported to the other.

When the receiving TCP has a zero window and a segment arrives it must
still send an acknowledgment showing its next expected sequence number
and current window (zero).

The sending TCP packages the data to be transmitted into segments

[Page 42]

September 1981

which fit the current window, and may repackage segments on the
retransmission queue.  Such repackaging is not required, but may be
helpful.

In a connection with a one-way data flow, the window information will
be carried in acknowledgment segments that all have the same sequence
number so there will be no way to reorder them if they arrive out of
order.  This is not a serious problem, but it will allow the window
information to be on occasion temporarily based on old reports from
the data receiver.  A refinement to avoid this problem is to act on
the window information from segments that carry the highest
acknowledgment number (that is segments with acknowledgment number
equal or greater than the highest previously received).

The window management procedure has significant influence on the
communication performance.  The following comments are suggestions to
implementers.

  Window Management Suggestions

    Allocating a very small window causes data to be transmitted in
    many small segments when better performance is achieved using
    fewer large segments.

    One suggestion for avoiding small windows is for the receiver to
    defer updating a window until the additional allocation is at
    least X percent of the maximum allocation possible for the
    connection (where X might be 20 to 40).

    Another suggestion is for the sender to avoid sending small
    segments by waiting until the window is large enough before
    sending data.  If the the user signals a push function then the
    data must be sent even if it is a small segment.

    Note that the acknowledgments should not be delayed or unnecessary
    retransmissions will result.  One strategy would be to send an
    acknowledgment when a small segment arrives (with out updating the
    window information), and then to send another acknowledgment with
    new window information when the window is larger.

    The segment sent to probe a zero window may also begin a break up
    of transmitted data into smaller and smaller segments.  If a
    segment containing a single data octet sent to probe a zero window
    is accepted, it consumes one octet of the window now available.
    If the sending TCP simply sends as much as it can whenever the
    window is non zero, the transmitted data will be broken into
    alternating big and small segments.  As time goes on, occasional
    pauses in the receiver making window allocation available will

                                                            [Page 43]



September 1981

Transmission Control Protocol
Functional Specification

result in breaking the big segments into a small and not quite so
big pair. And after a while the data transmission will be in
mostly small segments.

The suggestion here is that the TCP implementations need to
actively attempt to combine small window allocations into larger
windows, since the mechanisms for managing the window tend to lead
to many small windows in the simplest minded implementations.

3.8.  Interfaces

There are of course two interfaces of concern:  the user/TCP interface
and the TCP/lower-level interface.  We have a fairly elaborate model
of the user/TCP interface, but the interface to the lower level
protocol module is left unspecified here, since it will be specified
in detail by the specification of the lowel level protocol.  For the
case that the lower level is IP we note some of the parameter values
that TCPs might use.

User/TCP Interface

The following functional description of user commands to the TCP is,
at best, fictional, since every operating system will have different
facilities.  Consequently, we must warn readers that different TCP
implementations may have different user interfaces.  However, all
TCPs must provide a certain minimum set of services to guarantee
that all TCP implementations can support the same protocol
hierarchy.  This section specifies the functional interfaces
required of all TCP implementations.

TCP User Commands

The following sections functionally characterize a USER/TCP
interface.  The notation used is similar to most procedure or
function calls in high level languages, but this usage is not
meant to rule out trap type service calls (e.g., SVCs, UUOs,
EMTs).

The user commands described below specify the basic functions the
TCP must perform to support interprocess communication.
Individual implementations must define their own exact format, and
may provide combinations or subsets of the basic functions in
single calls.  In particular, some implementations may wish to
automatically OPEN a connection on the first SEND or RECEIVE
issued by the user for a given connection.

[Page 44]



September 1981

Transmission Control Protocol
Functional Specification

In providing interprocess communication facilities, the TCP must
not only accept commands, but must also return information to the
processes it serves.  The latter consists of:

(a) general information about a connection (e.g., interrupts,
remote close, binding of unspecified foreign socket).

(b) replies to specific user commands indicating success or
various types of failure.

Open

Format:  OPEN (local port, foreign socket, active/passive
[, timeout] [, precedence] [, security/compartment] [, options])
-> local connection name

We assume that the local TCP is aware of the identity of the
processes it serves and will check the authority of the process
to use the connection specified.  Depending upon the
implementation of the TCP, the local network and TCP identifiers
for the source address will either be supplied by the TCP or the
lower level protocol (e.g., IP).  These considerations are the
result of concern about security, to the extent that no TCP be
able to masquerade as another one, and so on.  Similarly, no
process can masquerade as another without the collusion of the
TCP.

If the active/passive flag is set to passive, then this is a
call to LISTEN for an incoming connection.  A passive open may
have either a fully specified foreign socket to wait for a
particular connection or an unspecified foreign socket to wait
for any call.  A fully specified passive call can be made active
by the subsequent execution of a SEND.

A transmission control block (TCB) is created and partially
filled in with data from the OPEN command parameters.

On an active OPEN command, the TCP will begin the procedure to
synchronize (i.e., establish) the connection at once.

The timeout, if present, permits the caller to set up a timeout
for all data submitted to TCP.  If data is not successfully
delivered to the destination within the timeout period, the TCP
will abort the connection.  The present global default is five
minutes.

The TCP or some component of the operating system will verify
the users authority to open a connection with the specified

[Page 45]

Exhibit____/____Page _202_

September 1981

Transmission Control Protocol
Functional Specification

precedence or security/compartment.  The absence of precedence
or security/compartment specification in the OPEN call indicates
the default values must be used.

TCP will accept incoming requests as matching only if the
security/compartment information is exactly the same and only if
the precedence is equal to or higher than the precedence
requested in the OPEN call.

The precedence for the connection is the higher of the values
requested in the OPEN call and received from the incoming
request, and fixed at that value for the life of the
connection.Implementers may want to give the user control of
this precedence negotiation.  For example, the user might be
allowed to specify that the precedence must be exactly matched,
or that any attempt to raise the precedence be confirmed by the
user.

A local connection name will be returned to the user by the TCP.
The local connection name can then be used as a short hand term
for the connection defined by the <local socket, foreign socket>
pair.

Send

   Format:  SEND (local connection name, buffer address, byte
   count, PUSH flag, URGENT flag [,timeout])

   This call causes the data contained in the indicated user buffer
   to be sent on the indicated connection.  If the connection has
   not been opened, the SEND is considered an error.  Some
   implementations may allow users to SEND first; in which case, an
   automatic OPEN would be done.  If the calling process is not
   authorized to use this connection, an error is returned.

