**EXHIBIT J:**
**Functional Specification for Bank of America Versatel Home Banking System**
**September 2, 1980**

Exhibit ___1___ Page ___243___

FUNCTIONAL SPECIFICATIONS

for

BANK OF AMERICA

VERSATEL HOME BANKING SYSTEM

San Francisco, California

Original — September 2, 1980

H. Shepard
P. Rogers

Systems 1374 & 1375

Latest Pages:   B of A — VHBS
10 October 1980

Total Pages:    40

Exhibit 1 Page 244

# TABLE OF CONTENTS

I.     System Intent

II.    System Overview Description

III.   Hardware Configuration

IV.    Basic Software Configuration

V.     Detailed Caller Dialogue

VI.    Detailed Host Dialogue

VII.   Home Banking Application

VIII.  Call Referral

IX.    Data Base

X.     Special Operator Characteristics

XI.    Attached Documentation

XII.   Responsibilities

XIII.  System Installation and Acceptance

       Specification Acceptance Form

Exhibit ___1___ Page _245_

B of A – VHBS
2 September 1980
Page i

## I.   SYSTEM INTENT

The intent of this system is to provide a turnkey, highly automated, redundant, full time, home banking facility to be a part of the overall Bank of America Versatel Capabilities. The systems described in this document are to be used to provide an audio interface between the B of A customers and the Versatel Data Base. The customer interface will be via the Touch Tone Ⓡ Telephone while the Versatel Data Base will reside in the bank's large host computer facilities in San Francisco and Los Angeles.

The two Periphonics systems described by this document are the "Pilot" stage of a much larger statewide offering of these Versatel home banking capabilities.  Initially, the two systems described will be sited in San Francisco as the pilot project. Later one of the systems is expected to be moved to the Los Angeles area as well as both systems being augmented with cross coupled distributed concentrators in order to offer Versatel Home Banking statewide.

For the purposes of the pilot project the systems are intended to provide a working model of the entire future statewide complex.  This approach to the pilot project will allow an easy transition to the ultimate statewide offering.

The detailed descriptions of the functional areas of the software will be directed toward the long-range goals.  Likewise, the hardware has been so configured.  For these systems and the long-range projected components the overall maintenance will be covered in Master Maintenance Agreement.

B of A — VHBS
8 September 1980
Page 1

Exhibit____1____Page 246

## II.  SYSTEM OVERVIEW DESCRIPTION

The pilot systems being provided are dual T-COMM systems capable of operating simultaneously and independently.  The two systems will be attached to the telephone system via an ACD provided by Bank of America and to the Versatel data bases via serial line interfaces.

The overall pilot configuration is shown in Fig. 1.  Both application processors have access to the San Francisco and Los Angeles data bases.  For the purposes of identification the two systems will be called T-COMM-SF and T-COMM-LA representing their likely final locations. Both systems will reside in SF for the pilot operations but either will be capable of supporting call processing for either data base.

Exhibit____1____Page__247

## II. 1.   The Caller Dialogue Overview

The T-COMM systems will carry out a complete dialogue with the caller in order to collect sufficient information to create a home banking request.  The dialogue extends from the initial answer of the telephone call and the subsequent greetings message to the verification of the entire request and final answer to the caller.

The normal dialogue consists of a series of questions asked by T-COMM and answers provided by the caller using his Touch Tone telephone or pad.

During the dialogue, T-COMM handles error conditions by allowing re-entry of data or ultimately by referral to a human operator.  Other features provided include caller requests for re-entry, for re-starting the request, for repeating the previous statement, for referring the call to a human operator and for terminating the call.

An important part of this dialogue is the thorough checking which accompanies each item entered and the final computations done by T-COMM as part of the overall home banking environment.

Following the dialogue to gather input data for a home banking request, T-COMM will state the final outcome of the request and allow the caller to enter another request without having to call again. The dialogue has a large amount of verification and checking along with repeating of resultant action taken for each request.  This particular approach provides a thoroughly humanized and highly accurate dialogue to meet the needs for accurate data entry when dealing with the general public.

Complete home banking consists of a combination of caller dialogue features which are unique to each type of request by the caller.  The finished home banking request will be processed by the Home Banking Application which may require interaction with the host data base. Finally, the result of the request may be sent to the host for final data base update.

The Home Banking Application will process the following forms of requests:

1.  Bill Payment
2.  Transfer Transaction
3.  Account Balance Inquiry
4.  Confirm Transaction, Date, Etc.
5.  Play Back various data from the session on demand.

Each of the above may have several different sub-forms with the overall objective to provide the customer the widest reasonable range of banking functions from his telephone.

B of A — VHBS
2 September 198
Page 3

Exhibit ____ 1 ____ Page __248__

II.2.    Host Dialogue Overview

Each T-COMM has as host CPU's both the San Francisco and Los Angeles data base systems.  The selection of which to use is based upon the account number provided by the caller in order to address the proper Northern California or Southern California data base.

Once that decision is made, the T-COMM will carry out a dialogue with the appropriate host for the entirety of that customer session. The dialogue will be carried out using the SLU-P SDLC interface for intelligent SNA devices.  This interface is partially defined in an SLU-P specification from B of A dated June 9, 1980.  This connection is made over serial lines and does not use direct channel attachments.

The host dialogue consists of a series of messages which begin each session with T-COMM asking the appropriate host for relevant information concerning the specified account number.  Utilizing the data then provided from the host, T-COMM can pursue an appropriate string of bill payment requests with T-COMM providing to the host the end results of the various payments as they occur.

During the session, some forms of home banking requests such as account-to-account transfers, will require immediate access to additional data base information.  For these cases, special request messages from T-COMM will elicit responses from the host and, when appropriate will update the basic session information block.

When the session is finally complete, T-COMM will send a special "Session Complete" message to the host for its processing. The overall object of the structure chosen is to provide audio response to the calling customer as well as to minimize the processing load on the host and to minimize the host's data base accesses for querry and update.

This host dialogue is carried out through an independent Host Interface Application whose function is to provide a "safe storage" mechanism utilizing the T-COMM discs to assure all messages are properly received by the IMS host.  This application is basically a "store-and-forward" capability with special characteristics which guarantee all transactions for a given customer session will flow to the host and be acknowledged in chronological order.  This "safe storage" allows the customer dialogue and its corresponding host dialogue to operate autonomously slowing down only when necessary to wait for a specific host response and not for all responses.

Exhibit ___1___ Page __249__

II.4.   Referral Overview

        Part of the overall system structure is the ability to refer a
caller to a human operator for any of the following three reasons:

1.  Caller requested referral.
2.  T-COMM sensed trouble and caused referral.
3.  Host requested referral.

        The referral will be carried out through a separately provided
ACD device capable of interfacing between the TELCO Central
Office, the T-COMM Systems and the Referral Operator CRT stations.

        The referral consists of T-COMM signaling the ACD to place the
caller on hold, and connect T-COMM to a referral operator, when connected
the ACD entering the referral station identification, T-COMM stating a short
reason for the referral, signaling the ACD to bridge the caller to the
operator and then making its audio port available for another call.

        As part of this referral activity T-COMM will send the host a
special "Referral Occurred" message in which the station number of the
receiving operator as well as the status of the session to date will
be provided.  Since the host CPU controls the referral CRT's and the
operators, it is intended that the host place all relevant information
on the operator CRT so the reason for the transfer and the data already
entered can be used by the operator to continue the discussion with the
caller without excess repeating of questions already asked by T-COMM.

        The overall emphasis of the referral structure is toward
minimizing the aggravating effects on the caller of a complex referral
technique where he must repeat previously entered data.

B of A — VHBS
2 September 1980
Page 5

Exhibit ___1___ Page __250__

The data base provided with the T-COMM systems is intended to support the large audio vocabulary described in Section V, as well as to log the application transactions which have not been accepted by the host CPU(s).   The intent is to make the dual disc drives on T-COMM a "Safe Storage" mechanism.   In case the host and/or T-COMM cease to operate, the data can be retrieved from disc to be sent to the host for ultimate processing.   For true backup, both discs will be maintained in duplicate form to further assure the "Safe Storage".

The following data will be kept on the dual data base:

1.  Audio Response Vocabulary Data
2.  Current status of each session.
3.  Transactions completed but not processed by the host.
4.  Demo/Test "start of session" blocks.

The transactions completed file must be able to contain multiple sets of fully complete session transactions for a given audio port and/or a given card host.   In addition, one currently active session for each audio line must also be provided which will be constantly updated as the session progresses and will be retrieved by T-COMM at initialization to make sure an "End of Session" message was transmitted.

B of A – VIIBS
2 September 1980
Page 6

11.6.   Operator Command Overview

In order to operate these systems properly, several special operator commands will be provided in addition to the standard array of commands normally available as defined in Periphonics publication #8332013, PERI-COMM Operators Guide for Periphonics' T-COMM with Integrated CPU.

Special commands and associated procedures are described for the following functions:

1. Turning entire system ON.
2. Turning entire system OFF gracefully by finishing each call in progress but accepting no more.
3. Copying disc packs for backup.
4. Clearing working data files.
5. Setting new control values for dialogue and application processing.

These are in addition to the wide range of commands available to control and monitor the entire system resources.

B of A - VHBS
1 August, 1980
Page 7

Exhibit ___1___ Page 252



Figure 1.  Pilot VHBS Configuration.

B of A — VHBS
25 July, 1980
Page 8

The hardware fo these two pilot systems is sted below.
Note that they are identical. The overall configuration can be seen
schematically in Figure 1.

| Item | Quantity | Description |
|------|----------|-------------|
| 1. | 2 | CP40/78 PCC134 Processor with:<br>80KB memory<br>Operator Console<br>78-Line ILU<br>PERI-COMM System Software |
| 2. | 2 | PP40/120 PERIPACS Memory<br>expansion to 240KB total memory |
| 3. | 2 | V-PAC-SS-576 Solid State Audio<br>consisting of 288 seconds (approximately<br>576 half-second words) of vocabulary. |
| 4. | 2 | DiscPac disc controller and 60MB disc<br>drive |
| 5. | 2 | Additional 60MB disc drives |
| 6. | 10 | SDLC LIM's for T-COMM to T-COMM and<br>links to DTC's |
| 7. | 4 | SDLC LIM's for host synchronous interfaces |
| 8. | 16 | Delta three LinePacs for total of 60<br>audio response lines with<br>403 data set modems |

As shown in Figure 1., the two systems in the Pilot Configurations
will be sited in San Francisco and will be supported by a Bank of America
provided ACD and 1001D or equivalent Data Access Arrangements. Note
the DAA's must be properly chosen by Bank of America to match the ACD and
T-COMM requirements and are expected to have line current status indicators
for ACD to T-COMM signalling of customer or agent disconnect.