   If the PUSH flag is set, the data must be transmitted promptly
   to the receiver, and the PUSH bit will be set in the last TCP
   segment created from the buffer.  If the PUSH flag is not set,
   the data may be combined with data from subsequent SENDs for
   transmission efficiency.

   If the URGENT flag is set, segments sent to the destination TCP
   will have the urgent pointer set.  The receiving TCP will signal
   the urgent condition to the receiving process if the urgent
   pointer indicates that data preceding the urgent pointer has not
   been consumed by the receiving process.  The purpose of urgent
   is to stimulate the receiver to process the urgent data and to
   indicate to the receiver when all the currently known urgent

[Page 46]



data has been received.  The number of times the sending user's
TCP signals urgent will not necessarily be equal to the number
of times the receiving user will be notified of the presence of
urgent data.

If no foreign socket was specified in the OPEN, but the
connection is established (e.g., because a LISTENing connection
has become specific due to a foreign segment arriving for the
local socket), then the designated buffer is sent to the implied
foreign socket.  Users who make use of OPEN with an unspecified
foreign socket can make use of SEND without ever explicitly
knowing the foreign socket address.

However, if a SEND is attempted before the foreign socket
becomes specified, an error will be returned.  Users can use the
STATUS call to determine the status of the connection.  In some
implementations the TCP may notify the user when an unspecified
socket is bound.

If a timeout is specified, the current user timeout for this
connection is changed to the new one.

In the simplest implementation, SEND would not return control to
the sending process until either the transmission was complete
or the timeout had been exceeded.  However, this simple method
is both subject to deadlocks (for example, both sides of the
connection might try to do SENDs before doing any RECEIVEs) and
offers poor performance, so it is not recommended.  A more
sophisticated implementation would return immediately to allow
the process to run concurrently with network I/O, and,
furthermore, to allow multiple SENDs to be in progress.
Multiple SENDs are served in first come, first served order, so
the TCP will queue those it cannot service immediately.

We have implicitly assumed an asynchronous user interface in
which a SEND later elicits some kind of SIGNAL or
pseudo-interrupt from the serving TCP.  An alternative is to
return a response immediately.  For instance, SENDs might return
immediate local acknowledgment, even if the segment sent had not
been acknowledged by the distant TCP.  We could optimistically
assume eventual success.  If we are wrong, the connection will
close anyway due to the timeout.  In implementations of this
kind (synchronous), there will still be some asynchronous
signals, but these will deal with the connection itself, and not
with specific segments or buffers.

In order for the process to distinguish among error or success
indications for different SENDs, it might be appropriate for the

[Page 47]

Exhibit  1  Page 204


September 1981
Transmission Control Protocol
Functional Specification

buffer address to be returned along with the coded response to
the SEND request.  TCP-to-user signals are discussed below,
indicating the information which should be returned to the
calling process.

Receive

Format:  RECEIVE (local connection name, buffer address, byte
count) -> byte count, urgent flag, push flag

This command allocates a receiving buffer associated with the
specified connection.  If no OPEN precedes this command or the
calling process is not authorized to use this connection, an
error is returned.

In the simplest implementation, control would not return to the
calling program until either the buffer was filled, or some
error occurred, but this scheme is highly subject to deadlocks.
A more sophisticated implementation would permit several
RECEIVEs to be outstanding at once.  These would be filled as
segments arrive.  This strategy permits increased throughput at
the cost of a more elaborate scheme (possibly asynchronous) to
notify the calling program that a PUSH has been seen or a buffer
filled.

If enough data arrive to fill the buffer before a PUSH is seen,
the PUSH flag will not be set in the response to the RECEIVE.
The buffer will be filled with as much data as it can hold.  If
a PUSH is seen before the buffer is filled the buffer will be
returned partially filled and PUSH indicated.

If there is urgent data the user will have been informed as soon
as it arrived via a TCP-to-user signal.  The receiving user
should thus be in "urgent mode".  If the URGENT flag is on,
additional urgent data remains.  If the URGENT flag is off, this
call to RECEIVE has returned all the urgent data, and the user
may now leave "urgent mode".  Note that data following the
urgent pointer (non-urgent data) cannot be delivered to the user
in the same buffer with preceeding urgent data unless the
boundary is clearly marked for the user.

To distinguish among several outstanding RECEIVEs and to take
care of the case that a buffer is not completely filled, the
return code is accompanied by both a buffer pointer and a byte
count indicating the actual length of the data received.

Alternative implementations of RECEIVE might have the TCP

[Page 48]



allocate buffer storage, or the TCP might share a ring buffer
with the user.

Close

Format:  CLOSE (local connection name)

This command causes the connection specified to be closed.  If
the connection is not open or the calling process is not
authorized to use this connection, an error is returned.
Closing connections is intended to be a graceful operation in
the sense that outstanding SENDs will be transmitted (and
retransmitted), as flow control permits, until all have been
serviced.  Thus, it should be acceptable to make several SEND
calls, followed by a CLOSE, and expect all the data to be sent
to the destination.  It should also be clear that users should
continue to RECEIVE on CLOSING connections, since the other side
may be trying to transmit the last of its data.  Thus, CLOSE
means "I have no more to send" but does not mean "I will not
receive any more."  It may happen (if the user level protocol is
not well thought out) that the closing side is unable to get rid
of all its data before timing out.  In this event, CLOSE turns
into ABORT, and the closing TCP gives up.

The user may CLOSE the connection at any time on his own
initiative, or in response to various prompts from the TCP
(e.g., remote close executed, transmission timeout exceeded,
destination inaccessible).

Because closing a connection requires communication with the
foreign TCP, connections may remain in the closing state for a
short time.  Attempts to reopen the connection before the TCP
replies to the CLOSE command will result in error responses.

Close also implies push function.

Status

Format:  STATUS (local connection name) -> status data

This is an implementation dependent user command and could be
excluded without adverse effect.  Information returned would
typically come from the TCB associated with the connection.

This command returns a data block containing the following
information:

    local socket,



Exhibit  /  Page  206

September 1981
Transmission Control Protocol
Functional Specification

```
      foreign socket,
      local connection name,
      receive window,
      send window,
      connection state,
      number of buffers awaiting acknowledgment,
      number of buffers pending receipt,
      urgent state,
      precedence,
      security/compartment,
      and transmission timeout.
```

Depending on the state of the connection, or on the
implementation itself, some of this information may not be
available or meaningful.  If the calling process is not
authorized to use this connection, an error is returned.  This
prevents unauthorized processes from gaining information about a
connection.