Exhibit____ Page 254

# IV. BASIC SOFTWARE CONFIGURATION

The two systems T-COMM-SF and T-COMM-LA are identical. Their software SYSGEN configuration is shown in the following table.

| Function | Line Number | Terminals |
|---|---|---|
| System Control | 0 | 0 |
| Special Application Tasks (ID's defined by SYSGEN) | 0 | 1-n |
| Audio Ports | 1-24 | 1 |
| Future Audio Ports | 25-59 | 1 |
| SDLC T-COMM-to-T-COMM Link Line | 60 | 1 |
| SDLC T-COMM-to-DTC Link Lines | 61-64 | 1 |
| Future Link Lines | 65-69 | 1 |
| Host SLU-P Interface (SF) | 70 | 1-2 |
| Host SLU-P Interface (LA) | 71 | 1-2 |
| Future Host Emulations | 72-79 | 1 |
| T-COMM Operator Console | 80 | 1 |
| Disc Drives | 81 | 1-2 |

Exhibit____1____ Page __955__

| FEATURES | DEFAULT | CHOICE |
|---|---|---|
| Send overflow to host | No | YES |
| Discard input if timeout occurrs | No | YES |
| 1 byte or 2 byte vocabulary | 1 byte | 2 |
| Type of keyboard (12,16,64) | 16 | 12 |
| Initial input timeout (T1) | 10 seconds | 136 |
| Inter-character timeout (T2) | 5 seconds | 174 |
| Total transaction timeout (T4) | 5 minutes | 513 6 |
| "Please hold on" timer | 20 seconds | 20 10 |
| Maximum input time per complete message (T5) | 32 seconds | 10 6 |
| Minimum input size (N1) | 1 byte | 0 |
| Maximum input size (N2) | 48 bytes | 48 |
| Maximum output size | 100 bytes | 48 |
| Message terminator (up to 4 characters) | # | # |
| Repeat previous output (up to 4 characters) | ** | ** |
| Cancel input (up to 4 characters) | *# | *# NONE |
| Backup one input character (up to 4 characters) | *0* | NONE |

STATUS (0 - status returned; 1 - no status)



| 1 1 1 1 1 1 1 1 0 0 0 0 0 0 0 |

- Output Failure
- Input Failure
- Illegal Line/Terminal
- Connect Occurred
- Disconnect Occurred
- Timeout Occurred
- Data Buffer Overflow
- End-of-File Occurred
- Quiescent State
- Data Input Expected
- Waiting for Application Response
- Waiting for Output Complete
- Waiting for Disconnect Interrupt
- Illegal Interrupt
- Bad Data Field
- Retries Exhausted

| SPECIAL FEATURES | DEFAULT | CHOICE | |
|---|---|---|---|
| Number of bytes to strip from front of message (0-7) | None | 0 | |
| Number of bytes to strip from end of message (0-3) | None | 0 | B of A- |
| Number of bytes to strip add back to end of message (0-3) | None | 0 | 1 Aug. Page |

Exhibit __1__ Page 256

This section normally describes the details of the dialogue carried out between T-COMM and the caller. That dialogue takes the form of statements and questions spoken by T-COMM and answers entered by the caller who presses the touch-tone buttons on the telephone or attached keypad. Note that acoustically coupled devices are <u>not</u> warranted to operate properly.

For entry, the T-COMM listens to the tones created by the caller pressing the buttons on the telephone. These tones are converted to the numerals 0 to 9 and the control characters (*) and (#). The (#) is universally used to signal that all data have been entered and T-COMM is to process them. Thus, <u>all</u> entries must be terminated in (#) e.g. 1234#.

The dialogue is guided by two separate control functions. The first are a series of request codes used by the caller to identify the type of transaction or enquiry desired. These are identified by the form *N#. Following each request code a separate dialogue is used to gather the data necessary for that request.

In addition to request codes, a separate set of special control commands are used to alter the flow of the dialogue and, depending upon their function, may be used at any time within a dialogue stream, not only when a request code is expected. These commands are:

V.1. #    —    Input data string terminator used after <u>every</u> data entry. When used alone it customarily is taken to be a positive acknowledgement to the previous question.

V.2. **   —    Requests T-COMM to repeat last spoken message. It may be used only at the beginning of input data otherwise may be considered as part of input information.

Be aware that these special commands are a part of the audio protocol and not part of the application programs. This means these features are automatically available to the caller from the T-COMM or from a future DTC without knowledge or involvement of the application tasks or host CPU.

The details to be followed for error processing and dialogue flow are described in the Bank of America TPB Front End Roll. In this case it would be redundant and error prone to describe them again here.

B of A — VHBS
2 September 1980
Page 12

Exhibit     1     Page     257

| ITEM NUMBER | CUSTOMER WORD LIST | COMMENTS |
|---|---|---|
| 000 | :44 second pause | 3 streams |
| 001 | One | |
| 002 | Two | |
| 003 | Three | |
| 004 | Four | |
| 005 | Five | |
| 006 | Six | |
| 007 | Seven | |
| 008 | Eight | |
| 009 | Nine | |
| 010 | Ten | |
| 011 | Eleven | |
| 012 | Twelve | |
| 013 | Thirteen | |
| 014 | Fourteen | |
| 015 | Fifteen | |
| 016 | Sixteen | |
| 017 | Seventeen | |
| 018 | Eighteen | |
| 019 | Nineteen | |
| 020 | Twenty | |
| 021 | Thirty | |
| 022 | Forty | |
| 023 | Fifty | |
| 024 | Sixty | |
| 025 | Seventy | |
| 026 | Eighty | |
| 027 | Ninety | |
| 028 | Hundred | |
| 029 | Thousand | |
| 030 | Million | |
| 031 | Zero | |
| 032 | Dollars and | |
| 033 | Dollars | |
| 034 | Dollar | |
| 035 | And | |
| 036 | Cents | |
| 037 | Cent | |
| 038 | .28 second pause | 2 streams |
| 039 | .14 second pause | 1 stream |

B of A — VHBS
1 August, 1980
Page 13

VOCABULARY

| ITEM NUMBER | CUSTOMER WORD LIST | MESSAGE RESPONSE | COMMENTS |
|---|---|---|---|
| 040 | Thank you for calling | Thank you for calling (Bank of America's Versatel Home Banking) | |
| 041 | Bank of America's Versatel Home Banking | (Thank you for calling) Bank of America's Versatel Home Banking | |
| 042 | Please enter | Please enter (your Versatel number) | |
| 043 | Your Versatel number | (Please enter) your Versatel number | |
| 044 | Your password | (Please enter) your password | |
| 045 | Processing date for this call is | Processing date for this call is (April 12) | Rev. A |
| 046 | Enter | Enter (request code) | |
| 047 | Request Code | (Enter) request code | |
| 048 | For assistance please call toll free | For assistance please call toll free (800-567-1000) | |
| 049 | Merchant code | (Enter) merchant code | Rev. B |
| 050 | Amount | (Enter) amount | |
| 051 | Confirm if current day | Confirm if current day (or enter day of month) | |
| 052 | Day of month | (Enter) day of month | |
| 053 | Pay merchant | Pay merchant (66 amount of $&¢) | Rev. A |
| 054 | Amount of | (Pay payee 66) amount of ($&¢) | |
| 055 | Processing date is | Processing date is (January 11) | |
| 056 | Please confirm | | |
| 057 | Our next business day | (Processing date is July 7) our next business day | |
| 058 | Transaction number | Transaction number (98 accepted) | |
| 059 | Accepted | (Transaction number 98) accepted | |

B of A - VHBS
29 September 1980
Page 14

Exhibit ____ Page 259

<u>VOCABULARY</u>

| ITEM NUMBER | CUSTOMER WORD LIST | MESSAGE RESPONSE | COMMENTS |
|---|---|---|---|
| 060 | Transaction cancelled | | |
| 061 | Transfer from account code | (Enter) transfer from account code | Rev. A |
| 062 | Transfer to account code | (Enter) transfer to account code | Rev. A |
| 063 | Transfer from | Transfer from (checking account 9) | |
| 064 | Checking | (Transfer from) checking (account 9) | |
| 065 | Savings | (Transfer from) savings (account 3) | |
| 066 | MasterCard | (Transfer from) MasterCard (account 1) | |
| 067 | VISA | (Transfer from) VISA (account 4) | |
| 068 | Account | (Transfer from VISA) account (123) | |
| 069 | To | (Transfer from VISA account 3) to (checking account 1) | |
| 070 | Transferred funds not immediately available | | Rev. A |
| 071 | 1 stream pause | D:000 | Rev. A |
| 072 | Please confirm to complete transfer | | Rev. B |
| 073 | Balance is | (MasterCard account 45) balance is ($&¢) | |
| 074 | Amount available for use is | Amount available for use is ($&¢) | |
| 075 | Outstanding balance for | Outstanding balance for (VISA account 68 is $&¢) | |
| 076 | Is | (Outstanding balance for VISA account 68) is ($&¢) | |

B of A — VHBS
29 September 1980
Page 15

## VOCABULARY

| ITEM NUMBER | CUSTOMER WORD LIST | MESSAGE RESPONSE | COMMENTS |
|---|---|---|---|
| 077 | No transactions accepted | | |
| 078 | Please complete to cancel | Please complete or cancel (transaction in progress) | |
| 079 | Transaction in progress | (Please complete or cancel) transaction in progress | |
| 080 | Please confirm for more playbacks | Please confirm for more playbacks. | Rev. A |
| 081 | 1 stream pause | D:000 | Rev. A |
| 082 | Or | (Please confrim if you want to playback more transactions) or (enter request code) | |
| 083 | Error | | |
| 084 | Please stay on line | | |
| 085 | An operator will assist you | | |
| 086 | No record of payee | No record of payee (123 for you) | |
| 087 | For you | (No record of payee 123) for you | |
| 088 | Amount exceeds six digits | | |
| 089 | We're sorry | We're sorry (Bank of America Versatel Home Banking is Temporarily unavailable | |
| 090 | Bank of America's Versatel Home Banking | Bank of America's Versatel Home Banking (is temporarily unavailable) | |
| 091 | Is temporarily un-available | (Bank of America's Versatel Home Banking) is temporarily unavailable | |
| 092 | Not a correct request code | | |
| 093 | Not a correct payee code | | |

B of A – VHBS
29 September 1980
Page 16

Exhibit____1____ Page 261

## VOCABULARY

| ITEM NUMBER | CUSTOMER WORD LIST | MESSAGE RESPONSE | COMMENTS |
|---|---|---|---|
| 094 | Amount is larger than payment limit | | |
| 095 | Please confirm or cancel transaction | | |
| 096 | No record of account | No record of account (99) | |
| 097 | Transfers from credit card accounts | Transfers from credit card accounts (to savings not accepted) | |
| 098 | From and to account codes are the same | | |
| 099 | Please use request code one | Please use request code one (to make payment to credit accounts) | |
| 100 | To pay credit accounts | (Please use request code one) to pay credit accounts | |
| 101 | Amount exceeds eight digits | | |
| 102 | Balance information not available | | |
| 103 | Account code | (Enter) account code | |
| 104 | Please confirm or cancel | Please confirm or cancel (transaction in progress) | |
| 105 | Playback cancelled | | |
| 106 | Please hold on | | |
| 107 | Your transaction is being processed | | |
| 108 | Possible error | | |
| 109 | Thank you for calling | | |
| 110 | Hours are | (Bank of America's Versatel Home Banking) hours are (6 a.m. to midnight) | |
| 111 | 6 a.m. to midnight | (Bank of America's Versatel Home Banking hours are) 6 a.m. to midnight | |

B of A – VHBS
29 September 1980
Page 17

Exhibit____1____ Page 262

## VOCABULARY

| ITEM NUMBER | CUSTOMER WORD LIST | MESSAGE RESPONSE | COMMENTS |
|---|---|---|---|
| 112 | Touchtone 1 | | |
| 113 | Touchtone 2 | | |
| 114 | Touchtone 3 | | |
| 115 | Touchtone 4 | | |
| 116 | Touchtone 5 | | |
| 117 | Touchtone 6 | | |
| 118 | Touchtone 7 | | |
| 119 | Touchtone 8 | | |
| 120 | Touchtone 9 | | |
| 121 | Touchtone 0 | | |
| 122 | Touchtone * | | |
| 123 | Touchtone # | | |
| 124 | 2025 Hz tone, 1 second | | |
| 125 | Overdrawn | (Checking account balance is) overdrawn ($&¢) | |
| 126 | January | | |
| 127 | February | | |
| 128 | March | | |
| 129 | April | | |
| 130 | May | | |
| 131 | June | | |
| 132 | July | | |
| 133 | August | | |
| 134 | September | | |
| 135 | October | | |
| 136 | November | | |
| 137 | December | | |