Abort

  Format:  ABORT (local connection name)

  This command causes all pending SENDs and RECEIVEs to be
  aborted, the TCB to be removed, and a special RESET message to
  be sent to the TCP on the other side of the connection.
  Depending on the implementation, users may receive abort
  indications for each outstanding SEND or RECEIVE, or may simply
  receive an ABORT-acknowledgment.

TCP-to-User Messages

  It is assumed that the operating system environment provides a
  means for the TCP to asynchronously signal the user program.  When
  the TCP does signal a user program, certain information is passed
  to the user.  Often in the specification the information will be
  an error message.  In other cases there will be information
  relating to the completion of processing a SEND or RECEIVE or
  other user call.

  The following information is provided:

```
      Local Connection Name                 Always
      Response String                       Always
      Buffer Address                        Send & Receive
      Byte count (counts bytes received)    Receive
      Push flag                             Receive
      Urgent flag                           Receive
```



Exhibit ___1___ Page __207__

September 1981

<div align="right">Transmission Control Protocol<br>Functional Specification</div>

TCP/Lower-Level Interface

The TCP calls on a lower level protocol module to actually send and
receive information over a network.  One case is that of the ARPA
internetwork system where the lower level module is the Internet
Protocol (IP) [2].

If the lower level protocol is IP it provides arguments for a type
of service and for a time to live.  TCP uses the following settings
for these parameters:

  Type of Service = Precedence: routine, Delay: normal, Throughput:
  normal, Reliability: normal; or 00000000.

  Time to Live    = one minute, or 00111100.

    Note that the assumed maximum segment lifetime is two minutes.
    Here we explicitly ask that a segment be destroyed if it cannot
    be delivered by the internet system within one minute.

If the lower level is IP (or other protocol that provides this
feature) and source routing is used, the interface must allow the
route information to be communicated.  This is especially important
so that the source and destination addresses used in the TCP
checksum be the originating source and ultimate destination. It is
also important to preserve the return route to answer connection
requests.

Any lower level protocol will have to provide the source address,
destination address, and protocol fields, and some way to determine
the "TCP length", both to provide the functional equivlent service
of IP and to be used in the TCP checksum.

[Page 51]

Exhibit___1___Page___208___

September 1981

Transmission Control Protocol
Functional Specification


3.9.  Event Processing

    The processing depicted in this section is an example of one possible
    implementation.  Other implementations may have slightly different
    processing sequences, but they should differ from those in this
    section only in detail, not in substance.

    The activity of the TCP can be characterized as responding to events.
    The events that occur can be cast into three categories:  user calls,
    arriving segments, and timeouts.  This section describes the
    processing the TCP does in response to each of the events.  In many
    cases the processing required depends on the state of the connection.

      Events that occur:

        User Calls

            OPEN
            SEND
            RECEIVE
            CLOSE
            ABORT
            STATUS

        Arriving Segments

            SEGMENT ARRIVES

        Timeouts

            USER TIMEOUT
            RETRANSMISSION TIMEOUT
            TIME-WAIT TIMEOUT

    The model of the TCP/user interface is that user commands receive an
    immediate return and possibly a delayed response via an event or
    pseudo interrupt.  In the following descriptions, the term "signal"
    means cause a delayed response.

    Error responses are given as character strings.  For example, user
    commands referencing connections that do not exist receive "error:
    connection not open".

    Please note in the following that all arithmetic on sequence numbers,
    acknowledgment numbers, windows, et cetera, is modulo 2**32 the size
    of the sequence number space.  Also note that "=<" means less than or
    equal to (modulo 2**32).


[Page 52]

Exhibit___1___ Page 209


September 1981

Transmission Control Protocol
Functional Specification

A natural way to think about processing incoming segments is to
imagine that they are first tested for proper sequence number (i.e.,
that their contents lie in the range of the expected "receive window"
in the sequence number space) and then that they are generally queued
and processed in sequence number order.

When a segment overlaps other already received segments we reconstruct
the segment to contain just the new data, and adjust the header fields
to be consistent.

Note that if no state change is mentioned the TCP stays in the same
state.

[Page 53]

September 1981

Transmission Control Protocol
Functional Specification

OPEN Call

OPEN Call

CLOSED STATE (i.e., TCB does not exist)

Create a new transmission control block (TCB) to hold connection
state information.  Fill in local socket identifier, foreign
socket, precedence, security/compartment, and user timeout
information.  Note that some parts of the foreign socket may be
unspecified in a passive OPEN and are to be filled in by the
parameters of the incoming SYN segment.  Verify the security and
precedence requested are allowed for this user, if not return
"error:  precedence not allowed" or "error:  security/compartment
not allowed."  If passive enter the LISTEN state and return.  If
active and the foreign socket is unspecified, return "error:
foreign socket unspecified"; if active and the foreign socket is
specified, issue a SYN segment.  An initial send sequence number
(ISS) is selected.  A SYN segment of the form <SEQ=ISS><CTL=SYN>
is sent.  Set SND.UNA to ISS, SND.NXT to ISS+1, enter SYN-SENT
state, and return.

If the caller does not have access to the local socket specified,
return "error:  connection illegal for this process".  If there is
no room to create a new connection, return "error:  insufficient
resources".

LISTEN STATE

If active and the foreign socket is specified, then change the
connection from passive to active, select an ISS.  Send a SYN
segment, set SND.UNA to ISS, SND.NXT to ISS+1.  Enter SYN-SENT
state.  Data associated with SEND may be sent with SYN segment or
queued for transmission after entering ESTABLISHED state.  The
urgent bit if requested in the command must be sent with the data
segments sent as a result of this command.  If there is no room to
queue the request, respond with "error:  insufficient resources".
If Foreign socket was not specified, then return "error:  foreign
socket unspecified".

[Page 54]



September 1981

                          Transmission Control Protocol
                              Functional Specification

OPEN Call


        SYN-SENT STATE
        SYN-RECEIVED STATE
        ESTABLISHED STATE
        FIN-WAIT-1 STATE
        FIN-WAIT-2 STATE
        CLOSE-WAIT STATE
        CLOSING STATE
        LAST-ACK STATE
        TIME-WAIT STATE

        Return "error:  connection already exists".

Exhibit   l   Page 212

September 1981

Transmission Control Protocol
Functional Specification

SEND Call

SEND Call

CLOSED STATE (i.e., TCB does not exist)

If the user does not have access to such a connection, then return
"error:  connection illegal for this process".