B of A — VHBS
29 September 1980
Page 18

Exhibit____1____ Page __263__

VOCABULARY - FIRST TIER MERCHANTS

TO BE PROVIDED BY BANK OF AMERICA

Exhibit ___1___ Page 264

## DIALOGUE PARAMETER CONTROL TABLE

This table contains items relevant to the process of the dialogue verification and subsequent processing of the request. This table is not inclusive and other items may be added either by the Bank or Periphonics. The items in this table will be readily modifiable by operator console command and thus may be controlled directly by Bank of America to direct the dialogue and processing techniques.

| Item | Default | Allowable Maximum |
|------|---------|-------------------|
| 1. Versatel Number Length | 9 | 19 |
| 2. Password Length | 4 | 10 |
| 3. Payee Code Max | 6 | 10 |
| 4. Transfer Lower Limit | 1 | $ 100 |
| 5. Payment Lower Limit | 1 | $ 100 |
| 6. VHB Start Hour | 6 | 24 |
| 7. VHB Last Hour | 24 | 24 |
| 8. Illegal Error Count Max Per Session | 3 | 10 |
| 9. Session Time Max Minutes | 15 Minutes | 60 |
| 10. Consecutive Customer Character Timeouts Per Entry | 3 | 10 |
| 11. Consecutive Field Error Counts Allowed Per Entry | 4 | 10 |
| 12. Transaction Time Max Minutes | 3 Minutes | 10 |
| 13. Session Key Max | 9999 | 32767 |
| 14. Host Timeout Max | 60 sec | 180 |
| 15. Please-Hold-On Timeout | 12 sec | 100 |

B of A — VHBS
8 September 1980
Page 20

DIALOGUE PARAMETER CONTROL TABLE (continued)

| Item | Default | Allowable Maximum |
|------|---------|-------------------|
| 16. VCN/Password Error Max Per Session | 5 | 100 |
| 17. Playback Transaction Count | 4 | 100 |
| 18. Consecutive Negative Confirmation Entries Allowed | 4 | 10 |
| 19. Account Code Max | 2 | 10 |
| 20. Service Start-up Time (24-hour clock) | 6 | 24 |
| 21. Service Ending Time (24-hour clock) | 24 | 24 |
| 22. Max Referral Time in seconds | 60 | 600 |

This list is expected to continue.

B of A — VHBS
15 September, 1980
Page 21

Exhibit ___1___ Page 266

# VI.   DETAILED HOST DIALOGUE

The various dialogues with the caller result in special requests for processing which in turn result in a variety of requests and a dialogue between T-COMM and the host CPU.

The dialogue is carried out over serial linkages utilizing the SDLC SLU-P interface to IMS in the host CPU's.  The interface provides for message integrity as well as full duplex SDLC operations.  The varient of SLU-P to be used is partially described in the B of A SLU-P Specification (June 9, 1980).

The actual flow of messages is documented in the "TBP Message Flow Overview".  This document shows the necessary messages as they relate to the various pieces of dialogue processing.

The actual message formats for each type of interaction from the first "Beginning of Session" through the various query and trans-action types to the "Referral Notification" and finally the "End of Session" are being agreed upon at this time and will be included as an appended document "TBP Message Formats".

In addition to the home banking requirements, the host CPU can and should utilize the extensive standard system control commands available by writing messages to the terminal known as "System Control". The important requirements include setting the T-COMM Date and Time. Be aware that messages to the T-COMM system control section often result in responses which the host must be prepared to accept.

The anticipated host control functions are described in the Bank of America TBP System Command Processing document.

Likewise, the host may utilize the terminal known as "Operator Console" to place messages on the hardcopy console log record.

## VI.1.   HOST INTERFACE CONTROL APPLICATION

This application will accept messages from the caller dialogue application and provide the access for those messages to the host CPU. It will follow the logic described below for passing these messages.

VI.1.  HOST INTERFACE CONTROL APPLICATION (continued)

This application will use a pool of availale LTERMS (IMS logical terminals) for sending messages to the host. Note that each time an LTERM is used it must not be re-used until IMS sends a response.

The messages from a session must be sent and processed in chronological order. This means a response will be required from the transmission of one message before another from that session can be sent.

Each session with its associated messages is an independent entity and is not affected by other sessions either complete and on disc or in process. Thus, for a given audio line multiple sessions can have occurred for separate or the same card host(s).

This host interface program will provide the regulation for passing messges from both active and completed sessions in chronological order per session with active sessions having priority over completed sessions.

Access to the host will be via the direct line to the required host from this T-COMM. If the line is not being polled T-COMM will attempt to send via the other T-COMM. Finally, if neither can reach the host, the request must be left on disc to be sent later or cancelled.

This application program will receive all host messages and utilize them to properly regulate the flow to the LTERM pool. In addition, it knows nothing of the customer dialogue and home banking application processing and will merely send any host messages containing data to that application.

In addition, the session data on disc must be controlled by this application. As the transactions are processed they are deleted and ultimately the disc area returned for re-use.

Note that the customer dialogue Application utilizes the same disc storage area to place transactions to be sent. This means that application can overwrite and cancel data to be sent when appropriate.

This application must provide a true "store-and-forward" environment by session assuring that the T-COMM discs are indeed a "safe storage".

B of A — VHBS
2 September 1980
Page 23

## VII.   HOME BANKING APPLICATION

This application provides the interface between the caller dialogue and the host CPU interface. It is to process the various requests creating responses to the caller and messages to the host.

This application will automatically handle the following processing without additional host intervention other than notification.

### VII.1.   Standard Bill Payments to Merchants

The processing here includes checking the amount available for use vs. the requested payment amount. If adequate, T-COMM will reduce the amount available for use, adjust the balance and provide the caller and the host with a positive statement. If not adequate, the caller will be declined.

### VII.2.   Balance Enquiry on the Bill Payment Account

In this case T-COMM already has the data from the "Beginning of Session" host response and can handle the request directly.

### VII.3.   Playback of Prior or All Payments or Transfers

This application will format and send responses to the caller for the previous activities without host intervention.

### VII.4.   Request for Assistance

This request will be executed by the Referral Application (Section VIII.) with a notification sent to the card host.

### VII.5.   Cancel Transaction and Termination of Call

This application will provide these functions and supply the host with an "End of Session" message.

### VII.6.   Account Balance Enquiry

For this request the host will be sent a "Balance Enquiry" request and the response will be used for a caller message.

B of A – VHBS
2 September 1980
Page 24

Exhibit ___1___ Page 269

## VII.7.  Transfer Transactions

For transfers a rather involved interaction between the T-COMM and the host ultimately produces a further response from the caller and possible reversal of the transfer.  The overall message flow can be seen in "TBP Message Flow Overview".  This action may also result in a new "Account Status" message to T-COMM if the funding account is involved.

## VII.8.  Demonstration and Test-Mode Operations

An application demonstration and test-mode of operation will be implemented as a separate task which will be resident in T-COMM and act as a third host along with San Francisco and Los Angeles. To access this demonstration application, the caller will enter customer number 9999999XX. This number will be recognized and all requests sent to the "Demo Host". This host (application) will respond with preformatted messages for "Beginning of Session".

With the "Beginning of Session" response, T-COMM can process all normal bill payments, funding account enquiries, playback requests and special commands.  It will also be able to handle transfers or balance enquiries outside the funding account.

The form of the preformatted response will be placed here as soon as the format is defined and the initial values decided upon.

The demo program will utilize the Demo/Test file on disc to keep the preformatted responses for up to 100 possible cases.  Each case will be uniquely identified by the customer number which will range from 99....00 through 99....99.

The host CPU can define the demo operations by the pre-formatted blocks to the Demo host program who will in turn write the date to disc for future use.

# VIII.  CALL REFERRAL

Referral can occur because the caller requests it (*0#), because the T-COMM dialogue processing finds too many errors and/or retries, or the host CPU can specify it.  When a referral occurs, T-COMM will undergo the following sequence of events.

VIII.1.  The caller will be instructed to please hold on for an assistance operator.

VIII.2.  T-COMM will signal a "hook flash" which causes the ACD to place the original caller on "hold" and connects the T-COMM line to an available referral operator.

VIII.3.  The operator will answer and the ACD will signal to T-COMM the referral station number (NNNN#).

VIII.4.  That number will be validated by T-COMM and T-COMM will tell the operator the reason for the referral (See Bank of America VHB Functional Specification).

VIII.5.  T-COMM will then hang up to cause the caller/agent connection during the referral.

VIII.6.  T-COMM will send the local host a "Notice of Referral" message giving it all available information for the current transaction.

VIII.7.  It is expected the host will place on the CRT screen an appropriate format for use by the operator.

VIII.8.  In the event no operator is available within the specified time, the T-COMM will hang up and send "End of Session" indicating no operator connection.

The formats of the various host messages are described in the Bank of America TBP Message Format document.

## IX.    DATA BASE

The data base for each system will consist of dual discs containing identically written data to assure the use of the T-COMM as a "Safe Storage" device.  Disc drive 0 will be the primary unit and drive 1 the backup.  Note that if drive 0 cannot be read, the data will be retrieved from drive 1 and a console and host error message generated of the form:

"T-COMM-SF1 PRIMARY DISC 0 ERRORS."

The data contained on the discs will consist of the following components:

### IX.1.  Audio Vocabulary

The audio vocabulary will be stored on the disc and the PERI-COMM system will automatically load it whenever the system is initialized.  This file will be sequential in nature and will be read through to load the audio vocabulary into the solid state audio memory.

### IX.2.  Current Operating Status

This file will be a direct access file in which the current operating status for each session is kept (for example, in blocks 1 - 24 to match the corresponding audio line numbers).  Contained in each block will be the data from the host "Start of Session" response, as well as a record of each completed transaction for use in recall requests.  As necessary these blocks shall be linked together to provide more transaction space.  Finally, the block will contain the current state of the session in order that recovery can read the data and provide the host all unsent transactions and a proper "End of Session".  Note again that it is essential that the order of transaction messages to the host be kept in chronological order.

In this file provision will be made for the case where previous sessions have been terminated, but the host still has not accepted all the T-COMM transactions for those sessions, and a new session has started for this line.  The new session may be directed to the same or different host and will take priority over completed old sessions.

## IX.3.  Host Transactions

The host transactions including the "End of Session" transaction must be maintained in chronological order to be passed to the host as soon as it is available.  For this purpose a third and forth file may be required in order to hold these transaction data which have not been sent.

The detailed software design may find it more appropriate (and a reduction in disc accesses) to combine these transactions with the operating status file.

## IX.4.  Demo/Test File

The data base will be allocated to provide up to 100 demo/test "start of session" blocks for use by the Demo Host Program.

In all the above files the record definition will be provided in this section.

B of A — VIIBS
1 August, 1980
Page 28

Exhibit ___1___ Page 273

X.   SPECIAL OPERATOR CHARACTERISTICS

Several special operator commands will be provided to aid in the operational simplicity of these systems.

| | |
|---|---|
| *ON | Turns ON all audio activities. |
| *OFF | Runs down system gracefully by turning off all audio lines at the end of each current session. |
| *COPYn | Used to copy a disc pack on drive n to the other drive. |
| *CLEAR DISC | Used to clear all working disc files. |
| *DPCTn = XXX | Used to reset values in the Dialogue Parameter Control Table. |

These commands may be used to gracefully take a system off line, to recover a faulty disc pack, to initialize a system from the beginning or to change the dynamic contents of the processing parameters.

These special commands produce some responses such as:

DISC COPY COMPLETE

or    SYSTEM QUIESCENT

or    SYSTEM IN OPERATION

These special operator characteristics are not complete, more will probably be identified.