Otherwise, return "error:  connection does not exist".

LISTEN STATE

If the foreign socket is specified, then change the connection
from passive to active, select an ISS.  Send a SYN segment, set
SND.UNA to ISS, SND.NXT to ISS+1.  Enter SYN-SENT state.  Data
associated with SEND may be sent with SYN segment or queued for
transmission after entering ESTABLISHED state.  The urgent bit if
requested in the command must be sent with the data segments sent
as a result of this command.  If there is no room to queue the
request, respond with "error:  insufficient resources".  If
Foreign socket was not specified, then return "error:  foreign
socket unspecified".

SYN-SENT STATE
SYN-RECEIVED STATE

Queue the data for transmission after entering ESTABLISHED state.
If no space to queue, respond with "error:  insufficient
resources".

ESTABLISHED STATE
CLOSE-WAIT STATE

Segmentize the buffer and send it with a piggybacked
acknowledgment (acknowledgment value = RCV.NXT).  If there is
insufficient space to remember this buffer, simply return "error:
insufficient resources".

If the urgent flag is set, then SND.UP <- SND.NXT-1 and set the
urgent pointer in the outgoing segments.

[Page 56]

September 1981

                                    Transmission Control Protocol
                                      Functional Specification

SEND Call


        FIN-WAIT-1 STATE
        FIN-WAIT-2 STATE
        CLOSING STATE
        LAST-ACK STATE
        TIME-WAIT STATE

        Return "error:  connection closing" and do not service request.

Exhibit   1   Page  214

September 1981

Transmission Control Protocol
Functional Specification

RECEIVE Call

RECEIVE Call

CLOSED STATE (i.e., TCB does not exist)

If the user does not have access to such a connection, return
"error:  connection illegal for this process".

Otherwise return "error:  connection does not exist".

LISTEN STATE
SYN-SENT STATE
SYN-RECEIVED STATE

Queue for processing after entering ESTABLISHED state.  If there
is no room to queue this request, respond with "error:
insufficient resources".

ESTABLISHED STATE
FIN-WAIT-1 STATE
FIN-WAIT-2 STATE

If insufficient incoming segments are queued to satisfy the
request, queue the request.  If there is no queue space to
remember the RECEIVE, respond with "error:  insufficient
resources".

Reassemble queued incoming segments into receive buffer and return
to user.  Mark "push seen" (PUSH) if this is the case.

If RCV.UP is in advance of the data currently being passed to the
user notify the user of the presence of urgent data.

When the TCP takes responsibility for delivering data to the user
that fact must be communicated to the sender via an
acknowledgment.  The formation of such an acknowledgment is
described below in the discussion of processing an incoming
segment.

[Page 58]

Exhibit   1   Page  215

September 1981

Transmission Control Protocol
Functional Specification

RECEIVE Call

CLOSE-WAIT STATE

Since the remote side has already sent FIN, RECEIVEs must be
satisfied by text already on hand, but not yet delivered to the
user.  If no text is awaiting delivery, the RECEIVE will get a
"error:  connection closing" response.  Otherwise, any remaining
text can be used to satisfy the RECEIVE.

CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

Return "error:  connection closing".

[Page 59]

CLOSE Call

   CLOSED STATE (i.e., TCB does not exist)

      If the user does not have access to such a connection, return
      "error:  connection illegal for this process".

      Otherwise, return "error:  connection does not exist".

   LISTEN STATE

      Any outstanding RECEIVEs are returned with "error:  closing"
      responses.  Delete TCB, enter CLOSED state, and return.

   SYN-SENT STATE

      Delete the TCB and return "error:  closing" responses to any
      queued SENDs, or RECEIVEs.

   SYN-RECEIVED STATE

      If no SENDs have been issued and there is no pending data to send,
      then form a FIN segment and send it, and enter FIN-WAIT-1 state;
      otherwise queue for processing after entering ESTABLISHED state.

   ESTABLISHED STATE

      Queue this until all preceding SENDs have been segmentized, then
      form a FIN segment and send it.  In any case, enter FIN-WAIT-1
      state.

   FIN-WAIT-1 STATE
   FIN-WAIT-2 STATE

      Strictly speaking, this is an error and should receive a "error:
      connection closing" response.  An "ok" response would be
      acceptable, too, as long as a second FIN is not emitted (the first
      FIN may be retransmitted though).

Exhibit  1   Page 217

September 1981

Transmission Control Protocol
Functional Specification

CLOSE Call

    CLOSE-WAIT STATE

      Queue this request until all preceding SENDs have been
      segmentized; then send a FIN segment, enter CLOSING state.

    CLOSING STATE
    LAST-ACK STATE
    TIME-WAIT STATE

      Respond with "error:  connection closing".

Exhibit ___1___ Page _218_

September 1981

Transmission Control Protocol
Functional Specification

ABORT Call

ABORT Call

CLOSED STATE (i.e., TCB does not exist)

If the user should not have access to such a connection, return
"error:  connection illegal for this process".

Otherwise return "error:  connection does not exist".

LISTEN STATE

Any outstanding RECEIVEs should be returned with "error:
connection reset" responses.  Delete TCB, enter CLOSED state, and
return.

SYN-SENT STATE

All queued SENDs and RECEIVEs should be given "connection reset"
notification, delete the TCB, enter CLOSED state, and return.

SYN-RECEIVED STATE
ESTABLISHED STATE
FIN-WAIT-1 STATE
FIN-WAIT-2 STATE
CLOSE-WAIT STATE

Send a reset segment:

<SEQ=SND.NXT><CTL=RST>

All queued SENDs and RECEIVEs should be given "connection reset"
notification; all segments queued for transmission (except for the
RST formed above) or retransmission should be flushed, delete the
TCB, enter CLOSED state, and return.

CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

Respond with "ok" and delete the TCB, enter CLOSED state, and
return.

[Page 62]



September 1981

Transmission Control Protocol
Functional Specification

STATUS Call

  STATUS Call

    CLOSED STATE (i.e., TCB does not exist)

      If the user should not have access to such a connection, return
      "error:  connection illegal for this process".

      Otherwise return "error:  connection does not exist".

    LISTEN STATE

      Return "state = LISTEN", and the TCB pointer.

    SYN-SENT STATE

      Return "state = SYN-SENT", and the TCB pointer.

    SYN-RECEIVED STATE

      Return "state = SYN-RECEIVED", and the TCB pointer.

    ESTABLISHED STATE

      Return "state = ESTABLISHED", and the TCB pointer.