B of A — VHBS
2 September 1980
Page 29

Exhibit ___1___ Page __274__

# XI. ATTACHED DOCUMENTATION

The following list of documents provide specific details for various portions of the T-COMM systems and some are specifically referenced elsewhere in this document. These documents are directly attached as part of this functional specification including both the described capabilities and limitations.

| | |
|---|---|
| 8132042A | PERI-COMM VOICEPAC 2000<br>Audio Response Support |
| 813002A | PERI-COMM Host Utilities<br>Operational Guide |
| 8234001A | T-COMM Pre-Installation Site<br>Preparation Manual |
| 8234003 | Preparing For Your Periphonics Installation |
| 8332013 | PERI-COMM Operators Guide for<br>Periphonics' T-COMM with Integrated CPU |
| Bank | Bank of America VHBS Functional Specification<br>Revised June 27, 1980 |
| Bank | TBP Message Flow Overview<br>Rev. 2.1 (complete)<br>May 20, 1980 |
| Bank | TBP System Command Processing Overview<br>Rev. 1.0 (Draft)<br>July 15, 1980 |
| Bank | TBP Message Flow — Automatic Call<br>Distributor Roll<br>Rev. 1.5<br>July 24, 1980 |
| Bank | TBP Front End Role<br>Customer Interface<br>Rev. 1.0 (draft)<br>July 25, 1980 |

B of A — VHBS
8 September 1980
Page 30

Exhibit 1 Page 275

XI.   ATTACHED DOCUMENTATION (continued)

Bank                                TBP Message Diagrams
                                    Multiple Hosts
                                    Rev. 2. 0  (Complete)
                                    May 6, 1980

Bank                                SLU-P Specification
                                    Rev. 1.0 (partially complete)
                                    June 9, 1980

Exhibit __1__  Page 276.

## XII.  RESPONSIBILITIES

As with any large-scale system installation, many responsibilities must be clarified to avoid unintentional loss of action or misunderstandings of the roles of the participants involved.  For this system, three different groups will share responsibilities as shown in the following partial listings.

### Periphonics Responsibilities

1.  Manufacture and deliver the T-COMM hardware described.
2.  Create the combination of standard and special T-COMM software required.
3.  Install the T-COMM hardware at the San Francisco site.
4.  Install, test and demonstrate the T-COMM software.
5.  Provide all associated Periphonics documents and hold training courses for Bank of America personnel.
6.  Complete System Acceptance Checklist.

### Bank of America Responsibilities

1.  Provide adequate site for the systems including all required utilities and in conformance with Periphonics' environmental requirements.
2.  Purchase and install appropriate DAA terminations for T-COMM and ACD use.
3.  Provide modems and cables for connections to San Francisco and Los Angeles host computers.
4.  Install host IMS interface capability (SLU-P).
5.  Write host IMS Application tasks.
6.  Provide adequate test time with host CPU's.
7.  Interface with ACD manufacturer for joint testing of referral.
8.  Arrange for referral oprators and their stations.
9.  Arrange for training class to avail Bank of America of Periphonics' personnel being on site.
10. Complete System Acceptance Checklist.

Exhibit ____1____ Page _277_

ACD   ınufacturer Responsibilities

1. Connect ACD to Bank-of-America provided DAA's which in turn interface to T-COMs.
2. Write required ACD software.
3. Interface with Periphonics for joint testing of referral..

B of A – VHBS
2 September 1980
Page 33

XIII.   SYSTEM INSTALLA.  N AND ACCEPTANCE

System installation and testing will be carried out jointly be Periphonics and Bank of America personnel.  This period normally requires about a week or so to get all loose ends cleaned up.  The following descriptions are a checklist of tests to be performed.  These items are summarized in the accompanying System Acceptance Checklist.  As each item is verified authorized representatives of Bank and Periphonics should initial and date the successful conclusion of that step.  Final completion of all entries will represent acceptance of the system at that phase.   The installation and testing and acceptance procedures are at a general high level and the Bank and Periphonics will establish mutually agreed upon detailed definitions before the installation of the Equipment.

B of A — VHBS
10 October 1980
Page 34

Exhibit   1   Page 279

| SPECIAL CHECKPOINTS FOR SYSTEM INSTALLATION | ANTICIPATED COMPLETION DATES |
|---|---|
| 1. Install first T-COMM with limited software and vocabulary and shakedown. | December, 1980 |
| 2. Test Collins interface and referral. | January, 1981 |
| 3. Load and certify full vocabulary and software. | March, 1981 |
| 4. Test the host interface, all vocabulary, SLU-P application code, system code and the network. | July, 1981 |
| 5. Install second T-COMM and shakedown. | July, 1981 |
| 6. Test T-COMM interface, redundancy, overall network and stress testing. | August, 1981 |

B of A — VHBS
10 October 1980
Page 35

INSTALLATION, TESTING AND ACCEPTANCE PROCEDURES

III.1.   Site preparation must include all utilities and space for the computers as defined in the Pre-Installation Preparation Manual.  In addition a convenient touch-tone telephone and work table or desk will be required next to the computers.

XIII.2.  T-COMM. — San Francisco hardware will be assembled along with cabling to San Francisco and Los Angeles host CPU.  Also audio port cabling to Bank of America provided DAA's will be installed.

XIII.3.  Hardware Diagnostics will be run to verify integrity of T-COMM — San Francisco:

> CPU
> Memory
> Disc Subsystems
> Audio Ports
> T-COMM and DTC Linkages

XIII.4.  Periphonics personnel will install limited PERI-COMM software including referral support for testing.

XIII.5.  Audio lines will be placed in test mode for verification of hardware/software integrity.

XIII.6.  Test Collins ACD interface and referral operations.

XIII.7.  Periphonics will load full vocabulary software and certify its operations against the demo/test capabilities.  Up to this point no host CPU is required.

During these tests, verify all supported features being sure to test all error paths at each and every step.  Pay special attention to any differences between test/demo operations and the real host CPU case.

Exhibit _____ Page _28)

XIII.8.    Bank of America personnel will install SLU-P support
           with IMS for interfacing to T-COMM.

XIII.9.    Bring up host CPU SLU-P, IMS and VHB applications and
           test all host CPU interactions and message structures.
           Test the host interface, all vocabulary dialogue, SLU-P
           message flow, application code, PERI-COMM and host system
           code and the network operations.

XIII.10.   Install T-COMM-LA hardware.

XIII.11.   Run full diagnostics as with T-COMM-SF.

XIII.12.   Install and operate PERI-COMM software from T-COMM-SF
           system.

XIII.13.   Test dual-system interface, redundancy, overall network
           activity and system load (stress) limits.

XIII.14.   Save the operating system on six (6) floppy diskettes.
           Two are to stay with each system and two are to be
           returned to Periphonics.

XIII.15.   Document thoroughly all changes giving a copy to the
           customer, to the on-site listing and to the Periphonics
           office.

XIII.16.   Hold customer training sessions as required reviewing:

                System Operator Console Commands

                System Statistical Print-Out and Analyses

                System Error Message Interpretation

                System Power Up/Power Down and Other
                  Operating Procedures

                System Test-Mode Procedures

                System Diagnostic Capabilities

                Demo/Test Capabilities

                Referral Operator Interfaces

                All Documentation

XIII.17.   Sign final Acceptance and return with signed copy.

B of A — VHBS
15 September, 1980
Page 37

## SYSTEM ACCEPTANCE CHECKLIST

| Item | Periphonics | B of A | Date |
|------|-------------|--------|------|
| 1. Site Preparation Complete | | | |
| 2. T-COMM - San Francisco Hardware Assembled | | | |
| 3. T-COMM - San Francisco Diagnostics Run | | | |
| 4. Initial PERI-COMM and Referral S.W. | | | |
| 5. Audio Lines Tested | | | |
| 6. Referral/ACD Operations Tested | | | |
| 7. Full Vocabulary Software Certified | | | |
| 8. SLU-P and IMS Installed | | | |
| 9. Host Interface and Applications Tested | | | |
| 10. T-COMM - Los Angeles Hardware Installed | | | |
| 11. T-COMM - Los Angeles Diagnostics Run | | | |
| 12. T-COMM - Los Angeles Software Tested | | | |
| 13. Dual-System and Stress Tests Run | | | |
| 14. System Saved on Discs | | | |
| 15. Changes Documented | | | |
| 16. Training Session Held | | | |

VHBS PILOT SYSTEM ACCEPTED

BANK OF AMERICA                          PERIPHONICS CORPORATION

By:_____                   By:_____

Date:_____                   Date:_____


B of A - VHBS
15 September, 1980
Page 3B

Exhibit  1  Page 283

SPECIFICATION AGREED TO:

APPROVED: _____ Bank of America _____

AUTHORIZED REP.: _____ *Dale Selig* _____

TITLE: _____ Vice President _____

DATE: _____ 10/16/80 _____


APPROVED: _____ PERIPHONICS CORPORATION _____

AUTHORIZED REP.: _____ *S. Thomas Emerson* _____

TITLE: _____ President _____

DATE: _____ October 17, 1980 _____

Exhibit ___1___ Page 284

**EXHIBIT K:**
Moosemiller, "AT&T CONVERSANT I Voice System", Speech Technology, Mar/Apr 1986

88

# AT&T's CONVERSANT™ I Voice System

*This new voice response system, with its many telephone trunk interfaces, is targeted for the growing market of automated information services uses.*

## John P. Moosemiller

*Member of Technical Staff*
*AT&T Bell Laboratories*
*Columbus, OH*

IN SEPTEMBER 1985, AT&T Conversant Systems introduced the CONVERSANT™ I Voice System, a voice response and speech recognition product for the growing market of automated information services. This system accesses data bases via the public telephone network. Telephones, rotary or touch-tone, can become instant terminals eliminating the need for costly computer peripherals and providing easy availability.

The CONVERSANT I has many speech capabilities. Callers access the system through touch-tone signals, speaking isolated words and connected digit strings, or by using modems and data terminal equipment. The system responds with high-quality, natural-sounding speech using an advanced speech coding algorithm developed by AT&T.

CONVERSANT I applications include the following broad areas of information dissemination:

■ financial services
■ credit authorization
■ wholesale and retail distribution
■ sales order entry
■ direct marketing
■ transportation scheduling and dispatching
■ college registration
■ communication services

### Hardware Architecture

The hardware architecture for the CON-VERSANT I is flexible, expandable, and modular. It allows one to economically configure just the necessary voice channel capabilities. Additionally, the system controller and the voice switch can allocate speech processing units as needed, thus time-sharing them. For example, a catalog service user may log in with tone or speech recognition, download accumulated orders from a hand-held terminal to a system modem, leave a voice message for a supervisor via the real-time voice coder, and finally dial an attendant dispatcher, all within one use. It can be packaged from four to 80 channels.

The controller (Fig. 1) executes system software under the UNIX™ operating environment. Through this, local control of transactions is accomplished, along with substantial off-loading of host processing. Winchester disks provide ample storage for local data bases, coded speech, and system software. For reliability, these disks may be duplicated. Multiple data communication ports provide common data link protocols, including IBM 3270 BSC and SNA, and asynchronous ASCII TTY. The system controller communicates to intelligent and relatively autonomous speech subsystems via the IEEE 488 General Purpose Interface Bus (GPIB).

An internal voice switch supports the bridging of speech units to each incoming voice channel. One-to-many connections are possible. Four-wire continuity is preserved, permitting speech units to separately modify the signal gain for incoming and outgoing voice channels. The voice switch (Fig. 1) is the key to real-time allocation of speech processing hardware, which occurs under direction of the system controller via the GPIB. Simple system configurations, however, can make the voice switch unnecessary. For example, Fig. 1 shows voice response units directly connected to incoming trunk channels. Any speech processing units may be optionally bridged to incoming calls via the voice switch.