    FIN-WAIT-1 STATE

      Return "state = FIN-WAIT-1", and the TCB pointer.

    FIN-WAIT-2 STATE

      Return "state = FIN-WAIT-2", and the TCB pointer.

    CLOSE-WAIT STATE

      Return "state = CLOSE-WAIT", and the TCB pointer.

    CLOSING STATE

      Return "state = CLOSING", and the TCB pointer.

    LAST-ACK STATE

      Return "state = LAST-ACK", and the TCB pointer.



Transmission Control Protocol
Functional Specification

September 1981

STATUS Call

    TIME-WAIT STATE

        Return "state = TIME-WAIT", and the TCB pointer.

Exhibit____/____Page 221

September 1981

Transmission Control Protocol
Functional Specification

SEGMENT ARRIVES

SEGMENT ARRIVES

If the state is CLOSED (i.e., TCB does not exist) then

all data in the incoming segment is discarded.  An incoming
segment containing a RST is discarded.  An incoming segment not
containing a RST causes a RST to be sent in response.  The
acknowledgment and sequence field values are selected to make the
reset sequence acceptable to the TCP that sent the offending
segment.

If the ACK bit is off, sequence number zero is used,

    <SEQ=0><ACK=SEG.SEQ+SEG.LEN><CTL=RST,ACK>

If the ACK bit is on,

    <SEQ=SEG.ACK><CTL=RST>

Return.

If the state is LISTEN then

  first check for an RST

    An incoming RST should be ignored.  Return.

  second check for an ACK

    Any acknowledgment is bad if it arrives on a connection still in
    the LISTEN state.  An acceptable reset segment should be formed
    for any arriving ACK-bearing segment.  The RST should be
    formatted as follows:

        <SEQ=SEG.ACK><CTL=RST>

    Return.

  third check for a SYN

    If the SYN bit is set, check the security.  If the
    security/compartment on the incoming segment does not exactly
    match the security/compartment in the TCB then send a reset and
    return.

        <SEQ=SEG.ACK><CTL=RST>

[Page 65]

Exhibit____|____Page _222_


If the SEG.PRC is greater than the TCB.PRC then if allowed by
the user and the system set TCB.PRC<-SEG.PRC, if not allowed
send a reset and return.

    <SEQ=SEG.ACK><CTL=RST>

If the SEG.PRC is less than the TCB.PRC then continue.

Set RCV.NXT to SEG.SEQ+1, IRS is set to SEG.SEQ and any other
control or text should be queued for processing later.  ISS
should be selected and a SYN segment sent of the form:

    <SEQ=ISS><ACK=RCV.NXT><CTL=SYN,ACK>

SND.NXT is set to ISS+1 and SND.UNA to ISS.  The connection
state should be changed to SYN-RECEIVED.  Note that any other
incoming control or data (combined with SYN) will be processed
in the SYN-RECEIVED state, but processing of SYN and ACK should
not be repeated.  If the listen was not fully specified (i.e.,
the foreign socket was not fully specified), then the
unspecified fields should be filled in now.

fourth other text or control

Any other control or text-bearing segment (not containing SYN)
must have an ACK and thus would be discarded by the ACK
processing.  An incoming RST segment could not be valid, since
it could not have been sent in response to anything sent by this
incarnation of the connection.  So you are unlikely to get here,
but if you do, drop the segment, and return.

If the state is SYN-SENT then

first check the ACK bit

If the ACK bit is set

    If SEG.ACK =< ISS, or SEG.ACK > SND.NXT, send a reset (unless
    the RST bit is set, if so drop the segment and return)

      <SEQ=SEG.ACK><CTL=RST>

    and discard the segment.  Return.

    If SND.UNA =< SEG.ACK =< SND.NXT then the ACK is acceptable.

second check the RST bit

[Page 66]

Exhibit ___1___ Page___323___


September 1981

Transmission Control Protocol
Functional Specification

SEGMENT ARRIVES

      If the RST bit is set

        If the ACK was acceptable then signal the user "error:
        connection reset", drop the segment, enter CLOSED state,
        delete TCB, and return.  Otherwise (no ACK) drop the segment
        and return.

    third check the security and precedence

      If the security/compartment in the segment does not exactly
      match the security/compartment in the TCB, send a reset

        If there is an ACK

          <SEQ=SEG.ACK><CTL=RST>

        Otherwise

          <SEQ=0><ACK=SEG.SEQ+SEG.LEN><CTL=RST,ACK>

      If there is an ACK

        The precedence in the segment must match the precedence in the
        TCB, if not, send a reset

          <SEQ=SEG.ACK><CTL=RST>

      If there is no ACK

        If the precedence in the segment is higher than the precedence
        in the TCB then if allowed by the user and the system raise
        the precedence in the TCB to that in the segment, if not
        allowed to raise the prec then send a reset.

          <SEQ=0><ACK=SEG.SEQ+SEG.LEN><CTL=RST,ACK>

        If the precedence in the segment is lower than the precedence
        in the TCB continue.

      If a reset was sent, discard the segment and return.

    fourth check the SYN bit

      This step should be reached only if the ACK is ok, or there is
      no ACK, and it the segment did not contain a RST.

      If the SYN bit is on and the security/compartment and precedence

[Page 67]

Exhibit___1___Page 224



September 1981

Transmission Control Protocol
Functional Specification

SEGMENT ARRIVES

are acceptable then, RCV.NXT is set to SEG.SEQ+1, IRS is set to
SEG.SEQ.  SND.UNA should be advanced to equal SEG.ACK (if there
is an ACK), and any segments on the retransmission queue which
are thereby acknowledged should be removed.

If SND.UNA > ISS (our SYN has been ACKed), change the connection
state to ESTABLISHED, form an ACK segment

    <SEQ=SND.NXT><ACK=RCV.NXT><CTL=ACK>

and send it.  Data or controls which were queued for
transmission may be included.  If there are other controls or
text in the segment then continue processing at the sixth step
below where the URG bit is checked, otherwise return.

Otherwise enter SYN-RECEIVED, form a SYN,ACK segment

    <SEQ=ISS><ACK=RCV.NXT><CTL=SYN,ACK>

and send it.  If there are other controls or text in the
segment, queue them for processing after the ESTABLISHED state
has been reached, return.

fifth, if neither of the SYN or RST bits is set then drop the
segment and return.