Most voice response systems only provide line interfaces to the telephone network, whereas the CONVERSANT I system adds many common trunk interfaces. Call supervision, the immediate knowledge of call progress and termination, is important for effective management of telecommunication costs and is possible only with trunks. The Dialed Number Identification Service (DNIS) has been used with a Direct Inward Dialing (DID) trunk interface to receive dialed digits as part of the call setup protocol. This allows advance classification of incoming calls for different applications which are greeted by appropriate transaction prompts. The DNIS feature is useful for service bureaus or for multiple-user applications.

Most common analog trunk types and T1 digital carriers can be serviced through the system's telephone network interfaces. The system can dial out on lines and two-way trunks, and it can work in conjunction with Automatic Call Distributor and Private Branch Exchange systems. With direct trunk connections, though, the cost of the latter approach may be unnecessary.

The hardware architecture also allows for control of the speech subsystems and all subunits, including the switch and the network interfaces. This is done by the system controller using the GPIB. The following example illustrates this.

The trunk interface answers an incoming call and communicates this to the system controller via the GPIB. Transaction software determines what greeting phrase to play. This is followed by a prompt to dial "1" for tone input; the voice response unit is attached, if not already dedicated, and commanded to play the phrases and collect touch-tone signals. If no tones are heard, the unit signals the controller over

89

**PRODUCTS**

**Fig. 1**

## CONVERSANT™ VOICE SYSTEM ARCHITECTURE



the GPIB and it dictates the switch to bridge on a speech recognizer. The transaction continues to use the voice response unit to generate prompts and the speech recognizer to accept the user's voice commands. Transaction control and the speech subsystems management are performed by the system controller through the GPIB.

### Design and Features

With the CONVERSANT I's flexible architecture, new features and channel capacity can be added as requirements change. It can operate standing alone or as a front-end processor to one or more host computers. The basic product uses touchtone signaling and voice response. The internal voice switch bridges optional speech processing subsystems under di-

rection of the system controller. Depending on the system's configuration, it can service up to 80 simultaneous calls and run different types of transactions concurrently.

Both telephone line and trunk interfaces are available, the latter providing direct call progress and supervision as part of the protocol exchanged with a central switching office. The system is capable of outdialing, bridging to an attendant for help, or completing a partially automated transaction. In addition, CONVERSANT I's real-time voice coder allows customers to record daily messages and make minor response changes conveniently on site. The system can also support voice mail.

Voice recognition can be added to the basic product. Speaker independent and dependent recognition are available with

both isolated and connected word capabilities. Automated services can be provided to rotary telephone users through speaker independent recognition of connected digit strings.

Features for reliability include backup disks, power supplies, and streaming tape drive. The system has built-in self diagnosis and will automatically reboot and recover if a severe operating problem is detected. Complete administrative and maintenance software tools are accessed through the system console or remote control.

When compared with traditional means of providing information services, the CONVERSANT I system is very cost effective. It reduces attendant costs through automation and provides revenue through new services that were previously uneco-

SPEECH TECHNOLOGY,   MAR./APR. 1986

90

## PRODUCTS



**Fig. 2**

**CONVERSANT™ I SOFTWARE ARCHITECTURE**

nomical.

**Speech Processing Technologies**

Three speech technologies—speech synthesis, recognition, and coding—are embodied in the CONVERSANT I. High quality speech playback is accomplished efficiently using Multi-Pulse Linear Predictive Coding (MPLPC) algorithms developed at AT&T Bell Laboratories.[1] Good intelligibility is preserved at 9.6K bps, a rate compatible with the system's real-time voice coder. Studio quality occurs at rates approaching 14K bps. Each voice response unit has the capacity to store 400 seconds of MPLPC speech and virtually unlimited amounts of speech may be downloaded in real time from system disk storage. We have found that voice playback quality strongly influences users' perception of a service's worth. For this reason, our efforts have concentrated on synthesis by analysis of recorded speech, rather than synthesis by rule from text alone.

Both speaker independent and dependent speech recognition are possible, and isolated and connected utterances can be recognized. For speaker independent recognition, the vocabulary is currently limited to connected digit strings, isolated digits, and the words "yes" and "no." Robust recognition of telephone speech by the general public requires a substantial voice sampling effort.[1]

Speech recognition is accomplished through statistical template matching with Dynamic Time Warping (DTW). AT&T Bell Laboratories has researched these algorithms for some time.[1] In addition, acoustic phonetic algorithms enhance the decision process and identify words within connected speech. Since the transmission bandwidth of telephone networks is only about 3.3 kHz, telephone speech is first sampled at a frequency of 6.67 kHz. Front-end processing of the speech signal involves an 8-pole auto-correlation analysis, which results in an efficient representation called Linear Predictive Coding (LPC). Recognition occurs by comparing LPC coefficients for the speaker's utterance—called the test template—with LPC coded words in the data base—the reference templates. Within thresholds, the unknown word is assumed to belong to the same class as the set of templates it most closely matches, using Itakura's distance metric.[1]

For many applications, such as voice mail, daily announcements, and feedback of speaker-dependent command words, it is desirable to provide real-time voice coding. The CONVERSANT I satisfies this need with a voice coder that converts an analog speech signal into 9.6K bps MPLPC in real-time. The converted speech may be stored in digital format on the system disk and played back through the voice response unit immediately or later.

**Future Speech Technologies**

Two other related technologies, speaker verification and text-to-speech synthesis, are under investigation. The first is an automatic means of confirming the identity of a claimant based on historical speech patterns. This capability exists as a working prototype. Second, text-to-speech, or rule-based synthesis from text, is necessary for applications with open-ended vocabularies, such as proper names and addresses. AT&T Conversant Systems is monitoring research that promises to advance text-to-speech performance, such as efforts to devise better pronunciation rules for foreign words in an English context. When significant improvements in text-to-speech are possible, AT&T Conversant Systems will incorporate them in the CONVERSANT I product. In the mean-

Exhibit ___1___ Page _288_

## PRODUCTS

time, they will consider integrating other commercial text-to-speech units.

### Application Software

Application software development may be done by AT&T Conversant Systems, a value-added reseller of the product, or the user. To facilitate development, clear delineations have been made between generic operational software and application software. In what follows, software architecture will be discussed in three areas; 1) applications development, 2) high-level script language used to define transactions, and 3) AT&T's experience in prototyping applications.

### ■ Development

A simplified view of the CONVERSANT I's software architecture emphasizing the customizable parts for applications, is shown in Fig. 2. Central to the architecture is the transaction state machine (TSM) which, through a single process, controls all active sessions. Although the TSM is generic, it interprets transaction scripts. Many different scripts may reside in the system and be executed concurrently. Which script to run is determined by the telephone number that was dialed, the physical telephone circuit on which the call was received, or further interaction with the user (scripts can transfer control to other scripts). The TSM controls all speech subsystems through various handlers and drivers. The applications programmer does not have to know how these devices work; they exist only as logical entities implied by the functionality of the script language.

The application programmer is responsible for the host application layer. Interactive communication with an external host computer is typical, but not absolutely necessary since the application may access a local data base on the system disk. Either way, some modules must be developed to process the content of data messages supporting the application. It is possible to place all information in the transaction script when prototyping applications. Currently, the host application layer must be written as C language subroutines. The developer, however, does not have to be concerned about lower-protocol layers because they are handled by generic host

drivers.

Although not strictly software, the speech data base, which prompts the end user or verbalizes retrieved information through the voice response units, must be considered part of the application. The transaction script language has built-in knowledge of how to access the speech data base and is acted upon by the TSM.

### ■ Transaction Script Language

AT&T Conversant Systems has developed a high-level language for defining transaction scripts, thus making it easy to prototype speech applications and maintain them. The script language lets the application developer treat the TSM as a virtual machine. Device control details are hidden and automatically managed.

Instructions in the TSM script language were designed specifically for voice transactions. They include voice response instructions that speak phrases, numbers, and characters—in sensible ways with flexible intonation. Other instructions collect the user's speech or touch-tone signals or mediate data base transactions with a remote host computer. The following example illustrates logging into a service by voice entry of a numeric ID:

| SCRIPT INSTRUCTION | COMMENTS/ANNOTATION |
|---|---|
| MAIN: | |
| tfile ("/talk/script1") | /*talk phrase xref file */ |
| LOGON ( ) | /*call LOGON subroutine */ |
| SERVICE ( ) | |
| BYE ( ) | |
| | |
| LOGON: | |
| talk ("hello, welcome") | /*say greeting phrase */ |
| talk ("please speak id") | /*prompt for verbal input */ |
| getdig (DIG9, ch.LOGID,9) | /*collect 9-digit response */ |
| dbase (0, VERIF, ch.RESP, | |
| RESPLEN, ch.LOGID, LOGLEN) | /*verify host 0 data base */ |
| jmp (r.0 < lm.0 no reply) | /*timeout on host? jump */ |
| talk ("account verified for") | |
| tchars (ch.RESP) | /*confirmation string */ |
| rts ( ) | /*subroutine return */ |
| | |
| SERVICE: | |
| rts ( ) | /*details not shown */ |
| | |
| NO REPLY: | |
| talk ("sorry, service is unavailable, try later") | |
| | |
| BYE: | |
| talk ("thank you for calling") | |
| quit ( ) | |

The flexible architecture of the CONVERSANT I system makes instructions for allocating devices appropriate. For example, a speech recognizer may bridge on only if the caller does not have a tone signaling telephone. Additional instructions for flow control and data manipulation provide a complete programming environment.

Using the high-level TSM script language, we have repeatedly implemented

complex transaction sessions in a few pages of textual instructions. It has also been shown that transaction software written in the C language can be converted to script format with a resultant compression factor of 10 or more. Mnemonics are employed throughout scripts to reference encoded speech files, data structures, and subroutine labels. Because of these factors, the transaction script language is an effective tool for application developers and u

Exhibit ___1___ Page 289

92

## PRODUCTS

readable and maintainable definition of the application.

**■ Prototyping**

AT&T Conversant Systems has developed applications by first prototyping them. This is done by quickly generating a transaction script that simulates the initial concept, complete with dialog, but with little or no host application layer. By prototyping, the customer receives early exposure to the target transaction. It provides an easy way of retrying the simulation until it is substantially correct. The applications AT&T Conversant Systems has prototyped include: stock quotations, catalog ordering, airline reservations, dial-it information menus, caller destination control, and telephone banking.

Several considerations go into prototyping and application development. Most important, though, is the user model. Successful implementation of the application depends upon three factors:

**■** easy access and utility
**■** adequacy and necessity of information provided
**■** minimal connect time.

The last attribute is important to the service provider because it reduces telecommunication costs. It is also significant to the end users who weigh their time against alternative sources of information. In assessing application success, one must bear in mind the end user's short-term memory capacity and how information processing restrains affected it. For instance, input prompts should state or strongly imply the valid responses, such as

"yes" or "no," at the end of the message. Retrieved data, such as numbers that must be spoken as a series of individual words, may be unintelligible if attention is not given to prosody (rhythm) and intonation. Poor intelligibility increases the information processing load on the user and reduces attention to the main task. The transaction script language aids prototype development by providing built-in intonation and pronunciation rules for numeric and character strings.

Once the application concept is defined, a familiar series of steps result in functional data requirements, flow diagrams, and transaction dialog. Prototyping gives the developer early feedback on human factors of a voice transaction without having to fully implement data base interfaces and error handling.



**Fig. 3**

**SYSTEM ARCHITECTURE:**
**FIDELITY AUTOMATED QUOTATION SERVICE**

Exhibit ___1___ Page ___290___

93

## PRODUCTS

### Stock Quotation Application

One application in use is AT&T Conversant Systems support of a stock quotation service for customers of Fidelity Brokerage Services, a major discount brokerage house in Boston. This represents the first commercial application of connected speech recognition in support of automated delivery of information services by telephone.