[Page 68]



Exhibit ___1___ Page __225__

September 1981

Transmission Control Protocol
Functional Specification

SEGMENT ARRIVES

Otherwise,

first check sequence number

SYN-RECEIVED STATE
ESTABLISHED STATE
FIN-WAIT-1 STATE
FIN-WAIT-2 STATE
CLOSE-WAIT STATE
CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

Segments are processed in sequence.  Initial tests on arrival
are used to discard old duplicates, but further processing is
done in SEG.SEQ order.  If a segment's contents straddle the
boundary between old and new, only the new parts should be
processed.

There are four cases for the acceptability test for an incoming
segment:

| Segment Length | Receive Window | Test |
| ------- | ------- | ------------------------------------------------- |
| 0 | 0 | SEG.SEQ = RCV.NXT |
| 0 | >0 | RCV.NXT =< SEG.SEQ < RCV.NXT+RCV.WND |
| >0 | 0 | not acceptable |
| >0 | >0 | RCV.NXT =< SEG.SEQ < RCV.NXT+RCV.WND<br>or RCV.NXT =< SEG.SEQ+SEG.LEN-1 < RCV.NXT+RCV.WND |

If the RCV.WND is zero, no segments will be acceptable, but
special allowance should be made to accept valid ACKs, URGs and
RSTs.

If an incoming segment is not acceptable, an acknowledgment
should be sent in reply (unless the RST bit is set, if so drop
the segment and return):

    <SEQ=SND.NXT><ACK=RCV.NXT><CTL=ACK>

After sending the acknowledgment, drop the unacceptable segment
and return.

[Page 69]

Exhibit____ 1 __Page__ 226 ___


September 1981

Transmission Control Protocol
Functional Specification

SEGMENT ARRIVES

In the following it is assumed that the segment is the idealized
segment that begins at RCV.NXT and does not exceed the window.
One could tailor actual segments to fit this assumption by
trimming off any portions that lie outside the window (including
SYN and FIN), and only processing further if the segment then
begins at RCV.NXT.  Segments with higher begining sequence
numbers may be held for later processing.

second check the RST bit,

  SYN-RECEIVED STATE

    If the RST bit is set

      If this connection was initiated with a passive OPEN (i.e.,
      came from the LISTEN state), then return this connection to
      LISTEN state and return.  The user need not be informed.  If
      this connection was initiated with an active OPEN (i.e., came
      from SYN-SENT state) then the connection was refused, signal
      the user "connection refused".  In either case, all segments
      on the retransmission queue should be removed.  And in the
      active OPEN case, enter the CLOSED state and delete the TCB,
      and return.

    ESTABLISHED
    FIN-WAIT-1
    FIN-WAIT-2
    CLOSE-WAIT

      If the RST bit is set then, any outstanding RECEIVEs and SEND
      should receive "reset" responses.  All segment queues should be
      flushed.  Users should also receive an unsolicited general
      "connection reset" signal.  Enter the CLOSED state, delete the
      TCB, and return.

    CLOSING STATE
    LAST-ACK STATE
    TIME-WAIT

      If the RST bit is set then, enter the CLOSED state, delete the
      TCB, and return.



Exhibit____1____Page 227

September 1981
                                      Transmission Control Protocol
                                          Functional Specification
SEGMENT ARRIVES


    third check security and precedence

        SYN-RECEIVED

          If the security/compartment and precedence in the segment do not
          exactly match the security/compartment and precedence in the TCB
          then send a reset, and return.

        ESTABLISHED STATE

          If the security/compartment and precedence in the segment do not
          exactly match the security/compartment and precedence in the TCB
          then send a reset, any outstanding RECEIVEs and SEND should
          receive "reset" responses.  All segment queues should be
          flushed.  Users should also receive an unsolicited general
          "connection reset" signal.  Enter the CLOSED state, delete the
          TCB, and return.

      Note this check is placed following the sequence check to prevent
      a segment from an old connection between these ports with a
      different security or precedence from causing an abort of the
      current connection.

    fourth, check the SYN bit,

        SYN-RECEIVED
        ESTABLISHED STATE
        FIN-WAIT STATE-1
        FIN-WAIT STATE-2
        CLOSE-WAIT STATE
        CLOSING STATE
        LAST-ACK STATE
        TIME-WAIT STATE

          If the SYN is in the window it is an error, send a reset, any
          outstanding RECEIVEs and SEND should receive "reset" responses,
          all segment queues should be flushed, the user should also
          receive an unsolicited general "connection reset" signal, enter
          the CLOSED state, delete the TCB, and return.

          If the SYN is not in the window this step would not be reached
          and an ack would have been sent in the first step (sequence
          number check).


                                                            [Page 71]



Transmission Control Protocol
Functional Specification

fifth check the ACK field,

  if the ACK bit is off drop the segment and return

  if the ACK bit is on

    SYN-RECEIVED STATE

      If SND.UNA =< SEG.ACK =< SND.NXT then enter ESTABLISHED state
      and continue processing.

        If the segment acknowledgment is not acceptable, form a
        reset segment,

          <SEQ=SEG.ACK><CTL=RST>

        and send it.

    ESTABLISHED STATE

      If SND.UNA < SEG.ACK =< SND.NXT then, set SND.UNA <- SEG.ACK.
      Any segments on the retransmission queue which are thereby
      entirely acknowledged are removed.  Users should receive
      positive acknowledgments for buffers which have been SENT and
      fully acknowledged (i.e., SEND buffer should be returned with
      "ok" response).  If the ACK is a duplicate
      (SEG.ACK < SND.UNA), it can be ignored.  If the ACK acks
      something not yet sent (SEG.ACK > SND.NXT) then send an ACK,
      drop the segment, and return.

      If SND.UNA < SEG.ACK =< SND.NXT, the send window should be
      updated.  If (SND.WL1 < SEG.SEQ or (SND.WL1 = SEG.SEQ and
      SND.WL2 =< SEG.ACK)), set SND.WND <- SEG.WND, set
      SND.WL1 <- SEG.SEQ, and set SND.WL2 <- SEG.ACK.

      Note that SND.WND is an offset from SND.UNA, that SND.WL1
      records the sequence number of the last segment used to update
      SND.WND, and that SND.WL2 records the acknowledgment number of
      the last segment used to update SND.WND.  The check here
      prevents using old segments to update the window.

Exhibit____1____Page 229

September 1981

Transmission Control Protocol
Functional Specification

SEGMENT ARRIVES

FIN-WAIT-1 STATE

In addition to the processing for the ESTABLISHED state, if
our FIN is now acknowledged then enter FIN-WAIT-2 and continue
processing in that state.