In this application, the CONVERSANT I is a front-end processor to the service provider's quotation data base and a host computer with customer account information, as shown in Fig. 3. The service provides on-demand quotations for 6000 stocks, stock option quotations, a personal stock watch list for convenience, and the current Dow Jones Industrials Average. Transaction control is provided locally in the CONVERSANT I; that is, it determines how many quotes to provide per call and when to provide help messages. Only a few, carefully defined messages need be exchanged with the data base machine to support the application, and they are strictly informational messages. They accomplish the following:

- LOG—validates user ID number, returns stock watch list
- DOW—returns Dow plus time and date
- STK— accepts stock number, then outputs ticker symbol, and quote
- OPQ—accepts option number with its month and strike price codes, outputs option quote
- OFF— logs off confirmation for each user session
- STA— uploads accumulated system transaction statistics.

By offloading transaction control, the data base host can perform more effectively. The host also supports a personal computer service separate from this application. A multi-threaded data stream arrangement allows only a few physical lines to handle a much larger number of active sessions. The CONVERSANT I treats the data base host as an individual transaction server while also managing user sessions with its built-in state machine.

The user's contact with the quote serv-



**Fig. 4**

The CONVERSANT I System can operate alone or as a front-end processor to one or more host computers.

ice depends on a catalog which gives stocks numeric IDs. Current speech recognition capability permits nine-digit encoded strings made up of the words "one" through "nine" to map to 6000 items with a string accuracy greater than 95 percent. Redundancy and error correction are built into the coded strings. This numeric catalog approach has widespread applicability in the areas of order entry, menu selection, and information retrieval.

### Marketing Outlook

Since the AT&T CONVERSANT I Voice System provides conversational access to computer information from any telephone, it is flexible and efficient in supporting a range of input and output modalities. By marketing it through a variety of channels, AT&T plans to develop complete application solutions for business customer problems that arise.  ☐☐

### REFERENCES

1. B. Atal, "Predictive Coding of Speech at Low Bit Rates," IEEE Trans. *Communications* COM-30, 1982, pp. 600-614.

2. S.D. Hester, E.M. McHugh, K.A. Vander-Mculen, "The AT&T Multi-Mode Voice Systems—Full Spectrum Solutions for Speech Processing Applications," *Proceedings of the 1985 AVIOS Conference.*

3. L.R. Rabiner and C.E. Schmidt, "Application of Dynamic Time Warping to Connected Digit Recognition," IEEE Trans. *Acoustics, Speech and Signal Processing* ASSP-20, 1980, pp. 377-388.

4. F. Itakura, "Minimum Prediction Residual Principle Applied to Speech Recognition," IEEE Trans. *Acoustics, Speech and Signal Processing* ASSP-23, 1975, pp. 67-72.

### FOR MORE INFORMATION

Contact Chris D. Furras, AT&T Conversant Systems, 6200 East Broad Street, Columbus, OH 43213, 1-800-541-2172.

Exhibit ___1___ Page 291

**EXHIBIT L:**
**Claim Charts Mapping the Claims At Issue to the Cited Art**

# CLAIM CHARTS EXPLAINING THE PERTINENCY AND MANNER OF

## APPLYING CITED PRIOR ART TO EVERY CLAIM FOR WHICH REEXAMINATION IS REQUESTED

### Claim 1 of the '684 Patent

| Claim Element | The '455 Publication | Versatel Publication | Conversant Publication | TCP Protocol Reference |
|---|---|---|---|---|
| A method for processing requests for prescription refills between one or more client computers and a host computer, comprising the steps of: | This element is taught on pages 8-9 of this reference.<br><br>"Prescriptions transmission to a pharmacy can be performed with his device via a modem transmission to a pharmacy previously registered with the Rx-Script System. The patient information along with the desired prescriptions are entered into the device as described in sections A1-A2 and B1-B2. The device should be plugged into an acceptable modem device functional with the "Rx-Script" system." | A method for processing voice calls between a client computer and host computer is taught on page on 5 of this reference.<br><br>"Complete home banking consists of a combination of caller dialogue features which are unique to each type of request by the caller. The finished home banking request will be processed by the Home Banking Application which may require interaction with the host data base. Finally the result of the request may be sent to the host for final data base update. " | A method for processing voice calls between a client computer and host computer is taught on page on 1 and Figure 1 of this reference.<br><br>"In September 1985, AT&T Conversant Systems introduced the CONVERSANT I Voice System, a voice response and speech recognition product for the growing market of automated information services. This system accesses data bases via the public telephone network." | This element is not taught in this reference. |
| receiving a request for a | This element is taught | Receiving a voice | Receiving a voice | This element is not |

| | | | taught in this reference. |
|---|---|---|---|
| prescription refill from a caller, said receiving of said request being facilitated by a client computer; | on pages 6–7 of this reference. "Refill instructions will be requested with the appropriate numeral key 36 to be pressed. Pressing "Enter" function key 36 will automatically enter the drug as directed. You can add other drugs desired in sequential order by pressing the desired drug code numbers followed by pressing "N" or "Y" for changes required. You are then asked to respond to the number of refills desired. Pressing numeral keys 36 to answer refill question, then pressing "Enter" function key 36 to enter the drug…Patient drug database can be accessed by initially entering the "Operate 2" selection on the main screen and then entering the patient name or patient file number." | request from a caller via a client computer is taught on page 5 of this reference. "T-COMM systems will carry out a complete dialogue with the caller in order to collect sufficient information to create a home banking request. The dialogue extends from the initial answer of the telephone call and the subsequent greetings message to the verification of the entire request and final answer to the caller." | request from a caller via a client computer is taught on page 1 of the reference. "Callers access the system through touch-tone signals, speaking isolated words and connected digit strings, or by using modems and data terminal equipment. The system responds with high quality, natural-sounding speech using an advanced speech coding algorithm developed by AT&T." |

Exhibit____1____Page 294

| | | | | |
|---|---|---|---|---|
| storing said request until on-line communications with a host computer are established, said storing of said request being facilitated by a first client computer storage means; | This element is taught on pages 8-9 of this reference. | This element is not taught in this reference. | This element is not taught in this reference. | This element is taught on page 7 of this reference. <br><br> "The TCP must recover from data that is...lost...by the internet communication system. This is achieved by assigning a sequence number to each octet transmitted, and requiring a positive acknowledgment (ACK) from the receiving TCP. If the ACK is not received within a timeout interval, the data is retransmitted." Inherently, then the data must be stored at the client (sending computer) to enable that retransmission and, additionally, that retransmission can only occur when communication with the host (receiving computer) is established. |
| establishing a communication link between said client | | A method for processing voice calls between a client computer and host | A method for processing voice calls between a client computer and host | This element is taught throughout this reference, since that is |

Exhibit _1_ Page _295_

| | | | |
|---|---|---|---|
| computer and said host computer, said establishing of said communication link being facilitated by a communication network; and | "Prescriptions transmission to a pharmacy can be performed with his device via a modem transmission to a pharmacy previously registered with the Rx-Script System. The patient information along with the desired prescriptions are entered into the device as described in sections A1-A2 and B1-B2. The device should be plugged into an acceptable modem device functional with the "Rx-Script" system." | computer is taught on page on 5 of this reference. "Complete home banking consists of a combination of caller dialogue features which are unique to each type of request by the caller. The finished home banking request will be processed by the Home Banking Application which may require interaction with the host data base. Finally the result of the request may be sent to the host for final data base update. " | computer is taught on page on 1 and Figure 1 of this reference. "In September 1985, AT&T Conversant Systems introduced the CONVERSANT I Voice System, a voice response and speech recognition product for the growing market of automated information services. This system accesses data bases via the public telephone network." the objective of the TCP Protocol. |
| processing said request between said client computer and said host computer, said processing of said request being facilitated first client computer code segment and a first host code segment. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. |

Exhibit 1 Page 296

Claim 2 of the '684 Patent

| Claim Element | The '455 Publication | Versatel Publication | Conversant Publication | TCP Protocol Reference |
|---|---|---|---|---|
| A method for processing requests for prescription refills between one or more client computers and a host computer, comprising the steps of: | This element is taught on pages 8-9 of this reference.<br><br>"Prescriptions transmission to a pharmacy can be performed with his device via a modem transmission to a pharmacy previously registered with the Rx-Script System. The patient information along with the desired prescriptions are entered into the device as described in sections A1-A2 and B1-B2. The device should be plugged into an acceptable modem device functional with the "Rx-Script" system." | A method for processing voice calls between a client computer and host computer is taught on page on 5 of this reference.<br><br>"Complete home banking consists of a combination of caller dialogue features which are unique to each type of request by the caller. The finished home banking request will be processed by the Home Banking Application which may require interaction with the host data base. Finally the result of the request may be sent to the host for final data base update. " | A method for processing voice calls between a client computer and host computer is taught on page on 1 and Figure 1 of this reference.<br><br>"In September 1985, AT&T Conversant Systems introduced the CONVERSANT I Voice System, a voice response and speech recognition product for the growing market of automated information services. This system accesses data bases via the public telephone network." | This element is not taught in this reference. |
| receiving a request for a prescription refill from a caller, said receiving of said request being facilitated by a client computer; | This element is taught on pages 6-7 of this reference.<br><br>"Refill instructions will be requested with the | Receiving a voice request from a caller via a client computer is taught on page 5 of this reference. | Receiving a voice request from a caller via a client computer is taught on page 1 of the reference. | This element is not taught in this reference. |

Exhibit ___1___ Page _297_

| | | | | |
|---|---|---|---|---|
| | appropriate numeral key 36 to be pressed. Pressing "Enter" function key 36 will automatically enter the drug as directed. You can add other drugs desired in sequential order by pressing the desired drug code numbers followed by pressing "N" or "Y" for changes required. You are then asked to respond to the number of refills desired. Pressing numeral keys 36 to answer refill question, then pressing "Enter" function key 36 to enter the drug…Patient drug database can be accessed by initially entering the "Operate 2" selection on the main screen and then entering the patient name or patient file number." | "T-COMM systems will carry out a complete dialogue with the caller in order to collect sufficient information to create a home banking request. The dialogue extends from the initial answer of the telephone call and the subsequent greetings message to the verification of the entire request and final answer to the caller." | "Callers access the system through touch-tone signals, speaking isolated words and connected digit strings, or by using modems and data terminal equipment. The system responds with high quality, natural-sounding speech using an advanced speech coding algorithm developed by AT&T." | |
| storing said request until on-line communications with a host computer are established, said storing of said request being | This element is not taught in this reference. | This element is not taught in this reference. | This element is not taught in this reference. | This element is taught on page 7 of this reference. <br><br> "The TCP must recover |

| | | | |
|---|---|---|---|
| facilitated by a first client computer storage means; | from data that is…lost…by the internet communication system. This is achieved by assigning a sequence number to each octet transmitted, and requiring a positive acknowledgment (ACK) from the receiving TCP. If the ACK is not received within a timeout interval, the data is retransmitted." Inherently, then the data must be stored at the client (sending computer) to enable that retransmission and, additionally, that retransmission can only occur when communication with the host (receiving computer) is established. | | This element is taught throughout this reference, since that is the objective of the TCP Protocol. |
| establishing a communication link between said client computer and said host computer, said establishing of said communication link being facilitated by a | This element is taught on pages 8-9 of this reference.<br><br>"Prescriptions transmission to a pharmacy can be performed with his | A method for processing voice calls between a client computer and host computer is taught on page on 5 of this reference.<br><br>"Complete home | A method for processing voice calls between a client computer and host computer is taught on page on 1 and Figure 1 of this reference.<br><br>"In September 1985, |