FIN-WAIT-2 STATE

In addition to the processing for the ESTABLISHED state, if
the retransmission queue is empty, the user's CLOSE can be
acknowledged ("ok") but do not delete the TCB.

CLOSE-WAIT STATE

Do the same processing as for the ESTABLISHED state.

CLOSING STATE

In addition to the processing for the ESTABLISHED state, if
the ACK acknowledges our FIN then enter the TIME-WAIT state,
otherwise ignore the segment.

LAST-ACK STATE

The only thing that can arrive in this state is an
acknowledgment of our FIN.  If our FIN is now acknowledged,
delete the TCB, enter the CLOSED state, and return.

TIME-WAIT STATE

The only thing that can arrive in this state is a
retransmission of the remote FIN.  Acknowledge it, and restart
the 2 MSL timeout.

sixth, check the URG bit,

ESTABLISHED STATE
FIN-WAIT-1 STATE
FIN-WAIT-2 STATE

If the URG bit is set, RCV.UP <- max(RCV.UP,SEG.UP), and signal
the user that the remote side has urgent data if the urgent
pointer (RCV.UP) is in advance of the data consumed.  If the
user has already been signaled (or is still in the "urgent
mode") for this continuous sequence of urgent data, do not
signal the user again.

[Page 73]



Exhibit ___1___ Page___230___

Transmission Control Protocol
Functional Specification

      CLOSE-WAIT STATE
      CLOSING STATE
      LAST-ACK STATE
      TIME-WAIT

      This should not occur, since a FIN has been received from the
      remote side.  Ignore the URG.

  seventh, process the segment text,

      ESTABLISHED STATE
      FIN-WAIT-1 STATE
      FIN-WAIT-2 STATE

      Once in the ESTABLISHED state, it is possible to deliver segment
      text to user RECEIVE buffers.  Text from segments can be moved
      into buffers until either the buffer is full or the segment is
      empty.  If the segment empties and carries an PUSH flag, then
      the user is informed, when the buffer is returned, that a PUSH
      has been received.

      When the TCP takes responsibility for delivering the data to the
      user it must also acknowledge the receipt of the data.

      Once the TCP takes responsibility for the data it advances
      RCV.NXT over the data accepted, and adjusts RCV.WND as
      apporopriate to the current buffer availability.  The total of
      RCV.NXT and RCV.WND should not be reduced.

      Please note the window management suggestions in section 3.7.

      Send an acknowledgment of the form:

          <SEQ=SND.NXT><ACK=RCV.NXT><CTL=ACK>

      This acknowledgment should be piggybacked on a segment being
      transmitted if possible without incurring undue delay.

Exhibit ___1___ Page 231


September 1981

Transmission Control Protocol
Functional Specification

SEGMENT ARRIVES

CLOSE-WAIT STATE
CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

This should not occur, since a FIN has been received from the remote side.  Ignore the segment text.

eighth, check the FIN bit,

Do not process the FIN if the state is CLOSED, LISTEN or SYN-SENT since the SEG.SEQ cannot be validated; drop the segment and return.

If the FIN bit is set, signal the user "connection closing" and return any pending RECEIVEs with same message, advance RCV.NXT over the FIN, and send an acknowledgment for the FIN.  Note that FIN implies PUSH for any segment text not yet delivered to the user.

SYN-RECEIVED STATE
ESTABLISHED STATE

Enter the CLOSE-WAIT state.

FIN-WAIT-1 STATE

If our FIN has been ACKed (perhaps in this segment), then enter TIME-WAIT, start the time-wait timer, turn off the other timers; otherwise enter the CLOSING state.

FIN-WAIT-2 STATE

Enter the TIME-WAIT state.  Start the time-wait timer, turn off the other timers.

CLOSE-WAIT STATE

Remain in the CLOSE-WAIT state.

CLOSING STATE

Remain in the CLOSING state.

LAST-ACK STATE

Remain in the LAST-ACK state.

[Page 75]



Transmission Control Protocol
Functional Specification

      TIME-WAIT STATE

        Remain in the TIME-WAIT state.  Restart the 2 MSL time-wait
        timeout.

  and return.

Exhibit _____ 1 _____ Page _____ 233

September 1981

Transmission Control Protocol
Functional Specification

USER TIMEOUT

USER TIMEOUT

For any state if the user timeout expires, flush all queues, signal
the user "error:  connection aborted due to user timeout" in general
and for any outstanding calls, delete the TCB, enter the CLOSED
state and return.

RETRANSMISSION TIMEOUT

For any state if the retransmission timeout expires on a segment in
the retransmission queue, send the segment at the front of the
retransmission queue again, reinitialize the retransmission timer,
and return.

TIME-WAIT TIMEOUT

If the time-wait timeout expires on a connection delete the TCB,
enter the CLOSED state and return.



Exhibit____1____Page____234

September 1981

Transmission Control Protocol

[Page 78]

September 1981

Transmission Control Protocol

GLOSSARY

1822
        BBN Report 1822, "The Specification of the Interconnection of
        a Host and an IMP".  The specification of interface between a
        host and the ARPANET.

ACK
        A control bit (acknowledge) occupying no sequence space, which
        indicates that the acknowledgment field of this segment
        specifies the next sequence number the sender of this segment
        is expecting to receive, hence acknowledging receipt of all
        previous sequence numbers.

ARPANET message
        The unit of transmission between a host and an IMP in the
        ARPANET.  The maximum size is about 1012 octets (8096 bits).

ARPANET packet
        A unit of transmission used internally in the ARPANET between
        IMPs.  The maximum size is about 126 octets (1008 bits).

connection
        A logical communication path identified by a pair of sockets.

datagram
        A message sent in a packet switched computer communications
        network.

Destination Address
        The destination address, usually the network and host
        identifiers.

FIN
        A control bit (finis) occupying one sequence number, which
        indicates that the sender will send no more data or control
        occupying sequence space.

fragment
        A portion of a logical unit of data, in particular an internet
        fragment is a portion of an internet datagram.

FTP
        A file transfer protocol.

[Page 79]



Exhibit____1____Page 236

September 1981
Transmission Control Protocol
Glossary


header
          Control information at the beginning of a message, segment,
          fragment, packet or block of data.

host
          A computer.  In particular a source or destination of messages
          from the point of view of the communication network.

Identification
          An Internet Protocol field.  This identifying value assigned
          by the sender aids in assembling the fragments of a datagram.

IMP
          The Interface Message Processor, the packet switch of the
          ARPANET.

internet address
          A source or destination address specific to the host level.

internet datagram
          The unit of data exchanged between an internet module and the
          higher level protocol together with the internet header.

internet fragment
          A portion of the data of an internet datagram with an internet
          header.