Exhibit ___1___ Page___299___

| | | | |
|---|---|---|---|
| communication network; and | device via a modem transmission to a pharmacy previously registered with the Rx-Script System. The patient information along with the desired prescriptions are entered into the device as described in sections A1-A2 and B1-B2. The device should be plugged into an acceptable modem device functional with the "Rx-Script" system." | banking consists of a combination of caller dialogue features which are unique to each type of request by the caller. The finished home banking request will be processed by the Home Banking Application which may require interaction with the host data base. Finally the result of the request may be sent to the host for final data base update. " | AT&T Conversant Systems introduced the CONVERSANT I Voice System, a voice response product for the growing market of automated information services. This system accesses data bases via the public telephone network." |
| processing said request between said client computer and said host computer, said processing of said request being facilitated first client computer code segment and a first host code segment. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. |
| | | | This element is not taught in this reference. |
| wherein said step of receiving a request is further defined as: answering an incoming telephone call from a caller, said answering of said incoming telephone call being facilitated by | This element is taught on pages 6-7 of this reference. "Refill instructions will be requested with the appropriate numeral key 36 to be pressed. | Receiving a voice request from a caller via a client computer is taught on page 5 of this reference. "T-COMM systems will carry out a complete | Receiving a voice request from a caller via a client computer is taught on page 1 of the reference. "Callers access the system through touch- |

| a client computer; and receiving a request for a prescription refill from said caller. | Pressing "Enter" function key 36 will automatically enter the drug as directed. You can add other drugs desired in sequential order by pressing the desired drug code numbers followed by pressing "N" or "Y" for changes required. You are then asked to respond to the number of refills desired. Pressing numeral keys 36 to answer refill question, then pressing "Enter" function key 36 to enter the drug...Patient drug database can be accessed by initially entering the "Operate 2" selection on the main screen and then entering the patient name or patient file number." | dialogue with the caller in order to collect sufficient information to create a home banking request. The dialogue extends from the initial answer of the telephone call and the subsequent greetings message to the verification of the entire request and final answer to the caller." |
| | | tone signals, speaking isolated words and connected digit strings, or by using modems and data terminal equipment. The system responds with high quality, natural-sounding speech using an advanced speech coding algorithm developed by AT&T." |

Exhibit _____1_____ Page _301_

Claim 8 of the '684 Patent

| Claim Element | The '455 Publication | Versatel Publication | Conversant Publication | TCP Protocol Reference |
|---|---|---|---|---|
| A computer program embodied on computer-readable medium having a computer readable program code embodied in said medium for effecting a method of processing requests for prescription refills between at least one client computer and a host computer, comprising: | This element is taught on pages 8-9 of this reference. "Prescriptions transmission to a pharmacy can be performed with his device via a modem transmission to a pharmacy previously registered with the Rx-Script System. The patient information along with the desired prescriptions are entered into the device as described in sections A1-A2 and B1-B2. The device should be plugged into an acceptable modem device functional with the "Rx-Script" system." | A method for processing voice calls between a client computer and host computer is taught on page on 5 of this reference. "Complete home banking consists of a combination of caller dialogue features which are unique to each type of request by the caller. The finished home banking request will be processed by the Home Banking Application which may require interaction with the host data base. Finally the result of the request may be sent to the host for final data base update. " | A method for processing voice calls between a client computer and host computer is taught on page on 1 and Figure 1 of this reference. "In September 1985, AT&T Conversant Systems introduced the CONVERSANT I Voice System, a voice response and speech recognition product for the growing market of automated information services. This system accesses data bases via the public telephone network." | This element is not taught in this reference. |
| a code segment for receiving a request for a prescription refill from a caller; | This element is taught on pages 6-7 of this reference. "Refill instructions will be requested with the | Receiving a voice request from a caller via a client computer is taught on page 5 of this reference. | Receiving a voice request from a caller via a client computer is taught on page 1 of the reference. | This element is not taught in this reference. |

| | | | This element is taught on page 7 of this reference. |
|---|---|---|---|
| appropriate numeral key 36 to be pressed. Pressing "Enter" function key 36 will automatically enter the drug as directed. You can add other drugs desired in sequential order by pressing the desired drug code numbers followed by pressing "N" or "Y" for changes required. You are then asked to respond to the number of refills desired. Pressing numeral keys 36 to answer refill question, then pressing "Enter" function key 36 to enter the drug…Patient drug database can be accessed by initially entering the "Operate 2" selection on the main screen and then entering the patient name or patient file number." | "T-COMM systems will carry out a complete dialogue with the caller in order to collect sufficient information to create a home banking request. The dialogue extends from the initial answer of the telephone call and the subsequent greetings message to the verification of the entire request and final answer to the caller." | "Callers access the system through touch-tone signals, speaking isolated words and connected digit strings, or by using modems and data terminal equipment. The system responds with high quality, natural-sounding speech using an advanced speech coding algorithm developed by AT&T." | "The TCP must recover |
| a code segment for storing said request until on-line communications with a host computer is established; | This element is not taught in this reference. | This element is not taught in this reference. | This element is not taught in this reference. |

| | | | |
|---|---|---|---|
| a code segment for establishing a communication link between said client computer and said host computer; and | This element is taught on pages 8-9 of this reference.<br><br>"Prescriptions transmission to a pharmacy can be performed with his | A method for processing voice calls between a client computer and host computer is taught on page 5 of this reference.<br><br>"Complete home | |
| from data that is…lost…by the internet communication system. This is achieved by assigning a sequence number to each octet transmitted, and requiring a positive acknowledgment (ACK) from the receiving TCP. If the ACK is not received within a timeout interval, the data is retransmitted."<br><br>Inherently, then the data must be stored at the client (sending computer) to enable that retransmission and, additionally, that retransmission can only occur when communication with the host (receiving computer) is established. | | A method for processing voice calls between a client computer and host computer is taught on page 1 and Figure 1 of this reference.<br><br>"In September 1985, | This element is taught throughout this reference, since that is the objective of the TCP Protocol. |

Exhibit ___1___ Page ___304___

| Claim Element | The '455 Publication | Versatel Publication | Conversant Publication | TCP Protocol Reference |
|---|---|---|---|---|
| device via a modem transmission to a pharmacy previously registered with the Rx-Script System. The patient information along with the desired prescriptions are entered into the device as described in sections A1-A2 and B1-B2. The device should be plugged into an acceptable modem device functional with the "Rx-Script" system." | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. | banking consists of a combination of caller dialogue features which are unique to each type of request by the caller. The finished home banking request will be processed by the Home Banking Application which may require interaction with the host data base. Finally the result of the request may be sent to the host for final data base update. " | AT&T Conversant Systems introduced the CONVERSANT I Voice System, a voice response product for the growing market of automated information services. This system accesses data bases via the public telephone network." | |
| a code segment for processing said request between said client computer and said host computer. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. |

**Claim 9 of the '684 Patent**

| Claim Element | The '455 Publication | Versatel Publication | Conversant Publication | TCP Protocol Reference |
|---|---|---|---|---|
| A computer program embodied on computer-readable medium having a computer readable program code embodied in said medium for | This element is taught on pages 8-9 of this reference.<br><br>"Prescriptions transmission to a | A method for processing voice calls between a client computer and host computer is taught on page on 5 of this reference. | A method for processing voice calls between a client computer and host computer is taught on page on 1 and Figure 1 of this reference. | This element is not taught in this reference. |

Exhibit _____ 1 _____ Page _____ 305

| | | | This element is not taught in this reference. |
|---|---|---|---|
| effecting a method of processing requests for prescription refills between at least one client computer and a host computer, comprising: | pharmacy can be performed with his device via a modem transmission to a pharmacy previously registered with the Rx-Script System. The patient information along with the desired prescriptions are entered into the device as described in sections A1-A2 and B1-B2. The device should be plugged into an acceptable modem device functional with the "Rx-Script" system." | "Complete home banking dialogue consists of a combination of caller dialogue features which are unique to each type of request by the caller. The finished home banking request will be processed by the Home Banking Application which may require interaction with the host data base. Finally the result of the request may be sent to the host for final data base update. " | "In September 1985, AT&T Conversant Systems introduced the CONVERSANT I Voice System, a voice response and speech recognition product for the growing market of automated information services. This system accesses data bases via the public telephone network." |
| a code segment for receiving a request for a prescription refill from a caller; | This element is taught on pages 6-7 of this reference.<br><br>"Refill instructions will be requested with the appropriate numeral key 36 to be pressed. Pressing "Enter" function key 36 will automatically enter the drug as directed. You can add other drugs desired in sequential order by pressing the | Receiving a voice request from a caller via a client computer is taught on page 5 of this reference.<br><br>"T-COMM systems will carry out a complete dialogue with the caller in order to collect sufficient information to create a home banking request. The dialogue extends from the initial answer of the telephone | Receiving a voice request from a caller via a client computer is taught on page 1 of the reference.<br><br>"Callers access the system through touch-tone signals, speaking isolated words and connected digit strings, or by using modems and data terminal equipment. The system responds with high quality, | This element is not taught in this reference. |

Exhibit ___1___ Page 306

| | | | | |
|---|---|---|---|---|
| | desired drug code numbers followed by pressing "N" or "Y" for changes required. You are then asked to respond to the number of refills desired. Pressing numeral keys 36 to answer refill question, then pressing "Enter" function key 36 to enter the drug...Patient drug database can be accessed by initially entering the "Operate 2" selection on the main screen and then entering the patient name or patient file number." | call and the subsequent greetings message to the verification of the entire request and final answer to the caller." | natural-sounding speech using an advanced speech coding algorithm developed by AT&T." | This element is taught on page 7 of this reference.<br><br>"The TCP must recover from data that is..lost...by the internet communication system. This is achieved by assigning a sequence number to each octet transmitted, and requiring a positive acknowledgment (ACK) |
| a code segment for storing said request until on-line communications with a host computer is established; | This element is not taught in this reference. | This element is not taught in this reference. | This element is not taught in this reference. | |

Exhibit __1__ Page 307

| | | | |
|---|---|---|---|
| | | A method for processing voice calls between a client computer and host computer is taught on page on 5 of this reference.<br><br>"Complete home banking consists of a combination of caller dialogue features which are unique to each type of request by the caller. The finished home banking request will be processed by the Home Banking Application | A method for processing voice calls between a client computer and host computer is taught on page on 1 and Figure 1 of this reference.<br><br>"In September 1985, AT&T Conversant Systems introduced the CONVERSANT I Voice System, a voice response and speech recognition product for the growing market of automated information services. This system accesses | from the receiving TCP. If the ACK is not received within a timeout interval, the data is retransmitted." Inherently, then the data must be stored at the client (sending computer) to enable that retransmission and, additionally, that retransmission can only occur when communication with the host (receiving computer) is established.<br><br>This element is taught throughout this reference, since that is the objective of the TCP Protocol. |
| a code segment for establishing a communication link between said client computer and said host computer; and | This element is taught on pages 8-9 of this reference.<br><br>"Prescriptions transmission to a pharmacy can be performed with his device via a modem transmission to a pharmacy previously registered with the Rx-Script System. The patient information along with the desired prescriptions are entered into the device as | | |

Exhibit  1  Page  308

| Claim element | | | | |
|---|---|---|---|---|
| | described in sections A1-A2 and B1-B2. The device should be plugged into an acceptable modem device functional with the "Rx-Script" system." | which may require interaction with the host data base. Finally the result of the request may be sent to the host for final data base update. " | data bases via the public telephone network." | |
| a code segment for processing said request between said client computer and said host computer. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. | Inherently, the aforementioned teachings could only be facilitated by having code at the client to process the request and code at the host. |
| wherein said a code segment for receiving said request is further defined as: a code segment for answering an incoming telephone call from a caller; and a code segment for receiving an audible request for a prescription refill from said caller. | This element is taught on pages 6-7 of this reference. "Refill instructions will be requested with the appropriate numeral key 36 to be pressed. Pressing "Enter" function key 36 will automatically enter the drug as directed. You can add other drugs desired in sequential order by pressing the desired drug code numbers followed by pressing "N" or "Y" for changes required. You | Receiving a voice request from a caller via a client computer is taught on page 5 of this reference. "T-COMM systems will carry out a complete dialogue with the caller in order to collect sufficient information to create a home banking request. The dialogue extends from the initial answer of the telephone call and the subsequent greetings message to the verification of the entire request and final answer | Receiving a voice request from a caller via a client computer is taught on page 1 of the reference. "Callers access the system through touch-tone signals, speaking isolated words and connected digit strings, or by using modems and data terminal equipment. The system responds with high quality, natural-sounding speech using an advanced speech coding algorithm developed by AT&T." | This element is not taught in this reference. |

Exhibit ___1___ Page 309

| | |
|---|---|
| are then asked to respond to the number of refills desired. Pressing numeral keys 36 to answer refill question, then pressing "Enter" function key 36 to enter the drug…Patient drug database can be accessed by initially entering the "Operate 2" selection on the main screen and then entering the patient name or patient file number." | to the caller." |

Exhibit ___1___ Page ___310___

**EXHIBIT M:**
**October 23, 2001 Office Action**

Exhibit_____Page 311



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/398,131 | 09/17/99 | REICHERT        R | COM67S/96112 |

TM02/1023

BRENT A CAPEHART
HEAD JOHNSON & KACHIGIAN
228 WEST 17TH PLACE
TULSA OK 74119

| EXAMINER |
|---|
| DIXON, T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2161 | |

DATE MAILED:   10/23/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

Exhibit ___l___ Page __312__

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/398,131 | REICHERT, RICHARD W. |
| | Examiner | Art Unit | |
| | Thomas A. Dixon | 2161 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>17 August 1999</u>.