IP
          Internet Protocol.

IRS
          The Initial Receive Sequence number.  The first sequence
          number used by the sender on a connection.

ISN
          The Initial Sequence Number.  The first sequence number used
          on a connection, (either ISS or IRS).  Selected on a clock
          based procedure.

ISS
          The Initial Send Sequence number.  The first sequence number
          used by the sender on a connection.

leader
          Control information at the beginning of a message or block of
          data.  In particular, in the ARPANET, the control information
          on an ARPANET message at the host-IMP interface.


[Page 80]


Exhibit___1___Page 237

September 1981

Transmission Control Protocol
Glossary

left sequence
          This is the next sequence number to be acknowledged by the
          data receiving TCP (or the lowest currently unacknowledged
          sequence number) and is sometimes referred to as the left edge
          of the send window.

local packet
          The unit of transmission within a local network.

module
          An implementation, usually in software, of a protocol or other
          procedure.

MSL
          Maximum Segment Lifetime, the time a TCP segment can exist in
          the internetwork system.  Arbitrarily defined to be 2 minutes.

octet
          An eight bit byte.

Options
          An Option field may contain several options, and each option
          may be several octets in length.  The options are used
          primarily in testing situations; for example, to carry
          timestamps.  Both the Internet Protocol and TCP provide for
          options fields.

packet
          A package of data with a header which may or may not be
          logically complete.  More often a physical packaging than a
          logical packaging of data.

port
          The portion of a socket that specifies which logical input or
          output channel of a process is associated with the data.

process
          A program in execution.  A source or destination of data from
          the point of view of the TCP or other host-to-host protocol.

PUSH
          A control bit occupying no sequence space, indicating that
          this segment contains data that must be pushed through to the
          receiving user.

RCV.NXT
          receive next sequence number

[Page 81]

Exhibit____1____Page 238


September 1981
Transmission Control Protocol
Glossary


RCV.UP
        receive urgent pointer

RCV.WND
        receive window

receive next sequence number
        This is the next sequence number the local TCP is expecting to
        receive.

receive window
        This represents the sequence numbers the local (receiving) TCP
        is willing to receive.  Thus, the local TCP considers that
        segments overlapping the range RCV.NXT to
        RCV.NXT + RCV.WND - 1 carry acceptable data or control.
        Segments containing sequence numbers entirely outside of this
        range are considered duplicates and discarded.

RST
        A control bit (reset), occupying no sequence space, indicating
        that the receiver should delete the connection without further
        interaction.  The receiver can determine, based on the
        sequence number and acknowledgment fields of the incoming
        segment, whether it should honor the reset command or ignore
        it.  In no case does receipt of a segment containing RST give
        rise to a RST in response.

RTP
        Real Time Protocol:  A host-to-host protocol for communication
        of time critical information.

SEG.ACK
        segment acknowledgment

SEG.LEN
        segment length

SEG.PRC
        segment precedence value

SEG.SEQ
        segment sequence

SEG.UP
        segment urgent pointer field




[Page 82]



Exhibit_____1_____ Page_239

September 1981

<div align="right">Transmission Control Protocol
Glossary</div>

SEG.WND
        segment window field

segment
        A logical unit of data, in particular a TCP segment is the
        unit of data transfered between a pair of TCP modules.

segment acknowledgment
        The sequence number in the acknowledgment field of the
        arriving segment.

segment length
        The amount of sequence number space occupied by a segment,
        including any controls which occupy sequence space.

segment sequence
        The number in the sequence field of the arriving segment.

send sequence
        This is the next sequence number the local (sending) TCP will
        use on the connection.  It is initially selected from an
        initial sequence number curve (ISN) and is incremented for
        each octet of data or sequenced control transmitted.

send window
        This represents the sequence numbers which the remote
        (receiving) TCP is willing to receive.  It is the value of the
        window field specified in segments from the remote (data
        receiving) TCP.  The range of new sequence numbers which may
        be emitted by a TCP lies between SND.NXT and
        SND.UNA + SND.WND - 1. (Retransmissions of sequence numbers
        between SND.UNA and SND.NXT are expected, of course.)

SND.NXT
        send sequence

SND.UNA
        left sequence

SND.UP
        send urgent pointer

SND.WL1
        segment sequence number at last window update

SND.WL2
        segment acknowledgment number at last window update

<div align="right">[Page 83]</div>

Exhibit ___1___ Page __240__


September 1981

Transmission Control Protocol
Glossary


SND.WND
          send window

socket
          An address which specifically includes a port identifier, that
          is, the concatenation of an Internet Address with a TCP port.

Source Address
          The source address, usually the network and host identifiers.

SYN
          A control bit in the incoming segment, occupying one sequence
          number, used at the initiation of a connection, to indicate
          where the sequence numbering will start.

TCB
          Transmission control block, the data structure that records
          the state of a connection.

TCB.PRC
          The precedence of the connection.

TCP
          Transmission Control Protocol:  A host-to-host protocol for
          reliable communication in internetwork environments.

TOS
          Type of Service, an Internet Protocol field.

Type of Service
          An Internet Protocol field which indicates the type of service
          for this internet fragment.

URG
          A control bit (urgent), occupying no sequence space, used to
          indicate that the receiving user should be notified to do
          urgent processing as long as there is data to be consumed with
          sequence numbers less than the value indicated in the urgent
          pointer.

urgent pointer
          A control field meaningful only when the URG bit is on.  This
          field communicates the value of the urgent pointer which
          indicates the data octet associated with the sending user's
          urgent call.


[Page 84]



Exhibit____1____Page____241

September 1981

                                    Transmission Control Protocol


                              REFERENCES


[1]   Cerf, V., and R. Kahn, "A Protocol for Packet Network
      Intercommunication", IEEE Transactions on Communications,
      Vol. COM-22, No. 5, pp 637-648, May 1974.

[2]   Postel, J. (ed.), "Internet Protocol - DARPA Internet Program
      Protocol Specification", RFC 791, USC/Information Sciences
      Institute, September 1981.

[3]   Dalal, Y. and C. Sunshine, "Connection Management in Transport
      Protocols", Computer Networks, Vol. 2, No. 6, pp. 454-473,
      December 1978.

[4]   Postel, J., "Assigned Numbers", RFC 790, USC/Information Sciences
      Institute, September 1981.



                                                        [Page 85]


Exhibit____1____Page___242___