2a)☐ This action is **FINAL**.        2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4)☒ Claim(s) <u>1-15</u> is/are pending in the application.

   4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) <u>2-15</u> is/are allowed.

6)☒ Claim(s) <u>1</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9)☒ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11)☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved by the Examiner.

   If approved, corrected drawings are required in reply to this Office action.

12)☐ The oath or declaration is objected to by the Examiner.

## Priority under 35 U.S.C. §§ 119 and 120

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

   * See the attached detailed Office action for a list of the certified copies not received.

14)☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

   a) ☐ The translation of the foreign language provisional application has been received.

15)☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

## Attachment(s)

1)☒ Notice of References Cited (PTO-892)
2)☒ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>2</u>.

4)☐ Interview Summary (PTO-413) Paper No(s). _____.
5)☐ Notice of Informal Patent Application (PTO-152)
6)☐ Other: _____

Application/Control Number: 09/398,131                                    Page 2
Art Unit: 2161

# DETAILED ACTION

## *Claim Rejections - 35 USC § 112*

The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

1.      Claim 1 is rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Specifically, claim 1 is a system which is then stated as method in lines 10-11, which is confusing. See MPEP 2173.05(p).

## *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless —
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

2.      Claim 1 is  rejected under 35 U.S.C. 102(b) as being anticipated by Rogers (WO 95/29455).

As per Claim 1.
Rogers ('455) discloses:
at least one client computer having means to receive at least one request for a prescription refill, see figure 2 and figure 4A, means to store each prescription refill request, see figure 4A (store drug refills in memory) and means for processing said request, see figure 2;
a host computer, said host computer having means to process said prescription requests;
means for establishing a communication link between said host computer and each said client computer, see figure 4C (transmit prescription) and page 8, line 33 — page 9, line 15.

Exhibit ___1___ Page ___314___

Application/Control Number: 09/398,131                                Page 2
Art Unit: 2161

## DETAILED ACTION

### Claim Rejections - 35 USC § 112

The following is a quotation of the second paragraph of 35 U.S.C. 112:

The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

1.      Claim 1 is rejected under 35 U.S.C. 112, second paragraph, as being indefinite

for failing to particularly point out and distinctly claim the subject matter which applicant

regards as the invention.

Specifically, claim 1 is a system which is then stated as method in lines 10-11,

which is confusing. See MPEP 2173.05(p).

### Claim Rejections - 35 USC § 102

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

2.      Claim 1 is  rejected under 35 U.S.C. 102(b) as being anticipated by Rogers (WO

95/29455).



As per Claim 1.
Rogers ('455) discloses:
at least one client computer having means to receive at least one request for a prescription refill, see figure 2 and figure 4A, means to store each prescription refill request, see figure 4A (store drug refills in memory) and means for processing said request, see figure 2;
a host computer, said host computer having means to process said prescription requests;
means for establishing a communication link between said host computer and each said client computer, see figure 4C (transmit prescription) and page 8, line 33 – page 9, line 15.

Exhibit___1___Page___315___

Application/Control Number: 09/398,131                                    Page 3
Art Unit: 2161

3.      The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.

        Bush is the closest non-patent literature which discusses call in prescription refills
and a host computer (similar to Charhut et al ('762)), but does not disclose all the
limitations of the claims.

### *Allowable Subject Matter*

4.      Claims 2-15 are allowable.

5.      As per Claims 2 and 9.

        The prior art of record, specifically Charhut et al ('762) in view of Jain et al ('647)

does not disclose or fairly teach

        receiving a request for a prescription refill facilitated by a client computer;

        storing, at the client computer, the request until on-line communications with a

host are established as claimed.

        As per Claims 3-8, 10-15.

        The claims which depend from the above allowable claims are allowable for the

same reasons.

Exhibit ___1___ Page 316

Application/Control Number: 09/398,131                                    Page 3
Art Unit: 2161

3.      The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.

        Bush is the closest non-patent literature which discusses call in prescription refills
and a host computer (similar to Charhut et al ('762)), but does not disclose all the
limitations of the claims.

                        ***Allowable Subject Matter***

4.      Claims 2-15 are allowable.

5.      As per Claims 2 and 9.

        The prior art of record, specifically Charhut et al ('762) in view of Jain et al ('647)

does not disclose or fairly teach

        receiving a request for a prescription refill facilitated by a client computer;

        storing, at the client computer, the request until on-line communications with a

host are established, as claimed.

        As per Claims 3-8, 10-15.

        The claims which depend from the above allowable claims are allowable for the

same reasons.

Exhibit __1__ Page __317__

Application/Control Number: 09/398,131                          Page 4
Art Unit: 2161

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Thomas A. Dixon whose telephone number is (703) 305-4645.  The examiner can normally be reached on Monday - Thursday  6:30 - 5:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James  Trammell can be reached on (703) 305-9768.  The fax phone numbers for the organization where this application or proceeding is assigned are (703) 746-7293 for regular communications and (703) 746-7238 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is (703) 305-3900.

Thomas A. Dixon
Examiner
Art Unit 2161


October 17, 2001

Exhibit ___1___ Page __318__

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11372120 |
| **Application Number:** | 90011962 |
| **International Application Number:** | |
| **Confirmation Number:** | 6845 |
| **Title of Invention:** | On-Line Pharmacy Automated Refill System |
| **First Named Inventor/Applicant Name:** | Richard W. Reichert |
| **Correspondence Address:** | - <br> - <br> - <br> - <br> - <br> - <br> - |
| **Filer:** | Sona D. Dalal/Hazim Ansari |
| **Filer Authorized By:** | Sona D. Dalal |
| **Attorney Docket Number:** | CF.Reexam |
| **Receipt Date:** | 09-NOV-2011 |
| **Filing Date:** | |
| **Time Stamp:** | 16:17:28 |
| **Application Type:** | Reexam (Patent Owner) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

Exhibit 1 Page 319

| Document Number | Document Description | File Name | File Size (Bytes) / Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | TransmittalFinal.pdf | 41535 <br> 5934902d2c2659cae6d280bc7a1db467de6d902e | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Receipt of Corrected Original Ex Parte Request | RevisedReexamRequestFinal.pdf | 651400 <br> b2bee2d2c6cfc31d9b62fa584fb7cbf13a7299c5 | no | 17 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Copy of patent for which reexamination is requested | RevisedExhibitAFinal.pdf | 1521217 <br> eaeec8322303277487dfe439adeb0b3db65f7358 | no | 36 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Reexam Miscellaneous Incoming Letter | RevisedExhibitBFinal.pdf | 615757 <br> ecccd8c566233b0b8362d435388af0ef495ed0de | no | 13 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Reexam Miscellaneous Incoming Letter | RevisedExhibitC.pdf | 285835 <br> 044a2105c24c2cfda0fed144e498b55a93536eaa | no | 9 |
| Warnings: | | | | | |
| Information: | | | | | |
| 6 | Reexam Miscellaneous Incoming Letter | RevisedExhibitD.pdf | 285812 <br> d7f17374ba27a939fb8036facde47b5e6edcb216 | no | 9 |
| Warnings: | | | | | |
| Information: | | | | | |
| 7 | Reexam Miscellaneous Incoming Letter | RevisedExhibitE.pdf | 285805 <br> ed191bf8f4d5bcc19647a38ca1c71fd4d92ec791 | no | 9 |
| Warnings: | | | | | |
| Information: | | | | | |
| 8 | Reexam Miscellaneous Incoming Letter | RevisedExhibitF.pdf | 285440 <br> dc9a2ad29c8d7ff4bdfe7c367095b5fbdbb3d14a | no | 9 |
| Warnings: | | | | | |
| Information: | | | | | |
| 9 | Reexam Miscellaneous Incoming Letter | RevisedExhibitG.pdf | 285890 <br> 316f9bbda19effbc18fbfb5bc3873d20c9baca86 | no | 9 |

Exhibit_____1_____Page 320

| Warnings: | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |
| 10 | Reexam Miscellaneous Incoming Letter | RevisedExhibitH.pdf | 1234154 <br> da99a16b7e42cd48653851da9a71ba02037 d20cd | no | 31 |
| Warnings: | | | | | |
| Information: | | | | | |
| 11 | Reexam Miscellaneous Incoming Letter | ThirdPartofReexamRequestFinal2.pdf | 171161 <br> 390b843b5df7ab07de76bd531bad5d7e54 9a7d13 | no | 92 |
| Warnings: | | | | | |
| Information: | | | | | |
| 12 | Reexam Miscellaneous Incoming Letter | RevisedExhibitJ.pdf | 1814336 <br> 79b0ec6319fbc0e8b386e4de2bee67d18a fac46 | no | 42 |
| Warnings: | | | | | |
| Information: | | | | | |
| 13 | Reexam Miscellaneous Incoming Letter | RevisedExhibitK.pdf | 707907 <br> c30ac65ce05da1fc3069d296980517eaca80 0fa2 | no | 7 |
| Warnings: | | | | | |
| Information: | | | | | |
| 14 | Reexam Miscellaneous Incoming Letter | RevisedExhibitL.pdf | 549411 <br> fa1a3bd37ba551e2713ea960f19888c9e206 600e | no | 19 |
| Warnings: | | | | | |
| The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing | | | | | |
| Information: | | | | | |
| 15 | Reexam Miscellaneous Incoming Letter | RevisedExhibitM.pdf | 766339 <br> 413ddf9a3f953825b85e3d47ededee20980 ffedf | no | 8 |
| Warnings: | | | | | |
| Information: | | | | | |
| 16 | Assignee showing of ownership per 37 CFR 3.73(b). | 373StatementFinal.pdf | 35107 <br> 5c30a20ac06bff3f68f31d9520573bf11efa0 904 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 17 | Information Disclosure Statement (IDS) Form (SB08) | CorrectedIDSFinal.pdf | 34727 <br> 0ac9ba4407f37f2063027ce222f252cfffcc7d 82 | no | 4 |
| Warnings: | | | | | |
| Information: | | | | | |

Exhibit____1____ Page__321__

This is not an USPTO supplied IDS fillable form

| Total Files Size (in bytes): | 9571833 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



Exhibit ___1___ Page ___322___